AO 91 (rev. 11/11) Criminal Complaint

ORIGINAL

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>EDWARD BUCK,<br><br>Defendant | Case No.<br><br>CLERK U.S. DISTRICT COURT<br>SEP 1 8 2019<br>CENTRAL<br><br>LA19MJ03937 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 27, 2017 in the county of Los Angeles in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) | Distribution of Methamphetamine Resulting in Death |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*Complainant's signature*

John Mundell, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **9/18/19**

_____
*Judge's signature*

City and state:  Los Angeles, California

Hon. Patrick Walsh, U.S. Magistrate Judge
*Printed name and title*

AUSA: Brittney M. Harris (x0488)

**AFFIDAVIT**

I, John Mundell, being duly sworn, declare and state as follows:

## I.   PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of criminal complaint and arrest warrant against EDWARD BUCK for a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Methamphetamine Resulting in Death.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II.   BACKGROUND OF AFFIANT

3.    I am a Task Force Officer ("TFO") with the Drug Enforcement Administration ("DEA"), and have been so employed since 2018.  I was also a TFO with the DEA from 2008 to 2014.  I am also a Deputy Sheriff with the Los Angeles County Sheriff's Department and have been so employed since 1988 and have worked in the Narcotics Bureau since 2002.  I went through a nineteen-week academy and have attended hundreds of other instructional courses in criminal law enforcement.  The courses that I have taken have covered drug trafficking patterns, surveillance

techniques, narcotics identification, money laundering, etc.   I am currently part of the Los Angeles County Sheriff's Department Opiate Response Team, which investigates suspected drug overdose deaths of individuals.

4.   During my tenure as a law enforcement officer, including as a TFO, I have investigated hundreds of cases involving the manufacturing, transportation, sale, possession for sale, and trafficking of controlled substances, and conspiracies associated with controlled substance offenses.   I have been involved in narcotics-related arrests that have resulted in the seizure of narcotics and other evidence.

5.   I have used a variety of techniques and resources, including, but not limited to, surveillance, use of confidential sources, undercover operations, telephone toll analysis, installation, monitoring and retrieval of trackers, search warrants, and wire intercept communications analysis.

6.   I am familiar with narcotics traffickers' methods of operation including the distribution, storage, and transportation of narcotics, and the collection of proceeds of narcotics trafficking, and money laundering.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

7.   The Drug Enforcement Administration is conducting an investigation into EDWARD BUCK ("BUCK") following the drug overdose deaths of two individuals, on separate occasions, both of whom were found dead inside of BUCK's residence in West Hollywood, California.

8.     On or about July 27, 2017, victim Gemmel Moore ("Moore") was found nearly naked (wearing only white socks) and unresponsive on the living room floor in BUCK's residence and was pronounced dead after the police arrived.  The autopsy report concluded that the cause of death was methamphetamine overdose.  Witnesses who knew Moore told law enforcement officers that BUCK paid Moore in money and drugs in exchange for Moore to engage in sexual activities with BUCK.  At the time of Moore's death, Moore had been living in Texas, and text messages between BUCK and Moore suggested that BUCK purchased Moore's airline ticket for Moore to fly to Los Angeles for BUCK to engage in sexual activities with Moore.

9.     On or about January 7, 2019, a man who is identified herein as Victim 1 was found almost naked (wearing only white underwear) and unresponsive on the living room floor in BUCK's residence and was pronounced dead after the police arrived.  The autopsy report concluded that the cause of death was methamphetamine and ethanol toxicity.  The coroner investigator's report stated that a rubber ring was around Victim 1's scrotum and a rubber ring was around the base of Victim 1's penis.

10.    Based on information obtained from an individual identified herein as Victim 7, described further below, BUCK continued to solicit men for sex and drug use after the January 7, 2019 death.  According to Victim 7, BUCK propositioned him as recently as July 2019.

11.   Finally, based on information obtained from an individual identified herein as Victim 10, described further below, BUCK solicited him to engage in sexual activities and distributed methamphetamine to him nearly every day during an approximately one month period from on or about July 29, 2019, to on or about September 6, 2019, while Victim 10 was living at BUCK's residence.  According to Victim 10, BUCK intravenously injected methamphetamine into Victim 10 on September 4 and September 11, 2019, which caused Victim 10 to suffer overdose effects, requiring him to be transported to the hospital. Victim 10 was subsequently released from the hospital after each encounter.

