FILED

2019 SEP 19 PM 12:31

CLERK U.S. DISTRICT
CENTRAL DIST. OF CAL.
LOS ANGELES
BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| V. | PLAINTIFF | 19-MJ-03937 |
| EDWARD BUCK | | REPORT COMMENCING CRIMINAL |
| | DEFENDANT | ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 09-19-19  12:08  ☐ AM ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:
   Title 21, United States Code, Section 841(a)(1), (b)(1)(C)

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes  Language: English

7. Year of Birth: 1954

8. Defendant has retained counsel:  ☐ No  ☑ Yes  Name: _un k_  Phone Number: _____

9. Name of Pretrial Services Officer notified: Vivian Villages

10. Remarks (if any): _____

11. Name: Bob Thomas (please print)

12. Office Phone Number: 213-305-8895

13. Agency: DEA

14. Signature: _[signature]_

15. Date: 09-19-19

CR-64 (2/14)                REPORT COMMENCING CRIMINAL ACTION