1

2

3

4

5

6

7

FILED
CLERK, U.S. DISTRICT COURT

SEP 26 2019

CENTRAL ... ... ...
BY ... DEPUTY

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,      )   Case No.
                                    )
11                      Plaintiff,  )   19 MJ 3937
                                    )
12              v.                  )   ORDER OF DETENTION AFTER HEARING
                                    )        (18 U.S.C. § 3142(i))
13   Edward Buck                    )
                                    )
14   _____ Defendant. )

15

16                                  I.

17   A.    ( ✓ ) On motion of the Government involving an alleged

18         1.  ( )   crime of violence;

19         2.  ( ✓ ) offense  with  maximum sentence of life

20                   imprisonment or death;

21         3.  ( ✓ ) narcotics or controlled substance offense with

22                   maximum  sentence  of  ten  or  more  years  (21

23                   U.S.C. §§  801,/951, et. seq.,/955a);

24         4.  ( )   felony - defendant  convicted of two or more

25                   prior offenses described above.

26   B.    On motion ( ✓ ) (by the Government)/( ) (by the Court sua

27         sponte involving)

28         1.  ( ✓ ) serious risk defendant will flee;

2.   ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( )threaten, injure, or intimidate a prospective

          witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A.   (✓) appearance of defendant as required; and/or

B.   (✓) safety of any person or the community;

III.

The Court has considered:

A.   (✓) the nature and circumstances of the offense;

B.   ✓) the weight of evidence against the defendant;

C.   (✓) the history and characteristics of the defendant;

D.   (✓) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A.   ( ) Defendant poses a risk to the safety of other persons or the community because:_____

_____

_____

_____

_____

_____

_____

/ / /

/ / /

B.  ( )  History and characteristics indicate a serious risk
that defendant will flee because:_____

_____

_____

_____

_____

C.  ( )  A serious risk exists that defendant will:

1.  ( ) obstruct  or  attempt to  obstruct  justice;

2.  ( ) threaten,  injure or  intimidate  a  witness/

juror; because:_____

_____

_____

_____

D.  (✓)  Defendant has not rebutted by sufficient evidence to
the contrary the presumption provided in 18 U.S.C.
§ 3142 (e).

IT IS ORDERED that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as
practicable in a corrections facility separate from persons awaiting
or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable
opportunity for private consultation with counsel.

DATED: 9-26-19

_Patrick J. Walsh_

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

CR - 94 (02/94)        ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i)        - 3 -