1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                          January 2019 Grand Jury

11    UNITED STATES OF AMERICA,              CR No.

12              Plaintiff,                   I N D I C T M E N T

13              v.                           [21 U.S.C. §§ 841(a)(1),
                                             (b)(1)(C): Distribution of
14    EDWARD BUCK,                           Controlled Substances Resulting in
                                             Death; 21 U.S.C. §§ 841(a)(1),
15              Defendant.                   (b)(1)(C): Distribution of
                                             Controlled Substances]
16

17         The Grand Jury charges:

18                          INTRODUCTORY ALLEGATIONS

19         1.   Beginning on a date unknown, but not later than July 2017,

20    and continuing through on or about September 17, 2019, defendant

21    EDWARD BUCK ("BUCK") engaged in a pattern of soliciting men to

22    consume drugs that BUCK provided and perform sexual acts at BUCK's

23    apartment, located at 1234 North Laurel Avenue, Apartment #17, West

24    Hollywood, California 90046 (hereinafter, "BUCK's Residence").  The

25    practice of using drugs in conjunction with, or immediately

26    preceding, sexual activity is commonly referred to as "party and

27    play."  In these party and play sessions, BUCK distributed drugs,

28    including methamphetamine, to his victims, and in some instances,

injected them with drugs intravenously in a practice known as "slamming." BUCK exerted power over his victims, often targeting vulnerable individuals who were destitute, homeless, and/or struggled with drug addiction, in order to exploit the relative wealth and power imbalance between them.

2. BUCK solicited his victims in various ways. He solicited them via social media platforms, including but not limited to Adam4Adam, a gay male dating and escort website. BUCK indicated on his Adam4Adam profile that he was looking for men with whom he could "party and play." He also solicited men via referrals from his prior victims, and used a "recruiter" who scouted men, propositioned them on BUCK's behalf, and brought them to BUCK's Residence to engage in party and play for compensation.

3. At BUCK's Residence, BUCK distributed and attempted to distribute methamphetamine and other controlled substances to his victims. At BUCK's Residence, BUCK prepared syringes containing a mixture or substance containing methamphetamine. BUCK sometimes personally injected his victims, with and without their consent. BUCK pressured victims to let him personally inject them; he also distributed syringes filled with methamphetamine so victims could self-inject. In addition to injections, BUCK distributed methamphetamine to be smoked. BUCK pressured, coerced, and/or incentivized his victims to consume drugs, sometimes offering a premium payment to victims who would consume more drugs, try new drugs, or let BUCK inject them with drugs. In some instances, BUCK injected his victims with larger quantities of drugs than they agreed to receive, and in other instances, BUCK injected his victims while they were unconscious. BUCK refused to pay or reduced pay to victims

2

who would not consume drugs with him.  On at least two occasions
described in this Indictment, BUCK distributed lethal quantities of
methamphetamine to his victims, resulting in death.

    4.   These introductory allegations are incorporated into each
count of the Indictment.

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about July 27, 2017, in Los Angeles County, at BUCK's Residence, within the Central District of California, defendant EDWARD BUCK knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, to Gemmel Moore, whose death and serious bodily injury resulted from the use of such substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about January 7, 2019, in Los Angeles County, at BUCK's Residence, within the Central District of California, defendant EDWARD BUCK knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance, to Timothy Dean, whose death and serious bodily injury resulted from the use of such substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about May 15, 2018, in Los Angeles County, at BUCK's Residence, within the Central District of California, defendant EDWARD BUCK knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance, to C.S.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 2, 2018, in Los Angeles County, within the Central District of California, defendant EDWARD BUCK knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance, to C.H.

1
2
3
4
5
6

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about September 4, 2019, in Los Angeles County, at BUCK's Residence, within the Central District of California, defendant EDWARD BUCK knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance, to D.B.

7
8
9
10
11

A TRUE BILL

/S/
_____
Foreperson

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

CAROL CHEN
Assistant United States Attorney
Chief, International Narcotics,
Money Laundering, and
Racketeering Section

BRITTNEY M. HARRIS
CHELSEA NORELL
Assistant United States Attorneys
International Narcotics, Money
Laundering, and Racketeering
Section