# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

Case Number: 19CR00595 CAS
Defendant Number: 1
U.S.A. v. Edward Buck
Year of Birth: 1954

[✓] Indictment    [ ] Information
Investigative agency (FBI, DEA, etc.): DEA

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: 7/27/17 et seq.

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles      [ ] Ventura
[ ] Orange           [ ] Santa Barbara
[ ] Riverside        [ ] San Luis Obispo
[ ] San Bernardino   [ ] Other _____

Citation of Offense: 21 U.S.C. 841(a)(1), (b)(1)(C)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No    [ ] Yes

If "Yes," Case Number: _____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 9/18/19
Case Number: 19-MJ-03937
Assigned Judge: DUTY

Charging: 21 U.S.C. 841(a)(1), (b)(1)(C)

The complaint/CVB citation:
[✓] is still pending
[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes
IF YES, provide Name: Claire Simonich
Phone Number: 213-894-4786

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*    [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*    [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

IS THIS A NEW DEFENDANT?   [ ] Yes   [ ] No

This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: _____

Case Number _____

The superseded case:
[ ] is still pending before Judge/Magistrate Judge _____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*    [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*    [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male  ☐ Female

☑ U.S. Citizen  ☐ Alien

Alias Name(s) _____

This defendant is charged in:
- ☑ All counts
- ☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No

IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☑ narcotics offenses
- ☐ violent crimes/firearms
- ☐ public corruption
- ☐ tax offenses
- ☐ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud
- ☐ Other _____

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint: N/A

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?  ☐ Yes  ☐ No

d. Is on bail or release from another district: _____

Defendant is **in custody**:

a. Place of incarceration:  ☐ State  ☑ Federal

b. Name of Institution: MDC

c. If Federal, U.S. Marshals Service Registration Number:
   78687-112

d. ☑ Solely on this charge. Date and time of arrest:
   9/19/19

e. On another conviction:  ☐ Yes  ☑ No

   IF YES :  ☐ State  ☐ Federal  ☐ Writ of Issue

f. Awaiting trial on other charges:  ☑ Yes  ☐ No

   IF YES :  ☑ State  ☐ Federal  AND

   Name of Court: Superior Court of California, Los Angeles

   Date transferred to federal custody: 9/19/19

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ____ 20  ____ 21  ____ 40

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date __10/01/2019__

_Signature of Assistant U.S. Attorney_

Brittney M. Harris
Print Name