# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:19-CR-00595   Recorder: CS 10/10/2019   Date: 10/10/2019

Present: The Honorable Frederick F. Mumm, U.S. Magistrate Judge

Court Clerk: James R. Munoz, II   Assistant U.S. Attorney: Chelsea Norell

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| EDWARD BUCK    CUSTODY-PRESENT | CLAIRE M. SIMONICH    DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Christina A. Snyder.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 11/26/2019 at 9:30 AM
    Status Conference 11/4/2019 at 1:30 PM
    Motion Hearing 11/4/2019 at 1:30 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    Trial estimate: 10 days.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: JRM II by TRB

cc: Statistics Clerk, PSALA USMLA