Christopher A. Darden, SB#094959
DardenLawGroup, APC.
11500 W. Olympic Boulevard, Suite 400
Los Angeles, California 90064
(310) 654-3369
(310) 568-1806

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF<br><br>v.<br><br>Edward Buck | 2:19-cr-00595-CAS |
| DEFENDANT. | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant Edward Buck
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Patrick J. Walsh _____ by order dated: 9/26/19

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
Mr. Buck is a high risk candidate for contracting COVID-19/ Mr. Buck is 65 years of age and suffers from pre-existing medical conditions including heart disease.

Relief sought *(be specific):*
Mr. Buck seeks the following relief: That he be released on a signature bond or cash bail in the amount of $100,000.00.

Counsel for the defendant and plaintiff United States Government consulted on July 29, 2020 _____
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☑ Interpreter ☐ USM ☐ Probation
on Jul 29, 2020 _____ .

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

| July 30, 2020 | Defendant, Edward Buck through Atty C. Darden |
|---|---|
| Date | Moving Party |

APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (06/07)

# CERTIFICATE OF SERVICE

## No.  2:19-CR-00595-CAS-1

**Case Name: USA v. Ed Buck**

I hereby certify that on July 30, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**APPLICATION FPR REVIEW/CONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C.§3142) AND REQUEST FOR HEARING**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 30, 2020, at Los Angeles, California.

/S/

_____

K. Martin