FILED
CLERK, U.S. DISTRICT COURT

8/4/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DD_____ DEPUTY

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| UNITED STATES OF AMERICA, | CR 19-595(A)-CAS |
|---|---|
| Plaintiff, | F I R S T |
| | S U P E R S E D I N G |
| v. | I N D I C T M E N T |
| EDWARD BUCK, | [21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Controlled Substances Resulting in Death; 18 U.S.C. § 2422(a): Enticement to Travel in Interstate Commerce for Prostitution; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Controlled Substances; 21 U.S.C. § 856(a)(1): Maintaining Drug-Involved Premises] |
| Defendant. | |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this First Superseding Indictment:

1.    Beginning on a date unknown, but not later than January 2011, and continuing through on or about September 17, 2019, defendant EDWARD BUCK engaged in a pattern of soliciting men to consume drugs that defendant BUCK provided and perform sexual acts at defendant BUCK's apartment, located at 1234 North Laurel Avenue,

Apartment #17, West Hollywood, California 90046 (hereinafter, "BUCK's Residence").  The practice of using drugs in conjunction with, or immediately preceding, sexual activity was commonly referred to as "party and play."  In these party and play sessions, defendant BUCK distributed drugs, including methamphetamine, to his victims, and in some instances, injected them with drugs intravenously in a practice known as "slamming."  Defendant BUCK exerted power over his victims, often targeting vulnerable individuals who were destitute, homeless, and/or struggled with drug addiction, in order to exploit the relative wealth and power imbalance between them.

2.    Defendant BUCK solicited his victims in various ways.  He solicited some via social media platforms, including but not limited to Adam4Adam, a gay male dating and escort website.  Defendant BUCK indicated on his Adam4Adam profile that he was looking for men with whom he could "party and play."  He also solicited men via referrals from his prior victims, and used a "recruiter" who scouted men, propositioned them on defendant BUCK's behalf, and brought them to BUCK's Residence to engage in party and play for compensation.

3.    At BUCK's Residence, defendant BUCK distributed and attempted to distribute methamphetamine and other controlled substances to his victims.  At BUCK's Residence, defendant BUCK prepared syringes containing a mixture or substance containing methamphetamine.  Defendant BUCK sometimes personally injected his victims, with and without their consent.  Defendant BUCK pressured victims to let him personally inject them; he also distributed syringes filled with methamphetamine so victims could self-inject.  In addition to injections, defendant BUCK distributed methamphetamine to be smoked.  Defendant BUCK pressured, coerced, and/or incentivized

his victims to consume drugs, sometimes offering a premium payment to victims who would consume more drugs, try new drugs, or let defendant BUCK inject them with drugs. In some instances, defendant BUCK injected his victims with larger quantities of drugs than they agreed to receive, and in other instances, defendant BUCK injected his victims while they were unconscious. Defendant BUCK refused to pay or reduced pay to victims who would not consume drugs with him. On at least two occasions described in this First Superseding Indictment, defendant BUCK distributed lethal quantities of methamphetamine to his victims, resulting in death.

4. These Introductory Allegations are reincorporated in every count of this First Superseding Indictment.

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about July 27, 2017, in Los Angeles County, at BUCK's Residence, within the Central District of California, defendant EDWARD BUCK knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance, to Gemmel Moore, whose death and serious bodily injury resulted from the use of such substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about January 7, 2019, in Los Angeles County, at BUCK's Residence, within the Central District of California, defendant EDWARD BUCK knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance, to Timothy Dean, whose death and serious bodily injury resulted from the use of such substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about May 15, 2018, in Los Angeles County, at BUCK's Residence, within the Central District of California, defendant EDWARD BUCK knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance, to C.S.

COUNT FOUR

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about September 22, 2018, in Los Angeles County, within the Central District of California, defendant EDWARD BUCK knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance, to J.G.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about December 2, 2018, in Los Angeles County, within the Central District of California, defendant EDWARD BUCK knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance, to C.H.

COUNT SIX

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about September 4, 2019, in Los Angeles County, at BUCK's Residence, within the Central District of California, defendant EDWARD BUCK knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance, to D.B.

COUNT SEVEN

[21 U.S.C. § 856(a)(1)]

Beginning on a date unknown, but not later than January 2011, and continuing to September 17, 2019, in Los Angeles County, within the Central District of California, defendant EDWARD BUCK knowingly leased, rented, used, and maintained a place, that is, an apartment at 1234 North Laurel Avenue, Apartment #17, in West Hollywood, California, for the purpose of distributing and using controlled substances, namely, gamma hydroxybutyric acid, a Schedule I controlled substance, methamphetamine, a Schedule II controlled substance, and clonazepam, a Schedule IV controlled substance.

COUNT EIGHT

[18 U.S.C § 2422(a)]

On or about July 27, 2017, in Los Angeles County, within the Central District of California, defendant EDWARD BUCK knowingly persuaded, induced, and enticed victim Gemmel Moore to travel in interstate commerce to Los Angeles to engage in sexual activity for which any person could be charged with a criminal offense, namely, prostitution, in violation of California Penal Code Section 647(b).

1          COUNT NINE

2          [18 U.S.C § 2422(a)]

3          On or about September 22, 2018, in Los Angeles County, within

4    the Central District of California, defendant EDWARD BUCK knowingly

5    persuaded, induced, and enticed victim J.G. to travel in interstate

6    commerce to Los Angeles to engage in sexual activity for which any

7    person could be charged with a criminal offense, namely,

8    prostitution, in violation of California Penal Code Section 647(b).

9

10                               A TRUE BILL

11                               /S/

12                               _____

13                               Foreperson

14   NICOLA T. HANNA
     United States Attorney

15

16   *Brandon Fox*

17   BRANDON D. FOX
     Assistant United States Attorney

18   Chief, Criminal Division

19   CAROL A. CHEN
     Assistant United States Attorney

20   Chief, International Narcotics,
     Money Laundering, and

21   Racketeering Section

22   CHELSEA NORELL
     BRITTNEY M. HARRIS

23   Assistant United States Attorneys
     International Narcotics, Money

24   Laundering, and Racketeering
     Section

25

26

27

28

                               12