Reset Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT
8/4/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

Case Number: **19-00595(A)-CAS**    Defendant Number: **1**
U.S.A. v. **Edward Buck**    Year of Birth: **1954**
[✓] Indictment  [ ] Information    Investigative agency (FBI, DEA, etc.): **FBI / DEA**

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
 [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
 [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: **January 2011 et seq.**

c. County in which first offense occurred: **Los Angeles**

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
 [✓] Los Angeles  [ ] Ventura
 [ ] Orange  [ ] Santa Barbara
 [ ] Riverside  [ ] San Luis Obispo
 [ ] San Bernardino  [ ] Other _____

Citation of Offense: **21 U.S.C. 841(a)(1), (b)(1)(C); 856(a)(1)**
**18 U.S.C. 2422(a)**

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
 [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
 [ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
 [✓] No  [ ] Yes
 If "Yes," Case Number: _____

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:
 a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
 b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: **9/18/19**
Case Number: **19-MJ-03937**
Assigned Judge: **DUTY**
Charging: **21 U.S.C. 841(a)(1), (b)(1)(C)**
The complaint/CVB citation:
 [✓] is still pending
 [ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [✓] Yes
IF YES, provide Name: **Christopher Darden, Esq.**
Phone Number: **310-444-3099**

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
 [ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
 [ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [✓] No
This is the **1st** superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: **10/2/19**
Case Number **19-00595-CAS**

The superseded case:
 [✓] is still pending before Judge/Magistrate Judge
 Honorable **Christina A. Snyder**
 [ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
 [ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
 [ ] Yes*  [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
 [ ] Yes  [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES  ☑ NO

IF YES, list language and/or dialect:

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien

Alias Name(s)

This defendant is charged in:
☑ All counts
☐ Only counts:

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes  ☑ No
IF YES, should matter be sealed? ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☑ narcotics offenses
☐ violent crimes/firearms
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud
☑ Other  enticement to travel to engage in prostitution

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: ___
b. Posted bond at complaint level on: ___
   in the amount of $ ___
c. PSA supervision? ☐ Yes  ☐ No
d. Is on bail or release from another district: ___

Defendant is **in custody**:
a. Place of incarceration: ☐ State  ☑ Federal
b. Name of Institution: MDC
c. If Federal, U.S. Marshals Service Registration Number: 78687-112
d. ☑ Solely on this charge. Date and time of arrest: 9/19/19
e. On another conviction: ☐ Yes  ☑ No
   IF YES: ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges: ☑ Yes  ☐ No
   IF YES: ☑ State  ☐ Federal  AND
   Name of Court: Superior Court of California, Los Angeles
   Date transferred to federal custody: 9/19/19

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ___20  ___21  ___40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: ___

Date  07/28/2020

*Brittney Harris* (signature)

Signature of Assistant U.S. Attorney
Brittney M. Harris
Print Name