# DECLARATION OF LUDLOW B. CREARY II

I, LUDLOW B. CREARY II, declare: I am an attorney licensed to practice law in the State of California and I am admitted to practice in this Court. I am submitting this declaration in support of Edward Buck's *Ex Parte* Application for Bail Hearing and Release from Custody Pending Trial.

1. Timothy Williams, et al., *Coronavirus Cases Rise Sharply in Prisons Even as They Plateau Nationwide*, N.Y. Times, available at https://www.nytimes.com/2020/06/16/us/coronavirus-inmates-prisons-jails.html (last updated June 30, 2020).

2. *Coronavirus in the U.S: Latest Map and Case Count,* N.Y. Times, available at https://www.nytimes.com/interactive/2020/us/coronavirus-us-cases.html#clusters (last updated August 24, 2020).

3. *See, e.g.,* Audrey Cher, *WHO's Chief Scientist Says There's a "Very Real Risk" of a Second Wave of Coronavirus As Economies Reopen*, CNBC, June 9, 2020, available at https://www.cnbc.com/2020/06/10/who-says-theres-realrisk-of-second-coronavirus-wave-as-economies-reopen.html.

4. *See* April 3, 2020 Report from the BOP regarding the Metropolitan Detention Center and Metropolitan Correctional Center ("MDC and MCC Report"), available at https://img.nyed.uscourts.gov/files/reports/bop/20200403_BOP_Report.pdf; and June 30, 2020 MDC and MCC Report, available at https://www.nyed.uscourts.gov/pub/bop/MDC_MCC_20200630_071147.pdf.

5. Dr. Tedros Adhanom Ghebreyesus, WHO Director-General's Opening Remarks at Media Briefing on COVID-19 (March 11, 2020) (transcript available at https://tinyurl.com/vyvm6ob) (describing COVID-19 as a "pandemic"); see also CDC Situation Summary, supra paragraph 4 (same).

6. Centers for Disease Control and Prevention, Coronavirus Disease 2019 (COVID-19), https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.htmlRoni Caryn Rabin, *Coronavirus Threatens Americans with Underlying Conditions*, N.Y. Times, https://tinyurl.com/swh8b7n (last updated March 14, 2020)

7. James Gallagher, *Coronavirus: What It Does to the Body*, BBC News, March 14, 2020, https://tinyurl.com/w9mgtao.

8. *See* BOP COVID-19 Modified Operations Plan, available at https://www.bop.gov/coronavirus/covid19_status.jsp.

9. *See* BOP COVID-19 Cases, available at https://www.bop.gov/coronavirus/ (last updated August 24, 2020)

10. John Myers, et al., *California to release 8,000 prisoners in hopes of easing Coronavirus crisis*, LA. Time*s*, available at https://www.latimes.com/california/story/2020-07-10/california-release-8000-prisoners-coronavirus-crisis-newsom (last updated July 12, 2020).

11. *See* LA County Daily Covid-19 Data, available at https://www.bop.gov/coronavirus/ (last updated August 24, 2020)

12. Thomas Fuller, *California Calls for Residents 65 and Older to Stay at Home*, N.Y. Times, March 15, 2020, *available at* https://www.nytimes.com/2020/03/15/us/coronavirus-newsom-california-seniors-restaurants-bars.html

13. Brandon Saloner, *Covid-19 Cases and Deaths in Federal and State Prisons*, last updated July 08, 2020, available at https://jamanetwork.com/journals/jama/fullarticle/2768249

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2020, at Los Angeles, California.

Ludlow B. Creary II

Attorney for Edward Buck