



## MCC Los Angeles LOS

| | | | |
|---|---|---|---|
| Patient: | BUCK, EDWARD (Male) | DOB: | 08/24/54 |
| Register#: | 7867-112 | Age: | 65 |
| Date: | 02/11/20 10:54 | Status: | OP |
| Slicecount: | 0 | | |
| History: | Occasional left hip pain with exercise x 1 month | | |
| Priors: | | | |
| Exams: | FILM LEFT HIP | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: 202#BOP00156340 | | | |

**Final Report**

**Exam: FILM LEFT HIP**

**HISTORY:** Pain

**TECHNIQUE:** 2 views obtained

**COMPARISON:** No prior imaging available

**FINDINGS:** There is bone-on-bone articulation at the superior left hip joint. There is subchondral sclerosis and cystic change at the superior left hip joint. There is osteophyte formation of the left femoral head. There is no radiographic evidence for acute fracture. There is no joint space malalignment. Bone mineralization is normal for age.

**IMPRESSION:**
Severe osteoarthritis of the left hip joint.

Radiologist: Maurice Yu, MD

Study ready at 10:57 and initial results transmitted at 12:11



78687-112

# East Los Angeles Cardiology Medical Group, Inc.
*1701 Cesar E. Chavez Avenue Suite 560 Los Angeles, Ca 90033-2464*
*Ph (323) 441-1122 Fax (323) 441-1172*

Rainier A. Manzanilla, M.D., F.A.C.C.             Armand G. Rostamian, MD
Suresh P. Rao, M.D., F.A.C.C.                 R. David Kummer, M.D.
Letisia de la Cruz, PA-C                          Erin Prieto, PA-C

## Initial Physician Evaluation

Page: 5

**Patient: BUCK, EDWARD**
**DOB: 08-24-1954 age: 65 Y/O**
**Account #: 55106**
**(817)477-0400**
**Date of Consultation: 01-31-2020**

**Referring Physician: ROGELIO TOH, MD**

Return to clinic 1-2 week(s) after study.

THANK YOU FOR YOUR REFERRAL.

*[signature]*

Letisia de la Cruz, PA C
Treatment Plans:
1- Education Handouts
        a. REMINDER - ENG Healthy Diet
        b. REMINDER - ENG Healthy Lifestyle
        c. REMINDER - ENG Low Sodium Diet
2- Misc
        a. PATIENT DISCUSSION - Blood Pressure: Check blood pressure at home, keep log and take to PMD/ nephrologist next visit, patient verbalized understanding.
3- Office Procedures
        a. PROCEDURE - Stress Echo
4- Return to Clinic
        a. RETURN APPT - Other: Schedule follow up 1-2 weeks after studies or PRN.



R. ... MD
535 N Alameda Street
Los Angeles, CA

**East Los Angeles Cardiology Medical Group, Inc.**
*1701 Cesar E. Chavez Avenue Suite 560 Los Angeles, Ca 90033-2464*
*Ph (323) 441-1122 Fax (323) 441-1172*

Rainier A. Manzanilla, M.D., F.A.C.C.  
Suresh P. Rao, M.D., F.A.C.C.  
Letisia de la Cruz, PA-C

Armand G. Rostamian, MD  
R. David Kummer, M.D.  
Erin Prieto, PA-C

## Initial Physician Evaluation

Page: 4

Patient: BUCK, EDWARD
DOB: 08-24-1954  age: 65 Y/O
Account #: 55106
(817)477-0400
Date of Consultation: 01-31-2020

Referring Physician:  ROGELIO TOH, MD

**ELECTROCARDIOGRAM:** Sinus Rhythm, Nonspecific ST depression + Nonspecific T-abnormality -Nondiagnostic.

Diagnoses:

| # | DI CODE | Description | Comment |
|---|---------|-------------|---------|
| 1 | R94.31  | Abnormal Electrocardiogram [ecg] [ekg] | |

**ASSESSMENT:**
# Abnormal EKG- non specific ST-T segment abnormalities. Patient not symptomatic.
# Cardiac murmur- likely Aortic Valve
# BPH
# Adjustment disorder.
# Hearing loss- uses of hearing aids

**Medications Prescribed: None.**

**DISCUSSION/RECOMMENDATIONS:**
Patient will be scheduled for a stress echo to evaluate for significant ischemia and LV dysfunction.
Follow blood pressure closely
Patient advised to seek medical attention at nearest ED if develops symptoms, patient verbalized understanding.
Case discussed with S. Rao, MD



