Christopher A. Darden, 094959
11500 W. Olympic Boulevard, Suite 400
Los Angeles, CA 90064

Ludlow B. Creary II, 193793
555 W. 5th St., Fl.35
Los Angeles, CA 90013

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:19-cr-00595-CAS-1 |
| v. | |
| Edward Buck | **APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |
| DEFENDANT. | |

Application is made by ☐ plaintiff ☑ defendant Edward Buck
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☑ Magistrate Judge Patrick J. Walsh _____ by order dated: September 26, 2019

☑ denying release and imposing detention under subsection ☐ (d) or ☑ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:
Covid-19 pandemic conditions

Relief sought *(be specific)*:
Release on $400,000 signature bond
Defense Counsel is requesting that this application be set for hearing on 09/04/20.

Counsel for the defendant and plaintiff United States Government consulted on September 03, 2020
and opposing counsel declines to stipulate to an order providing the relief sought.

☑ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☐ PSA ☐ Interpreter ☐ USM ☐ Probation
on September 03, 2020.

An interpreter is ☐ required ☑ not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

09/03/20
Date

Moving Party

---

APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF
RELEASE/DETENTION, (18 U.S.C. §3142) AND REQUEST FOR HEARING

CR-88 (06/07)