# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:19-CR-00595(A)-CAS      Recorder: Katie Thibodeaux          Date: 09/04/2020

Present: The Honorable Rozella A. Oliver, U.S. Magistrate Judge

Court Clerk: Donnamarie Luengo                    Assistant U.S. Attorney: Chelsea Norell

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| EDWARD BUCK, Reg # 78687-112          CUSTODY-PRESENT | LUDLOW BARRINGTON CREARY,II          RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the First Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge Christina A. Snyder.
It is ordered that the following date(s) and time(s) are set:
     Jury Trial 01/19/2021 at 9:30 AM
     Status Conference 01/11/2021 at 1:30 PM
     Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00

PIA: 00 : 02

Initials of Deputy Clerk: DL by TRB

cc: Statistics Clerk, PSALA USMLA