# EXHIBIT 1



# Los Angeles County Sheriff's Department
## Scientific Services Bureau

### BIOLOGICAL EVIDENCE AND DNA EXAMINATION REPORT

**BIOLOGY**
1800 Paseo Rancho Castilla
Los Angeles, CA 90032
(323) 267-6110
(323) 276-1962 FAX

**File Number:** ▮
**Agency:** Homicide Bureau
**Investigator:** Quilmes Rodriguez Jr
**Charge:** OTHER-496-F
**Report Date:** April 04, 2019

**Lab Case #:** ▮
**Victim:** Timothy Dean CC▮
**Subject:** Edward Buck

## EVIDENCE INVENTORY

| Laboratory Receipt Number | Identifier | Item and Description | No Exam | Date Analyst Received | Received From |
|---|---|---|---|---|---|
| n/a | 5.1 | Glass pipe | | 01/30/19 | Detective Cardella |
| | 5.2 | Glass pipe | | | |
| | 5.3 | Glass pipe | | | |
| | 5.4 | Glass pipe | | | |
| | 5.5 | Glass pipe | | | |
| | 5.6 | Glass pipe | | | |
| | 5.7 | Glass pipe | | | |
| | 5.8 | Glass pipe | | | |
| | 5.9 | Glass pipe | | | |
| | 5.10 | Glass pipe | | | |
| | 5.11 | Glass pipe | | | |
| | 5.12 | Glass pipe | | | |
| | 5.13 | Glass pipe | | | |
| | 5.14 | Syringe | | | |
| | 5.15 | Syringe | | | |
| | 5.16 | Syringe | | | |
| | 5.17 | Syringe | | | |
| | 5.18 | Syringe | | | |
| | 5.19 | Syringe | | | |
| | 5.20 | Syringe | | | |
| | 5.21 | Syringe | | | |
| | 5.22 | Syringe | | | |
| | 5.23 | Two pieces of rubber tubing, two ziplock baggies, binder clip, chewing gum and chewing gum packet, plastic sharps container | X | | |
| | 11 | Reference from Edward Buck | | 02/07/19 | Evidence Control Section |
| | 13 | Reference from Timothy Dean | | 01/30/19 | Evidence Control Section |

An item of evidence is considered "examined" if the analyst performs a visual inspection (ambient light, oblique light, ALS, etc.), serological tests, collection or manipulation. "No Exam" indicates the item was not inspected, altered, tested or moved forward for any analysis. The item *may* have been opened, documented and inventoried, but no conclusion is drawn.



## EXAMINATION CONCLUSIONS

| Identifier | Item and Description | Blood |
|---|---|---|
| 5.14 to 5.21 | Syringe | Not Observed |
| 5.22 | Syringe | Detected |

The following items were submitted for DNA analysis:

| Item and Description | DNA Identifier |
|---|---|
| Sample from glass pipe | 5.1.1 |
| Sample from glass pipe | 5.2.1 |
| Sample from glass pipe | 5.3.1 |
| Sample from glass pipe | 5.4.1 |
| Sample from glass pipe | 5.5.1 |
| Sample from glass pipe | 5.6.1 |
| Sample from glass pipe | 5.7.1 |
| Sample from glass pipe | 5.8.1 |
| Sample from glass pipe | 5.9.1 |
| Sample from glass pipe | 5.10.1 |
| Sample from glass pipe | 5.11.1 |
| Sample from glass pipe | 5.12.1 |
| Sample from glass pipe | 5.13.1 |
| Sample from syringe | 5.14.1 |
| Sample from syringe | 5.15.1 |
| Sample from syringe | 5.16.1 |
| Sample from syringe | 5.17.1 |
| Sample from syringe | 5.18.1 |
| Sample from syringe | 5.19.1 |
| Sample from syringe | 5.20.1 |
| Sample from syringe | 5.21.1 |
| Sample from syringe | 5.22.1 |
| Blood from syringe | 5.22.2 |
| Reference from Edward Buck | 11.1 |
| Reference from Timothy Dean | 13.1 |

## DNA CONCLUSIONS

### 5.1.1 - Sample from glass pipe
Number of contributors: At least 5

Due to the complexity of this DNA profile, it is unsuitable for interpretation.

