TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
CHELSEA NORELL (Cal. Bar No. 280831)
LINDSAY M. BAILEY (Cal. Bar No. 285047)
Assistant United States Attorneys
Violent and Organized Crime/International Narcotics, Money Laundering, and Racketeering Sections
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2624/6875
    Facsimile: (213) 894-0141
    E-mail:   chelsea.norell@usdoj.gov
             lindsay.bailey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD BUCK,<br><br>    Defendant. | No. 19-00595-CAS<br><br>[~~PROPOSED~~] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PURSUANT TO SPEEDY TRIAL ACT<br><br>[~~PROPOSED~~] **TRIAL DATE: 04-20-2021**<br>[~~PROPOSED~~] **FINAL STATUS CONFERENCE:         04-12-2021** |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Pursuant to the Speedy Trial Act, filed by the parties in this matter on January 11, 2021.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence [ADD ANY APPLICABLE FINDING ADDED TO STIPULATION, INCLUDING (h)(3)(A) (UNAVAILABLE DEFENDANT OR WITNESS), (h)(7)(B)(ii) (UNUSUAL/COMPLEX CASE), (h)(1)(D) (MOTIONS), (h)(6) (DEFENDANT JOINED FOR TRIAL)] .

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from January 19, 2021 to April 20, 2021, at 9:30 A.M. A final status conference is set for April 12, 2021, at 1:30 P.M.

2. The time period of January 19, 2021 to April 20, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

///
///
///
///
///
///
///
///

3.  Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

January 12, 2021
DATE

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

LINDSAY M. BAILEY
Assistant United States Attorney