## LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:19cr00595(A)-CAS | Title | U.S.A. v. Edward Buck |
|---|---|---|---|
| Judge | Christina A. Snyder | | |
| Dates of Trial or Hearing | 03/02/2021 | | |
| Court Reporters or Tape No. | Laura Elias | | |
| Deputy Clerks | Catherine Jeang | | |

FILED
CLERK, U.S. DISTRICT COURT
March 2, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: CMJ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Lindsay Bailey, AUSA | Christopher Darden, retained |
| Chelsea Norell, AUSA | Ludlow Creary, II |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| 03/02/ | 2021 ---- | ---------- | ---------- | ---------- | ---------- | LASD Deputy, Grehtel Barraza by declaration c/s/t; | Plaintiff |
| ---------- | ---------- | ---------- | ---------- | ---------- | ---------- | deft's X; pltf's redirect; deft's X reopened | -------------- |
| 03/02/ | 2021 ---- | ---------- | ---------- | ---------- | ---------- | Defendant Edward Buck by declaration c/s/t; pltf's X | Defendant |
| 1 | 3/2/2021 | 3/2/21 | ---------- | ---------- | ---------- | Video | Plaintiff |
| 2 | 3/2/2021 | 3/2/21 | ---------- | ---------- | ---------- | Photograph | Plaintiff |

G-65 (03/07)   LIST OF EXHIBITS AND WITNESSES   Page ____ of ____