NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
CHELSEA NORELL (Cal. Bar No. 280831)
LINDSAY BAILEY (Cal. Bar No. 285047)
Assistant United States Attorneys
Violent and Organized Crime/International
Narcotics, Money Laundering, and Racketeering
Sections
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2624/6875
    Facsimile: (213) 894-0141
    E-mail:   chelsea.norell@usdoj.gov
               Lindsay.bailey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-595(A)-CAS |
|---|---|
| Plaintiff, | FILING OF EXHIBITS ADMITTED BY THE GOVERNMENT DURING THE MARCH 2, 2021 HEARING ON DEFENDANT'S SUPPRESSION MOTION |
| v. | |
| EDWARD BUCK, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Chelsea Norell and Lindsay Bailey, hereby files its Exhibits Admitted by the

//
//
//
//
//

Government During the March 2, 2021 Hearing on Defendant's Suppression Motion.

| | |
|---|---|
| Dated: March 8, 2021 | Respectfully submitted, |
| | TRACY L. WILKISON<br>Acting United States Attorney |
| | BRANDON D. FOX<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | /s/<br>CHELSEA NORELL<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

# EXHIBIT 1

SUBJECT TO PROTECTIVE ORDER



07/27/2017 22:42

BUCK_004378

# EXHIBIT 2

[CD Containing Video Filed Manually]