Christopher A. Darden, SB#94959
Darden Law Group, APC.
11500 W.  Olympic Boulevard, Suite 400
Los Angeles, California 90064
(310) 654-3369 Tel. (310) 654-3369 Fax

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR-19-595(A)-CAS |
| v. | |
| Edward Buck | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Defendant's Argument and Objections to the Court's Tentative Rulings on Motions in Limine.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 8, 2021
_____
Date

CHRISTOPHER A. DARDEN
_____
Attorney Name
Edward Buck
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*