Christopher A. Darden, SB#94959
Darden Law Group, APC.
11500 W. Olympic Boulevard, Suite 400
Los Angeles, California 90064
(310) 654-3369 Tel. (310) 654-3369 Fax

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR-19-595(A)-CAS |
| v. | |
| Edward Buck | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Defendant's ExParte Application for Order Sealing Document Declaration of Christoher A. Darden and [Proposed Order Sealing Document.

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 8, 2021
Date

CHRISTOPHER A. DARDEN
Attorney Name
Edward Buck
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)  NOTICE OF MANUAL FILING OR LODGING