TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CHELSEA NORELL (Cal. Bar. No. 280831)
LINDSAY M. BAILEY (Cal. Bar. No. 285047)
Assistant United States Attorneys
Violent and Organized Crime/International Narcotics
Money Laundering, and Racketeering Sections
     1300/1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2624/6875
     Facsimile: (213) 894-0142
     Email:     chelsea.norell@usdoj.gov
                lindsay.bailey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-595(A)-CAS |
|---|---|
| Plaintiff, | GOVERNMENT'S PROPOSED VOIR DIRE |
| v. | Trial Date: July 13, 2021 |
| EDWARD BUCK, | Trial Time: 9:00 a.m. |
| Defendant. | Location: Courtroom of the Hon. Christina A. Snyder |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Chelsea Norell and Lindsay M. Bailey, and defendant EDWARD BUCK, by and through his counsel of record Christopher A. Darden and Ludlow Barrington Creary II, hereby respectfully request that the Court ask the

//

//

prospective jurors the attached questions during voir dire, in addition to the Court's standard voir dire questions.

Dated: July 6, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
CHELSEA NORELL
LINDSAY M. BAILEY
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: July\_\_\_\_, 2021

_____
CHRISTOPHER A. DARDEN
LUDLOW BARRINGTON CREARY, II

Attorneys for Defendant
EDWARD BUCK

**GOVERNMENT'S REQUESTED VOIR DIRE INSTRUCTIONS**

**I. PRIOR EXPERIENCE WITH CRIMINAL CASES/LAW ENFORCEMENT**

1. Have you or any of your close friends or relatives ever been involved in a criminal case either as a victim, defendant, or witness?
   a. What type of case was it?
   b. What was your relationship to that case?
   c. When did the case take place?
   d. Where did the case take place?
   e. Was anyone arrested?
   f. Which law enforcement agency was involved?

2. Have you or any of your close friends or relatives ever had a negative experience involving the police or any member of law enforcement?
   a. Who had the experience?
   b. What was the experience?
   c. When was the experience?
   d. Which law enforcement agency was involved?
   e. Do you have any positive or negative feelings about law enforcement or the criminal justice system as a result of that experience?

3. Have you or any of your close friends or relatives ever filed a lawsuit or complaint concerning the conduct of a law enforcement officer?

///
///
///
///

4. Have you or any of your close friends or relatives ever been accused, arrested, indicted, charged, or convicted in a criminal case (excluding infractions and traffic offenses)?

    a. What type of case was it?

    b. When was the case?

    c. What was the accusation/charge?

    d. What was the outcome?

5. Do you have any general feelings or beliefs about law enforcement officers that would prevent you from fairly assessing the credibility of law enforcement officers who may testify in this case?

6. Are you inclined to give the testimony of a law enforcement officer more credibility than you would give that of a civilian witness, just because he or she is a law enforcement officer?

7. Do you have any general feelings or beliefs about the criminal justice system that would prevent you from rendering a fair and impartial verdict in this case?

**II. PRIOR KNOWLEDGE OF DEFENDANT/THIS INVESTIGATION**

8. Have you heard of Edward Buck? If so, what have you heard about him?

9. Have you heard or read about the investigation into the deaths of Gemmel Moore and Timothy Dean? What have you heard or read?

10. Have you developed opinions about the investigation or Edward Buck?

11. Could you set aside any opinions you have about Edward Buck or the investigation and consider only the evidence presented in this trial in rendering a fair and impartial verdict?

///

2

### III. PRIOR EXPERIENCE WITH CONTROLLED SUBSTANCES

12. Have you or any of your close friends or relatives ever had a drug dependency or drug addiction problem?

13. Have you had a close friend or relative die of a drug overdose?

14. Have you or any of your close friends or relatives been drugged unknowingly or against your or their will?

15. Have you or any of your close friends or relatives ever been arrested or convicted for a drug-related offense?

16. Do you or any of your close friends or relatives believe that federal and state laws regarding the sale and distribution of drugs are unfair or improper in any manner?