## IV.   STATEMENT OF PROBABLE CAUSE

12.   Based on my review of law enforcement reports, conversations with other law enforcement officers, and my own knowledge of the investigation, I am aware of the following:

### A.   Gemmel Moore's Death

13.   On July 27, 2017, at 6:54 p.m.,[1] Los Angeles Sheriff's Department ("LASD") deputies arrived at 1234 North Laurel Avenue, Apartment 17, in West Hollywood, California ("BUCK's residence"), in response to BUCK's 911 call that a person had stopped breathing in BUCK's residence.  The deputies saw that the individual (later identified as Moore)[2] was laying unresponsive and nearly nude (wearing only white socks on his

---

[1] All dates are on or about and all times are approximate unless otherwise indicated.

[2] Moore was a 26 year-old black male.

feet) on a mattress in the living room of the apartment.
Paramedics attempted to revive Moore, but at 7:22 p.m.,
paramedics pronounced Moore dead.   According to the autopsy
report, the cause of death was methamphetamine overdose.   The
coroner investigator's narrative stated that Moore had a recent
puncture mark on his left antecubital fossa (elbow pit), which,
based on my training and experience is consistent with injection
of intravenous drugs.

14.   BUCK told the LASD deputies that Moore was his friend
and that he had just arrived from Texas.   BUCK further stated
that Moore injected methamphetamine and smoked marijuana
approximately two to three hours prior in the restroom, but that
he did not see Moore injecting methamphetamine and did not know
where Moore disposed the syringe.   BUCK said that he and Moore
were lying down on the mattress in the living room watching
television when Moore became extremely hot to the touch.   BUCK
said that he put ice packs on Moore's chest.   BUCK said that he
noticed Moore doze off so BUCK went to his bedroom for a few
minutes and when he went back to the living room, Moore was
unresponsive.   BUCK said that he called his neighbor who came
over to conduct CPR on Moore and BUCK called 911.

15.   At BUCK's residence, LASD deputies saw various
narcotics paraphernalia, including approximately 24 syringes and
5 glass pipes (consistent with methamphetamine use), inside the
apartment.   Deputies also found 1.76 grams of a substance that a
LASD laboratory analyst later confirmed contained
methamphetamine.   The coroner investigator seized the narcotic

evidence. The methamphetamine was found in a tool box in the living room, near Moore, which also contained various sex toys.

16. At BUCK's residence, the coroner investigator found boarding passes for an American Airlines flight for Moore. According to one of the boarding passes, Moore departed Houston, Texas at 8:20 a.m. on July 27, 2017, and landed in Phoenix, Arizona. According to another boarding pass, Moore departed Phoenix at 10:00 a.m. that same day, and landed in Los Angeles.

17. According to American Airlines records, Moore's flight was purchased online on July 25, 2017, by a person identified in the records as "Ed Buck" with an address of 1234 North Laurel Avenue, Apartment 17, Los Angeles, California 90046 (i.e., BUCK's residence) and with a telephone number ending in 2609, which is the same telephone number that BUCK was using to communicate with Moore the day of Moore's death. As detailed below, the date of the flight purchase is consistent with the timing of the text message exchange between BUCK and Moore.

18. The coroner investigator also located Moore's iPhone, which the coroner investigator took into property and later release to a family friend, per Moore's mother. LASD Investigators later obtained Moore's iPhone from Moore's mother, who allowed Investigators to download and examine it. LASD Investigators found a text message conversation between Moore and 323-821-2609, which is the cell phone number that BUCK provided to law enforcement on the evening of Moore's death. According to the text messages from Moore's phone, on July 20, 2017, Moore messaged BUCK, "Hey mr Buck" and sent a photograph