P. Toh, MD
535 N Alameda Street
Los Angeles, CA 90012

# Bureau of Prisons
# Health Services
# Treatments

| Begin Date: 06/08/2019 | | End Date: 06/08/2020 |
|---|---|---|
| Reg #: 78687-112 | | Inmate Name: BUCK, EDWARD |

| **Date** | **Time** | **Treatment** | **Provider** | **Status** |
|---|---|---|---|---|
| 05/14/2020 | 15:49 LOS | Procedure Preparation | Williams, J. RN | Completed |
| | | Medication given and charted in EMAR. | | |
| | | **Orig Entered:** 05/14/2020 18:49 EST   Williams, J. RN | | |
| 04/09/2020 | 13:05 LOS | Procedure Preparation | Casten-Methu, | Completed |
| | | inmate dose not due today | | |
| | | **Orig Entered:** 04/09/2020 16:05 EST   Casten-Methu, Michelle RN | | |
| 02/08/2020 | 09:00 LOS | Procedure Preparation | Barga, C. RN | Completed |
| | | **Orig Entered:** 02/08/2020 17:06 EST   Barga, C. RN | | |
| 10/21/2019 | 08:45 LOS | EKG | Barga, C. RN | Completed |
| | | handed results to MD | | |
| | | **Orig Entered:** 10/21/2019 11:46 EST   Barga, C. RN | | |

**Total:** 4



| Inmate Name: | BUCK, EDWARD | | | | Reg #: | 78687-112 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/24/1954 | Sex: | M   Race: WHITE | | Facility: | LOS |
| Encounter Date: | 09/30/2019 11:31 | Provider: | Hernandez, H. PA-C | | Unit: | H03 |

**Mental Health:**

   **Level of Consciousness:** Alert and Oriented

   **Psychomotor Activity:** Normal

   **General Appearance:** Normal

   **Behavior:** Cooperative

   **Mood:** Appropriate to Content

   **Thought Process:** Goal Directed

   **Thought Content:** Normal

   **Hx of Mental Health Treatment:** None

   **Hx of Head Injury:** None

   **Current Mental Health Treatment:** No

   **Current Mental Health Complaint:** No

   **Hx of Loss of Consciousness:** No

   **Hx of Hearing Voices:** No

   **Past History of Suicide Attempt:** No

   **Current Suicide Ideation:** No

   **Suicide Prevention Initiated:** No

   **Comments:**

**Substance Use History:**

| | **Last Used** | **Frequency** | **Route** | **Type** | **Amount** |
|---|---|---|---|---|---|
| **Other Drugs** | 8 - 14 days | Daily | Oral | | |

   **Hx of Withdrawal Symptoms:**

   **Comments:** Previously on Klonipin and Ambien with Rx, states "can't fall asleep" with current Rx dose

**Current Painful Condition:** Denied

**Other Health Issues:**

   **Current Medical Conditions:** Hx glaucoma

   **Other Current Treatments:**

**Pregnant:** N/A

**Dental Condition:** Denied

| | | | | |
|---|---|---|---|---|
| Inmate Name: BUCK, EDWARD | | | | Reg #: 78687-112 |
| Date of Birth: 08/24/1954 | | Sex: M   Race: WHITE | | Facility: LOS |
| Encounter Date: 09/30/2019 11:31 | | Provider: Hernandez, H. PA-C | | Unit: H03 |



**When Tested:**

**Test Result:**

**Comments:**

**Hepatitis:** Denied

**Other Infectious Diseases:**

   **Syphilis:** No

   **Syphilis Last Treatment:** N/A

   **Genital Warts:** No

   **Chlamydia:** No

   **Gonorrhea:** No

   **Herpes:** Yes

   **Chicken Pox:** No

   **Other:** No

   **Comments:** Dx shingles 4mo ago, on acyclovir, states outbreak 1wk ago

**Abuse History:**

   **Physical:** Yes

   **Emotional:** Yes

   **Sexual:** Yes

   **Comments:** by father around age 12yrs old

| Inmate Name: BUCK, EDWARD | | Reg #: 78687-112 |
|---|---|---|
| Date of Birth: 08/24/1954 | Sex: M   Race: WHITE | Facility: LOS |
| Encounter Date: 09/23/2019 10:30 | Provider: Toh, R. MD | Unit: H03 |

**ROS:**

**Skin**

Yes: Eruptions, Rashes

**HEENT**

**Ears**

Yes: Decreased Hearing, Hearing Aids

**GU**

**General**

Yes: Hesitancy, Nocturia, Urinary Retention

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/23/2019 | 10:30 LOS | 92 | Via Machine | Regular | Toh, R. MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/23/2019 | 10:30 LOS | 18 | Toh, R. MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/23/2019 | 10:30 LOS | 106/67 | Right Arm | Sitting | Adult-regular | Toh, R. MD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 09/23/2019 | 10:30 LOS | 71.0 | 180.3 | Toh, R. MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 09/23/2019 | 10:30 LOS | Unavail | 0.0 | | Toh, R. MD |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Neck**