### 5.2.1 - Sample from glass pipe
Assumed number of contributors to profile: 2
Approximate mixture proportions (%): 99:1
Included: Edward Buck (99%)
Limited Support for Inclusion: Timothy Dean (1%)

The DNA profile is approximately 80 times more likely if it originated from Timothy Dean and an unknown individual than if it originated from two unknown individuals. This analysis provides limited support for the proposition that Timothy Dean is a contributor to the DNA obtained from this sample.



The DNA profile is approximately $6 \times 10^{34}$ times more likely if it originated from Edward Buck and an unknown individual than if it originated from two unknown individuals. This analysis provides very strong support for the proposition that Edward Buck is a contributor to the DNA obtained from this sample.

The DNA profile is approximately $4 \times 10^{37}$ times more likely if it originated from Edward Buck and Timothy Dean than if it originated from two unknown individuals. This analysis provides very strong support for the proposition that Edward Buck and Timothy Dean are co-contributors to the DNA obtained from this sample.

### 5.3.1 - Sample from glass pipe
Assumed number of contributors to profile: 3
Approximate mixture proportions (%): 57:29:14
Included: Edward Buck (57%)
Excluded: Timothy Dean

The DNA profile is approximately $2 \times 10^{24}$ times more likely if it originated from Edward Buck and two unknown individuals than if it originated from three unknown individuals. This analysis provides very strong support for the proposition that Edward Buck is a contributor to the DNA obtained from this sample.

### 5.4.1 - Sample from glass pipe
Assumed number of contributors to profile: 3
Approximate mixture proportions (%): 78:14:8
Included: Edward Buck (78%)
Excluded: Timothy Dean

The DNA profile is approximately $1 \times 10^{34}$ times more likely if it originated from Edward Buck and two unknown individuals than if it originated from three unknown individuals. This analysis provides very strong support for the proposition that Edward Buck is a contributor to the DNA obtained from this sample.

### 5.5.1 - Sample from glass pipe
Number of contributors: Undetermined

Due to the complexity of this DNA profile, it is unsuitable for interpretation.

### 5.6.1 - Sample from glass pipe
Assumed number of contributors: 1
Included: Edward Buck
Excluded: Timothy Dean

The DNA profile is approximately $1 \times 10^{35}$ times more likely if it originated from Edward Buck than if it originated from an unknown individual. This analysis provides very strong support for the proposition that Edward Buck is a contributor to the DNA obtained from this sample.

### 5.7.1 - Sample from glass pipe
Assumed number of contributors to profile: 4
Approximate mixture proportions (%): 68:21:9:3
Included: Timothy Dean (68%), Edward Buck (21%)

The DNA profile is approximately $1 \times 10^{25}$ times more likely if it originated from Edward Buck and three unknown individuals than if it originated from four unknown individuals. This analysis provides very strong



support for the proposition that Edward Buck is a contributor to the DNA obtained from this sample. The DNA profile is approximately $2 \times 10^{28}$ times more likely if it originated from Timothy Dean and three unknown individuals than if it originated from four unknown individuals. This analysis provides very strong support for the proposition that Timothy Dean is a contributor to the DNA obtained from this sample.

The DNA profile is approximately $4 \times 10^{56}$ times more likely if it originated from Edward Buck, Timothy Dean and two unknown individuals than if it originated from four unknown individuals. This analysis provides very strong support for the proposition that Edward Buck and Timothy Dean are co-contributors to the DNA obtained from this sample.

### 5.8.1 - Sample from glass pipe
Assumed number of contributors: 1
Included: Edward Buck
Excluded: Timothy Dean

The statistical estimate calculation for Item 5.6.1 applies to this sample.