17. Do you or any of your close friends or relatives believe that drug laws should not be enforced?

18. Do you have any views on drug laws as they relate to methamphetamine?  GHB?  Prescription pills?

19. A person does not need to sell drugs to distribute them. It is illegal to knowingly give controlled substances to another person, even if that other person willingly accepts it.  Does anyone have a view on that aspect of the law?

### IV. VIEWS ON PROSTITUTION

20. Do you have any strongly-held personal beliefs or opinions regarding prostitution?

21. Do you believe that any adult who wants to pay for sexual activity with another adult should be able to do so?

///

///

///

**V.  VIEWS ON HOMELESSNESS**

22. Do you have any strongly-held personal beliefs or opinions regarding individuals who receive government assistance?  What about individuals who are homeless?

23. Do you believe that individuals who are homeless or on government assistance are untrustworthy in any way?

**VI. VIEWS ON DRUG ADDICTION**

24. Do you have any strongly-held personal beliefs or opinions regarding individuals who are addicted to drugs?

25. During this trial, you will hear testimony from individuals who have a drug dependence who may not remember every detail of their experiences.  Will you be able to judge their testimony as you would any other witness, or would you find their testimony inherently unreliable because they are addicted to drugs?

**VII. VIEWS ON COOPERATORS**

26. Sometimes individuals who participated in criminal activity will testify at trial or cooperate with the government.  Does anyone have any views on these types of witnesses?

27. Would your view of the cooperating person be affected if you knew that the person had an agreement with the government and would face penalties under the agreement if he testified untruthfully?

28. Would your view of the cooperating person be affected if other independent evidence in the case supported that person's testimony?

///

///

///

## VIII. VIEWS ON PUNISHMENT

29. This case involves allegations of serious offenses, including drug distribution, drug distribution resulting in death, maintaining a drug premise, and human trafficking. As I will instruct you, punishment for any conviction, to the extent there are any, is solely for the Court to decide. Do you have any concerns about the severity of any potential punishment I might impose for a conviction in this case?

30. Would this concern affect your ability to fairly analyze the evidence and cause you to hesitate in rendering a guilty verdict, even if the evidence convinced you beyond a reasonable doubt of a defendant's guilt?

## IX. VIEWS ON THE LAW ENFORCEMENT AGENCIES INVOLVED

31. You are likely to hear testimony from employees of the Los Angeles Sheriff's Department and the Drug Enforcement Administration ("DEA"). Do you have any negative opinions about any of these agencies that may affect how you view their testimony?

32. To the extent that you are aware of news coverage of these agencies, will you be able to set aside anything you have read or seen and analyze each witness in this case based only on your view of the evidence and testimony in this case and not anything you have read or seen?

## X. FORENSIC EVIDENCE

33. Do you think, in the digital age, in order to prove someone guilty of a crime, law enforcement should be required to present forensic evidence (e.g., DNA, fingerprints, audio/video recordings) in order to conclusively establish this guilt?

///

5

## XI. KNOWLEDGE OF POTENTIAL WITNESSES

34. Do you know or are you familiar with any of the following individuals, who may be witnesses in this case? [The Court is respectfully requested to read the government's and defendants' witness lists.]

## XII. GENERAL ABILITY TO SERVE AS A JUROR ON THIS CASE

35. If you are selected as a juror and hear this case, you will be required to deliberate with eleven other jurors. This will require you to discuss the evidence and the law in this case with the eleven other jurors. Is there anything that leads you to believe that you would be unable or unwilling to engage in such discussions?

36. There are some people who, for moral, ethical, or religious reasons, may find it difficult or uncomfortable to pass judgment on the conduct of others. Is there anyone of you who holds such beliefs, or who might be affected by such beliefs?

37. Irrespective of your personal feelings about any issue that may arise in this case, will you follow the law as the Court instructs you to during this case?

38. Knowing what you now know about this case, do you have any reservations about your ability to hear the evidence, deliberate and return fair and impartial verdicts?

39. Is there any medical reason that would make it difficult for you to serve on this jury?