of the waist/crotch area of an individual and stated, "Gemmel your master slave." BUCK responded, "Or slave master." Later in the conversation that same day, Moore texted "I'm starting to miss la" and sent a close up photograph of an individual's arm with a tourniquet around it and syringe inserted into it and a text message stating, "?". BUCK responded the following morning, "Be here now." Later on in the conversation, on July 22, 2017, Moore stated, "I'm still in Texas, it be wonderful if you can send for me please ill behave." On July 25, 2017, Moore stated, "I got the email...still haven't found any one with bank account." In the evening on July 26, 2017, BUCK texted, "You have a flight in the morning have you checked in." At 12:21 a.m. on July 27, 2017, Moore stated, "I'm just wakin up" "I got everything handled I'll get there." BUCK responded, "Great I'm just headed to bed call me in the morning and I'll get an Uber out to you,"[3] "I almost can't believe this is already happening this fast through to be in LA oh boy," and "Is there anything you need me to get for you before you get here." Moore responded, "possibly marijuana." At 4:38 a.m. on July 27, 2017, Moore texted, "I'm at the airport." Later on in the conversation, at 11:38 a.m., BUCK texted, "I see you're landed and are going to gate 50 B terminal five," "I will have a Nissan Murano tan with a black man driving waiting for you outside the terminal," and "I'll get your car in position." During the

_____

[3] Uber records do not indicate that BUCK sent an Uber car to pick up Moore; however, surveillance footage from BUCK's apartment shows that Moore arrived at BUCK's apartment in a tan Nissan Murano driven by an unidentified black male, just as BUCK described in the text messages to Moore set forth below.

conversation, the two discussed the airport's traffic and the delay in Moore disembarking the plane.  At 12:30, BUCK texted, "What are you wearing hat color shirt color jeans and all that so my driver can spot you."  Moore responded, "Grey jacket black sweats."  BUCK texted, "OK when you get outside go to the right and you will see an area that has the letter E as in Edward stand there you're looking for a tan SUV with a black man driving it it's brand new."  At 12:38 p.m., Moore texted, "I'm off."  At 12:49 p.m., Moore texted, "Terminal. 5 near airport shuttle."

19.  According to video surveillance footage from the apartment building of BUCK's residence at 1:45 p.m. on July 27, 2017, a light-colored Nissan SUV entered the carport for the apartment complex and an individual believed to be Moore got out of the SUV.  I have viewed still images from the video surveillance footage and the individual appeared to me to be Moore.  Moore was wearing black sweat pants and a dark-colored jacket.  The video shows Moore walk from the Nissan SUV to the front gate of the apartment complex, BUCK meeting him at the entrance, and both walking up and entering BUCK's residence.

1.    Interview of Moore's Mother

20.  On August 21, 2017, LASD investigators interviewed Moore's mother.  She stated that in 2016, Moore, who was then living in Los Angeles, called her and said that a rich and powerful man named Ed Buck held Moore against his will and shot him up with drugs.

21.   In April/May 2017, Moore moved to Texas and lived with his mother.  According to Moore's mother, Moore would talk about BUCK to her from time to time.  Moore told her that BUCK would pay more for Moore to get high on methamphetamine with BUCK.  Moore told his mother that BUCK would have Moore pose with white "long john" underwear and BUCK would photograph Moore.

### 2.   Interview of Moore's Aunt

22.   On August 21, 2017, LASD investigators interviewed Moore's aunt.  She stated that in April 2017, Moore told her that BUCK used to inject Moore with drugs and would do "horrible things" to him.

### 3.   Interviews of Other Potential Victims or Witnesses

23.   During the investigation of Moore's death, LASD investigators interviewed other men who discussed their encounters with BUCK.

24.   For example, in a telephonic interview of an individual who is identified herein as Victim 2[4] on August 15, 2017, Victim 2 stated that on July 3, 2017, Victim 2 fell asleep on BUCK's couch at BUCK's residence and when he woke up his arm was tied to the couch, and was red and sore.  Victim 2 stated that he believed BUCK injected him with drugs while Victim 2 was asleep.

---

[4] The name that Victim 2 provided to LASD deputies during the interview was different than the name LASD deputies later learned to be Victim 2's true name, which LASD deputies obtained from Victim 2's attorney.

25.   In an interview of an individual who is identified
herein as Victim 3 on September 6, 2017, Victim 3 explained that
he met BUCK on the gay male dating and escort website Adam4Adam,
where BUCK messaged Victim 3 asking if Victim 3 wanted to make
some money.  BUCK offered Victim 3 cash to "party and play,"
which Victim 3 understood to mean money in exchange for drug use
("party") and sex ("play").  BUCK detailed the terms of the
agreement before they met, including the specific drugs they
would do together and the amount of payment Victim 3 would
receive.  BUCK offered Victim 3 $800 to $1000 to "party and
play" with cocaine, and Victim 3 accepted.  Victim 3 went to
BUCK's residence where BUCK gave Victim 3 a bag of cocaine and
watched Victim 3 snort the drugs at the kitchen table.  BUCK
repeatedly encouraged Victim 3 to do more drugs, and offered to
give him more money if he would use more drugs.  BUCK dressed
Victim 3 in white undergarments and pleasured himself while he
stared at Victim 3's bulge in the white undergarments.  Victim 3
reported that BUCK took photographs of him during their first
encounter.