**General**

Yes: Supple

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Normal S1 and S2

**Abdomen**



Generated 09/24/2019 11:59 by Toh, R. MD   Bureau of Prisons - LOS   Page

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Inmate Name: BUCK, EDWARD | | Reg #: | 78687-112 |
| Date of Birth: 08/24/1954 | Sex: M   Race: WHITE | Facility: | LOS |
| Note Date: 10/21/2019 11:32 | Provider: Toh, R. MD | Unit: | H01 |

Admin Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**     **Provider:** Toh, R. MD
ROUTINE 12 LEAD EKG DONE TODAY ON OCTOBER 20, 2019

READING: T WAVE INVERSION II, III, AVF AND ST-T WAVE CHANGES WITH T WAVE INVERSION FROM V3 TO V6

WILL REFER TO CARDIOLOGY FOR CONSULT

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 01/21/2020 | 01/21/2020 | Routine | No | |

**Subtype:**
Offsite Appt

**Reason for Request:**
FOR REFERRAL TO CARDIOLOGY FOR CONSULTATION FOR ABNORMAL EKG FOR THIS 65 Y MALE WHO DID ROUTINE 12 LEADS EKG TODAY AND SHOWED T WAVE INVERSION II, III, AVF WITH T WAVE INVERSION V3 TO V6; PLS SEND EKG, LABS AND MED LIST TO CARDIOLOGY PRIOR TO SCHEDULED APPT.

**Provisional Diagnosis:**
ABNORMAL EKG, ASYMPTOMATIC, RULE OUT SILENT INFERO-LATERAL ISCHEMIA (T WAVE INVERSION II, III, AVF, AND V3 TO V6) IN 65 Y MALE

**Additional Records Required for Consultation:**
Complete Record, Laboratory Report(s)

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Toh, R. MD on 10/21/2019 11:39



# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BUCK, EDWARD | | | Reg #: | 78687-112 |
| Date of Birth: | 08/24/1954 | Sex: | M  Race: WHITE | Facility: | LOS |
| Note Date: | 02/12/2020 11:50 | Provider: | Toh, R. MD | Unit: | H01 |

Review Note - Consultation Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**   **Provider:** Toh, R. MD

CARDIOLOGY CONSULTATION REPORT BY DR. RAO WHO SAW THIS 65 Y MALE ON JAN 31, 2020

ASSESSMENTS:

1. ABNORMAL EKG--NON SPECIFIC ST -T SEGMENT ABNORMALITIES.  PATIENT NOT SYMPTOMATIC
2. CARDIAC MURMUR-- LIKELY AORTIC VALVE
3. BPH
4. ADJUSTMENT DISORDER
5. HEARING LOSS--USE OF HEARING AIDS

RECOMMENDATIONS:

PATIENT WILL BE SCHEDULED FOR STRESS ECHO TO EVALUATE FOR SIGNIFICANT ISCHEMIA AND LV DYSFUNCTION

FOLLOW BLOOD PRESSURE CLOSELY

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 04/30/2020 | 04/30/2020 | Routine | No | |

  **Subtype:**
   Offsite Appt
  **Reason for Request:**
   FOR REFERRAL FOR STRESS ECHO TO EVALUATE SIGNIFICANT ISCHEMIA AND LV DYSFUNCTION PER RECOMMENDATION OF CARDIOLOGIST, DR. SURESH RAO, WHO SAW THIS 65 Y MALE ON JAN 31, 2020 WITH ASSESSMENT OF ABNORMAL EKG WITH NON-SPECIFIC ST-T SEGMENT ABNORMALITIES BUT ASYMPTOMATIC AND HX OF CARDIAC MURMUR LIKELY AORTIC VALVE
  **Provisional Diagnosis:**
   ABNORMAL EKG, ASYMPTOMATIC WITH AORTIC VALVE MURMUR FOR STRESS ECHO
  **Additional Records Required for Consultation:**
   Complete Record

| | | | | | |
|---|---|---|---|---|---|
| Cardiology | 05/21/2020 | 05/21/2020 | Routine | No | |

  **Subtype:**
   Offsite Appt
  **Reason for Request:**
   FOLLOW UP WITH CARDIOLOGY AFTER COMPLETION OF STRESS ECHO WITH CARDIOLOGIST. DR SURESH RAO, WHO SAW THIS 65 Y MALE ON JAN 31, 2020 FOR ABNORMAL EKG BUT ASYMPTOMATIC AND AORTIC VALVE MURMUR
  **Provisional Diagnosis:**
   ABNORMAL EKG, ASYMPTOMATIC WITH AORTIC VALVE MURMUR

**Copay Required:** No          **Cosign Required:** No