### 5.9.1 - Sample from glass pipe
Assumed number of contributors to profile: 2
Approximate mixture proportions (%): 67:33
Included: Edward Buck (67%)
Excluded: Timothy Dean

The DNA profile is approximately $2 \times 10^{24}$ times more likely if it originated from Edward Buck and an unknown individual than if it originated from two unknown individuals. This analysis provides very strong support for the proposition that Edward Buck is a contributor to the DNA obtained from this sample.

### 5.10.1 - Sample from glass pipe
Number of contributors: Undetermined

Due to the complexity of this DNA profile, it is unsuitable for interpretation.

### 5.11.1 - Sample from glass pipe
Assumed number of contributors to profile: 4
Approximate mixture proportions (%): 68:16:11:5
Included: Edward Buck (68%)
Excluded: Timothy Dean

The DNA profile is approximately $3 \times 10^{26}$ times more likely if it originated from Edward Buck and three unknown individuals than if it originated from four unknown individuals. This analysis provides very strong support for the proposition that Edward Buck is a contributor to the DNA obtained from this sample.

### 5.12.1 - Sample from glass pipe
Assumed number of contributors to profile: 3
Approximate mixture proportions (%): 54:46:<1
Included: Edward Buck (54%), Timothy Dean (46%)

The DNA profile is approximately $5 \times 10^{16}$ times more likely if it originated from Timothy Dean and two unknown individuals than if it originated from three unknown individuals. This analysis provides very strong support for the proposition that Timothy Dean is a contributor to the DNA obtained from this sample.



The DNA profile is approximately $1 \times 10^{22}$ times more likely if it originated from Edward Buck and two unknown individuals than if it originated from three unknown individuals. This analysis provides very strong support for the proposition that Edward Buck is a contributor to the DNA obtained from this sample.

The DNA profile is approximately $3 \times 10^{52}$ times more likely if it originated from Edward Buck, Timothy Dean and an unknown individual than if it originated from three unknown individuals. This analysis provides very strong support for the proposition that Edward Buck and Timothy Dean are co-contributors to the DNA obtained from this sample.

### 5.13.1 - Sample from glass pipe
Assumed number of contributors to profile: 3
Approximate mixture proportions (%): 94:4:2
Included: Edward Buck (4%)
Limited Support for Exclusion: Timothy Dean

The DNA profile is approximately 1000 times more likely if it originated from Edward Buck and two unknown individuals than if it originated from three unknown individuals. This analysis provides moderate support for the proposition that Edward Buck is a contributor to the DNA obtained from this sample.

The DNA profile is approximately 11 times more likely (limited support) if it originated from three unknown individuals than if it originated from Timothy Dean and two unknown individuals.

### 5.14.1 - Sample from syringe
Based on the quantitation results, an insufficient amount of DNA was detected in this sample for Fusion 6C analysis. No additional analysis was conducted on this sample.

### 5.15.1 - Sample from syringe
Assumed number of contributors to profile: 2
Approximate mixture proportions (%): 62:38
Included: Timothy Dean (62%)
Excluded: Edward Buck

The DNA profile is approximately $1 \times 10^{17}$ times more likely if it originated from Timothy Dean and an unknown individual than if it originated from two unknown individuals. This analysis provides very strong support for the proposition that Timothy Dean is a contributor to the DNA obtained from this sample.

### 5.16.1 - Sample from syringe
Based on the quantitation results, an insufficient amount of DNA was detected in this sample for Fusion 6C analysis. No additional analysis was conducted on this sample.

### 5.17.1 - Sample from syringe
Assumed number of contributors to profile: 2
Approximate mixture proportions (%): 100, <1
Included: Edward Buck (100%)
Excluded: Timothy Dean

The DNA profile is approximately $5 \times 10^{34}$ times more likely if it originated from Edward Buck and an unknown individual than if it originated from two unknown individuals. This analysis provides very strong support for the proposition that Edward Buck is a contributor to the DNA obtained from this sample.