26.   In an interview with a male referred to herein as
Victim 4 on September 14, 2017, Victim 4 stated that he met BUCK
in an area in Hollywood known for drug use and transgender
prostitutes.  BUCK pulled up in a grey Acura SUV,[5] and Victim 4
got in the car.  BUCK offered Victim 3 $300 to come over to

---

[5] LASD investigators reviewed California Department vehicle
records on September 17, 2019, which show that BUCK is currenly
the registered owner of a 2001 silver 2001 Acura MDX, which is a
sports utility vehicle

BUCK's residence for three hours to smoke methamphetamine.
Victim 4 agreed.   After Victim 4 and BUCK smoked some
methamphetamine, BUCK asked Victim 4 to "shoot up," referring to
using the drug intravenously.   When Victim 4 refused, BUCK
became more forceful and insisted that Victim 4 smoke more
drugs.   At one point, Victim 4 told BUCK his time was up, asked
for payment, and left.   After some time, BUCK reached out to
Victim 4 on the website Adam4Adam – not realizing that he had
already met Victim 4 – and they got together at BUCK's
residence.   BUCK offered him $100-$200 an hour to engage in
sexual activities and use drugs, and he went to BUCK's residence
on multiple occasions.   On one occasion, Victim 4 fell asleep on
BUCK's couch at BUCK's residence, did not feel well when he woke
up, and believed that he had been injected with drugs.   The next
day, Victim 4 was taken to a hospital, where medical staff
confirmed that Victim 4 had ingested a tar-like substance, but
they could not confirm what the substance was.

     27.   During the investigation related to Victim 1's death
(see section B below), LASD investigators interviewed an
individual herein identified as Victim 5 on May 8, 2019.   Victim
5 told investigators that he met BUCK on the website Adam4adam,
where they exchanged messages and ultimately spoke on the phone.
Victim 5 stated that on April 24, 2019, he went to BUCK's
residence to engage in sexual activities in exchange for money
and marijuana.   Inside BUCK's residence, he saw numerous white,
gray, and black men's underwear in plastic bins, neatly folded
and separated by size.   Besides BUCK, there was another man

inside the apartment, who asked BUCK if he could smoke
methamphetamine one more time before he left.  BUCK said yes,
and provided the man with a glass pipe and methamphetamine.
BUCK offered Victim 5 methamphetamine several times, but Victim
5 declined.  BUCK asked Victim 5 if BUCK could blow
methamphetamine smoke on Victim 5's penis, but Victim 5 said no.
BUCK told Victim 5 that he had a strong underwear fetish and
asked Victim 5 to put on a pair, which Victim 5 did.  Later,
Victim 5 and BUCK drove together to a marijuana dispensary, and
BUCK purchased marijuana for Victim 5.  They then drove to a
liquor store and BUCK purchased vodka for Victim 5.  When they
went back to BUCK's residence, BUCK showed Victim 5 videos of
Moore who appeared to Victim 5 to be scared.  BUCK's offers of
methamphetamine became increasingly insistent, and at some
point, BUCK told Victim 5 that it was not gratifying for him if
Victim 5 did not ingest methamphetamine.  During this encounter,
BUCK provided Victim 5 with two pills that BUCK said were
Viagra.  Victim 5 stated that after taking them, he felt weird
and his legs locked up.  He told BUCK that he needed to leave.
BUCK compensated Victim 5 with $50 and told him he could have
earned more if he complied with all of BUCK's demands, which
Victim 5 believed referred to BUCK's request that Victim 5
ingest methamphetamine.  Victim 5 took his cash payment and
left.