### 5.18.1 - Sample from syringe
Assumed number of contributors to profile: 4
Approximate mixture proportions (%): 70:13:10:7
Included: Edward Buck (70%)
Excluded: Timothy Dean

The DNA profile is approximately $3 \times 10^{34}$ times more likely if it originated from Edward Buck and three unknown individuals than if it originated from four unknown individuals. This analysis provides very strong support for the proposition that Edward Buck is a contributor to the DNA obtained from this sample.

### 5.19.1 - Sample from syringe
Based on the quantitation results, an insufficient amount of DNA was detected in this sample for Fusion 6C analysis. No additional analysis was conducted on this sample.

### 5.20.1 - Sample from syringe
Based on the quantitation results, an insufficient amount of DNA was detected in this sample for Fusion 6C analysis. No additional analysis was conducted on this sample.

### 5.21.1 - Sample from syringe
Based on the quantitation results, an insufficient amount of DNA was detected in this sample for Fusion 6C analysis. No additional analysis was conducted on this sample.

### 5.22.1 - Sample from syringe
Assumed number of contributors to profile: 2
Approximate mixture proportions (%): 65:35
Included: Edward Buck (35%)
Excluded: Timothy Dean

The DNA profile is approximately $2 \times 10^{30}$ times more likely if it originated from Edward Buck and an unknown individual than if it originated from two unknown individuals. This analysis provides very strong support for the proposition that Edward Buck is a contributor to the DNA obtained from this sample.

### 5.22.2 - Blood from syringe
Assumed number of contributors: 1
Excluded: Edward Buck, Timothy Dean

## METHODS
### EXAMINATION METHODS

The examination for blood includes a visual exam and/or the Kastle-Meyer (KM) presumptive chemical test. Blood is *detected* when the stain is visually consistent with blood and the KM test is positive. Blood is *indicated* when no stains visually consistent with blood are found however a positive result is obtained with the KM test. Blood is *not observed* when no stains visually consistent with blood are found.

### DNA AND INTERPRETATION METHODS

Samples were extracted for deoxyribonucleic acid (DNA) analysis and, if necessary, were quantified using the PowerQuant kit. Samples that moved forward for DNA typing were amplified using the polymerase chain reaction (PCR) and analyzed using capillary electrophoresis. The Fusion 6C PCR Amplification kit was used in the development of Short Tandem Repeat (STR) genetic loci and Amelogenin, a gender identifying locus.



The associated laboratory controls yielded the expected results.

A differential extraction was performed on samples in order to separate sperm cells from non-sperm cells. The differential extraction produces two samples from the original sample; a male or sperm (Sp) fraction and an epithelial (Ep) fraction. These fractions will be identified by the letters "Sp" or "Ep" following the DNA sample identifier. The separation procedure may not be 100% effective. Consequently, some carry-over between the two fractions may occur. A modified differential extraction may be performed on samples collected from male subjects. This modified extraction results in only an epithelial (Ep) fraction.

The data generated for a reference profile that is not used for interpretation and comparison purposes is maintained electronically.

If necessary, DNA profile interpretation and the calculation of likelihood ratios was facilitated by the use of the STRmix™ software program. All assumptions that are made as part of the interpretation are stated in the conclusions for each sample. This includes the assumed number of contributors and any assumed known contributors. Mixture proportions signify the approximate percentage of each contributor to the mixture DNA profile.

If a forensic unknown profile is deemed unsuitable for interpretation due to limited data or complexity, then the profile cannot be compared to a reference sample nor submitted to the Combined DNA Index System (CODIS). All other forensic unknown profiles may be compared to a reference sample if provided.

If the results from different STR typing kits are being compared, then only those loci that are shared between the kits will be used for interpretation and/or statistical purposes.