**B.  Victim 1's Death**

28.  On January 7, 2019, at 1:08 a.m., LASD deputies
arrived at BUCK's residence in response to a 911 call that BUCK

placed.   LASD deputies saw that an individual (later identified
as Victim 1)[6] was laying nearly naked (wearing only white
underwear) and unresponsive on the living room floor.
Paramedics attempted to revive Victim 1, but after about 30
minutes, they pronounced Victim 1 dead.   According to the
autopsy report, the cause of death was methamphetamine and
ethanol toxicity, with coronary artery atherosclerosis as a
contributing condition.   The autopsy report also stated that
there was both scar tissue (indicating an old injection site)
and a new hemorrhage on his right antecubital fossa (elbow pit)
(indicating a new injection site).   The coroner investigator's
report stated that there was also a plastic ring around Victim
1's scrotum and a plastic ring around the base of Victim 1's
penis.

        29.   BUCK told LASD deputies that he had been friends with
Victim 1 for 30 years and that Victim 1 texted him around 11:30
p.m. on January 6, 2019, wanting to see BUCK.   According to
BUCK, when Victim 1 arrived, Victim 1 wanted sex.   BUCK left the
living room for five to ten minutes and when he came back,
Victim 1 had multiple layers of clothing on his face and was
walking on his knees making "ape" noises.   Victim 1 then fell
backwards and stopped making noises.   BUCK said that he went
over to Victim 1 and saw that he was unresponsive and that he
had clothing tied tightly around his neck and face, so BUCK
removed the clothing (the coroner investigator's report noted
that the investigator did not observe any clothing that appeared

        [6] Victim 1 was a 55 year-old black male.

to be fashioned like a noose).   BUCK then called 911 and began
performing chest compressions until law enforcement arrived.

30.   Inside BUCK's residence, deputies found glass pipes
and syringes in various places.

31.   During the search of BUCK's residence pursuant to a
state search warrant after Victim 1's death, deputies saw BUCK
sitting inside of a silver Acura sports utility vehicle, which
was parked inside of the building's underground gated parking
garage.

32.   On the same date of the investigation, another
resident that lived at the apartment complex called the police
to report a suspicious package outside of the window to BUCK's
residence.   It appeared to be a plastic bag with a box inside.
LASD deputies seized the package and obtained a search warrant.
Inside, deputies found several hypodermic syringes and glass
cylindrical bulbous pipes, as well as baggies with powdery
residue in them.   DNA testing was conducted by a senior
criminalist at the LASD Scientific Services Bureau on the pipes
and hypodermic syringes.   The report states, in part, that with
respect to two pipes, there is "very strong support for the
proposition that Edward Buck and [Victim 1] are co-contributors
to the DNA obtained" from the samples collected on each of the
pipes.   The report also states that with respect to two
syringes, there is "very strong support for the proposition that
Edward Buck is a contributor to the DNA obtained" from the
syringes.   Additionally, the report concludes that with respect
to another syringe, there is "very strong support for the

proposition that [Victim 1] is a contributor to the DNA
obtained" from the syringe.  The remaining pipes and syringes
had either insufficient DNA on them to analyze, DNA that was too
complex to analyze, or varying levels of support for concluding
that Edward Buck and/or Victim 1's DNA was included on the
samples.

       1.   <u>Interviews with Other Potential Victims or
Witnesses</u>

    33.  During the investigation of Victim 1's death, LASD
learned of a number of individuals who recounted their
encounters with BUCK to LASD investigators.

    34.  For example, in an interview with a male who is
identified herein as Victim 6 on March 13, 2019, Victim 6 stated
that he moved to Los Angeles in 2009, then became homeless in
2011 and stayed in Plummer Park, where he learned about BUCK
from others who congregated there.  Victim 6 said that BUCK was
nicknamed "Doctor Kevorkian," and was well known for
compensating male prostitutes with drugs and money.  Victim 6
had two encounters with BUCK in 2011.  During their first
meeting at BUCK's residence, BUCK gave Victim 6 $60 in cash and
a baggie of methamphetamine in exchange for sex.  Victim 6
stated that it was part of BUCK's role-playing and fantasy to
inject people with methamphetamine.  Victim 6 told BUCK that he
had never injected methamphetamine and was uncomfortable with
doing so, but BUCK assured him that it would be fine.  Victim 6
agreed to a small dose of methamphetamine, which he offered to
inject in himself, but BUCK wanted to do it.  BUCK ignored