In DNA mixtures of biologically related individuals, false inclusions of closely-related family members (e.g. parents, offspring, siblings) can occur due to the elevated sharing of genetic information between relatives.

Samples marked "Electronic Data Only" in the Evidence Inventory Table were processed as described above using the laboratory batching system and the undersigned received only the electronic data for DNA interpretation.

Y-STR analysis is a male-specific DNA typing system.

Insufficient DNA indicates that the amount of DNA is not likely to yield an interpretable profile with Fusion 6C.

Insufficient male DNA indicates that either the amount of male DNA relative to the amount of female DNA is not likely to yield an interpretable male profile with Fusion 6C or the amount of male DNA is below the minimum quantity expected to yield an interpretable profile with Fusion 6C.

STATISTICAL METHODS

A likelihood ratio (LR) is reported when a comparison is made between an evidentiary profile and a reference profile, with the following exceptions when only a qualitative conclusion is reported: exclusions, associations between evidence profiles, and associations between evidence profiles and known contributors. A known contributor is an individual whose DNA types are reasonably expected to be present in the profile due to the sample origin. A known contributor profile, if detected in the sample, may be used as an assumed contributor and conditioned on for interpretation purposes.
The likelihood ratio is a statistical estimate of the probability of obtaining the DNA evidence profiles given



competing explanations, propositions, or hypotheses ($H_1$ versus $H_2$). The $H_1$ typically includes the person of interest (POI) while the $H_2$ typically includes a random person unrelated to the POI. For example, the person of interest contributed the DNA profile versus an unknown individual contributed the DNA profile. The likelihood ratios provided in this report are based upon propositions that can explain the evidence. This includes assumptions as to the number of contributors present in the DNA profile, assumed contributors and, unless otherwise noted, that each unknown contributor is *unrelated* to the named reference samples.

Scale of Verbal Qualifiers for Reporting Likelihood Ratios:

LR or 1/LR = 1 (Uninformative)

LR for $H_1$ support (Verbal Qualifier)
2-99 (Limited support for inclusion)
100 – 9,999 (Moderate support for inclusion)
10,000 – 999,999 (Strong support for inclusion)
greater than or equal to 1,000,000 (Very strong support for inclusion)

1/LR for $H_2$ support (Verbal Qualifier)
2-99 (Limited support for exclusion)
greater than or equal to 100 is reported as an exclusion

Equal (or nearly equal) support for both propositions results in a likelihood ratio of 1, which is qualified as Uninformative. As likelihood ratios increase in magnitude, the scale reflects stronger degrees of support. Likelihood ratios occur on a continuum; the categories recommended here are from the 2018 Scientific Working Group on DNA Analysis Methods (SWGDAM) publication titled "Recommendations of the SWGDAM Ad Hoc Working Group on Genotyping Results Reported as Likelihood Ratios" and have been chosen in part based on the observation that adventitious support for a proposition (e.g., LR greater than 1 for an individual whose DNA is not present in the sample; or LR less than 1 for an individual whose DNA is present in the sample) is most commonly observed within the Limited Support category and generally not expected within the Very Strong Support category.

Additional propositions may be evaluated upon request after the report has been issued. These will be included in a supplemental report.

CODIS

The COmbined DNA Index System (CODIS) is a DNA database administered by the FBI. CODIS links a DNA evidence profile with other evidence profiles and also with individuals in the state and national DNA databases. A DNA profile may be submitted to CODIS at both the state and national levels depending upon the case scenario and/or the nature of the profile. The profile will be searched weekly. A notification will be issued if there is a hit in the database or if the profile is removed from CODIS at any time in the future.



Homicide Bureau                                                                                                April 04, 2019

## EVIDENCE DISPOSITION

Any remaining evidence is submitted to the Evidence Control Section.

By:   *[signature]*
      **Amber Sage, #531593**
      **SENIOR CRIMINALIST**
      Technically Reviewed By: James Nieman Jr