Victim 6's agreement to only a small dose, and emptied an entire
syringe in him.  BUCK asked Victim 6 to put on white underwear
and a jockstrap.  BUCK placed a sex toy around Victim 6's penis,
but it was tight and very painful.  Victim 6 lost consciousness,
and when he came to, BUCK told him to shower, then paid him with
money and drugs before Victim 6 left.  During the second meeting
at BUCK's residence, BUCK again injected Victim 6 with a large
quantity methamphetamine.  Victim 6 instantly lost
consciousness, and when he awoke, he felt pain in his anus and
saw that it was bleeding.  A third unidentified man was
recording Victim 6.  BUCK gave Victim 6 $100 compensation and a
baggie of methamphetamine before Victim 6 left.  Victim 6 told
investigators that BUCK insists on injecting prostitutes with
methamphetamine, and that BUCK would dismiss anyone who would
not permit it, without compensation.

35.  In an interview with a male who is identified herein
as Victim 7 on April 2, 2019, Victim 7 stated that he was an
escort and in early December 2018, BUCK found Victim 7's phone
number on the website Adam4adam and called Victim 7 to arrange
to have Victim 7 come over to engage in sex and methamphetamine
use.  During this conversation, BUCK told Victim 7 that he had a
fascination with underwear and jockstraps.  They agreed on a
price of $300 for Victim 7's services, and BUCK sent a car to
pick up Victim 7 and bring him to BUCK's residence.  When Victim
7 arrived, BUCK offered him a Klonopin pill and a glass
containing clear soda.  BUCK insisted on injecting Victim 7 with
methamphetamine, but his hand was shaking too much, so Victim 7

injected himself.  Victim 7 stated that methamphetamine normally
makes him more alert, but after Victim 7 drank the clear soda
BUCK gave him, he became sleepy and began losing control over
his physical movements.  Victim 7 passed out, and when he awoke,
BUCK was approaching him with two additional syringes loaded
with methamphetamine.  BUCK was insistent that Victim 7 stay,
but Victim 7 had to leave and informed BUCK that his friend was
waiting outside for him.  BUCK paid Victim 7 $300, and Victim 7
left.  Later the same month, BUCK contacted Victim 7 again,
offering to pay Victim 7 to engage in sex and use
methamphetamine.  Victim 7 stated that BUCK sent an Uber car to
Victim 7's residence to pick him up and bring him to BUCK's
residence.[7]  At BUCK's residence, Victim 7 injected himself with
a syringe of what BUCK represented to be methamphetamine, but
after administering only part of the drugs, Victim 7 was lying
on the floor, unable to move for approximately 6 to 7 hours.
Victim 7 believes that BUCK gave him some sort of tranquilizer.
Victim 7 reported that Victim 7 began to feel as if he was not
able to move.  While unable to move, at some point, Victim 7
claimed that BUCK wanted Victim 7 to leave, but that Victim 7
could not move.  BUCK then became frustrated and obtained a
power saw from a closet, turned it on, and approached Victim 7
with it.  Victim 7 said that he got an adrenalin rush and was

_____

[7] Uber records for BUCK's Uber account, obtained via grand
jury subpoena, corroborate Victim 7's statement that BUCK sent
an Uber to pick him up in December 2018.  According to BUCK's
Uber records, Buck sent an Uber car to an address one residence
over from Victim 7's known residence on December 14, 2018 at
approximately 11:40 p.m., and the ride ended at BUCK's residence
at approximately 12:00 a.m.

able to stand up and go to the kitchen.  Victim 7 said that when he regained his ability to speak, BUCK refused to pay him and another male known to Victim 7 only as "Chad" arrived, possibly to remove Victim 7.  Victim 7 stated that he was extremely angry that BUCK refused to pay him, but that BUCK eventually paid Victim 7 through the banking application, Zelle.  Messages on BUCK's cellphone, which was seized and searched after Victim 1's death pursuant to a state search warrant, corroborate Victim 7's account that BUCK paid him using Zelle.[8]

36.  In an interview with a male who is identified herein as Victim 8 on March 21, 2019, Victim 8 stated that BUCK would pay him in cash and marijuana to engage in sexual activities with Victim 8 at BUCK's residence, including asking Victim 8 to don white underwear for him.  Victim 8 stated that on the last occasion, BUCK provided him with what he thought was vodka, but after consuming it, he fell asleep.  Victim 8 stated that when he woke up, BUCK was injecting Victim 8 with a drug via a syringe.  Victim 8 panicked because he does not use methamphetamine, and he tried to get up, but he could not move.  Victim 8 stated that his underwear was pulled down and he felt excruciating pain in his anus, which was bleeding.  There were metal clips fastened to his nipples, and when he tried unsuccessfully to remove them, BUCK laughed and whispered to him.  Victim 8 reported that he was in a state of catatonia.

---

[8] The messages also show that Victim 7 threatened to expose BUCK if BUCK did not pay him for his services.

37.   In an interview with a male who is identified herein as Victim 9 on April 26, 2019, Victim 9 stated that he would engage in sexual activities with BUCK on several occasions in exchange for drugs and money at BUCK's residence.   On some of these occasions, Victim 9 would fall asleep shortly after consuming the narcotics and would wake up later to BUCK injecting or preparing syringes to inject Victim 9 with substances.

### C.   Evidence Suggests that BUCK Has Continued to Solicit Men and Distribute Methamphetamine After the Overdose Deaths

38.   After Victim 1's death at BUCK's residence in January 2019, BUCK has continued to solicit men, including Victim 7 who reported that BUCK called him to inquire about Victim 7's availability as recently as July 2019.

39.   Additionally, on September 11, 2019, LASD investigators interviewed an individual identified herein as Victim 10 regarding his encounters with BUCK.   Victim 10 stated that he met BUCK on Adam4Adam in June 2019.   On several occasions in June and July 2019, Victim 10 told investigators that BUCK sent an Uber to a hotel in Skid Row where Victim 10 was then living to pick Victim 10 up and bring him to BUCK's residence.   After arriving at BUCK's residence, BUCK and Victim 10 engaged in sexual activities and BUCK provided methamphetamine for Victim 10 to smoke and to use intravenously. Victim 10 stated that BUCK would supply and intravenously inject Victim 10 with methamphetamine.   According to Victim 10, from July 29, 2019, to September 6, 2019, Victim 10 lived with BUCK

at BUCK's residence and during that time, BUCK would supply and intravenously inject methamphetamine into Victim 10 on a near daily basis.  According to Victim 10, BUCK intravenously injected methamphetamine into Victim 10 on September 4 and September 11, 2019, which caused Victim 10 to suffer overdose effects and causing him to be transported to the hospital. Victim 10 survived both overdoses.

40.  Specifically, on September 4, 2019, Victim 10 reported that while at BUCK's residence, BUCK injected Victim 10 with methamphetamine twice within an approximately 30 minute period. Victim 10 felt like he was overdosing and asked BUCK to take him to an urgent care.  Victim 10 claimed that BUCK initially did not take action, but eventually agreed to drive Victim 10 to urgent care.  Victim 10 reported that the urgent care advised that he go to the hospital and BUCK sent an Uber to pick up Victim 10 from the urgent care and take him to the hospital. According to Victim 10, he was released from the hospital the same day.

41.  On September 11, 2019, Victim 10 reported that, while at BUCK's residence, BUCK injected Victim 10 with methamphetamine twice and supplied Victim 10 with GHB, which based on my training and experience is an acronym for Gamma Hydroxybutyrate, a Schedule I controlled substance.  Victim 10 relayed that he drank the GHB with soda water.  Victim 10 told law enforcement that he began to feel as if he was overdosing and asked BUCK to provide him with a Klonopin pill, which he refused.  Victim 10 then requested BUCK to call an ambulance,

which he refused.  Victim 10 stated that he eventually walked to the gas station across the street and asked a passerby and the gas station employee to call 911, which they did.  Paramedics arrived and Victim 10 was taken to Cedar Sinai Medical Center. The discharge report from Cedars Sinai Medical Center dated September 11, 2019, which Victim 10 provided to investigators, states that the reason for the visit was overdose and anxiety. Based on my review of the report, there are no toxicology results listed and the report and it does not state if toxicology testing was done.

## CONCLUSION

42.  For all of the reasons described above, there is probable cause to believe that BUCK has committed a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Methamphetamine Resulting in Death.

_____
John Mundell, Task Force Officer
DEA

Subscribed to and sworn before me
on September 18, 2019.

_____
UNITED STATES MAGISTRATE JUDGE