TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CHELSEA NORELL (Cal. Bar No. 280831)
LINDSAY M. BAILEY (Cal. Bar No. 285047)
Assistant United States Attorneys
International Narcotics,
  Money Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2624/6875
    Facsimile: (213) 894-0141
    Email:    chelsea.norell@usdoj.gov
              lindsay.bailey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-595-CAS |
| Plaintiff, | GOVERNMENT'S PROPOSED TRIAL PROCEDURES |
| v. | |
| EDWARD BUCK, | Trial Date: July 13, 2021<br>Trial Time: 9:30 a.m. |
| Defendant. | Location: Courtroom of the Hon. Cristina A. Snyder |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney's Office for the Central District of California and Assistant United States Attorneys Chelsea Norell and Lindsay M. Bailey, hereby submit the government's proposed trial procedures, as follows:

///

///

///

PRELIMINARY TRIAL SCHEDULE[1]

| Date | Activity |
|---|---|
| Tuesday, July 13, 2021 | Jury Selection, followed by Opening Statements if time permits. |
| Wednesday, July 14, 2021 | Opening statements, witnesses Liam Sacks, C.S, A.S., and A.E. |
| Thursday, July 15, 2021 | Witnesses Josh Tedla, Nusret Arnautovic, Robert Martindale, Cole Alnes, Grehtel Barraza, John Cronin, and Courtney Castellino. |
| Friday, July 16, 2021 | Witnesses LaTisha Nixon, John Carlin, Aaron King, James Potts, and Paul Cardella. |
| Tuesday, July 20, 2021 | Witnesses D.L., John Mundell, Courtney King, Minh Vu, Christine Siedsma, Dan Morgan, Matthew Quon, Danielle Van Cleve, and Kevin Young. |
| Wednesday, July 21, 2021 | Witnesses C.H., J.G., C.P., Oscar Palacios, and Shaun Carstairs. |
| Thursday, July 22, 2021 | Witnesses Vaughan Gates, Jennifer DeStefano, Raymond Rose, and Paul Cardella. |

---

[1] The government reserves the right to alter this schedule as appropriate.

| Friday, July 23, 2021 | Witnesses Caroline Weatherhead, Brenda Shafer, Martin Rizo, Amber Sage, Steve Kline, Mark Lavigne, Donald Schulze, Romy Haas, and Matthew Miller. |
|---|---|
| Tuesday, July 27, 2021 | Witnesses D.B. and Amar Shah. |
| Wednesday, July 28, 2021 | Defense case. Closing Arguments and Jury Instructions. |

MASKS

1. **Advisement**: At the beginning of trial, the Court may advise the jurors that the attorneys and defendant have been fully vaccinated. If the Court chooses, it may also advise the jury that members of the Court staff have also been vaccinated.

2. **Speaking trial participants**: During trial, attorneys and witnesses will remove their masks while speaking.

3. **Nonspeaking trial participants**: When not speaking, all trial participants, including defendant, the attorneys, the jurors and Court staff (unless Court staff chooses otherwise) will wear masks.

COURTROOM LAYOUT AND JUROR POSITIONING

4. **Jury Seating**: The jurors shall be seated, socially distanced, in the audience rather than in the jury box.

5. **Alternate jurors**: Given the anticipated length of trial, the government believes that two alternate jurors are necessary.

6. **Questioning witnesses**: Both parties would question the witnesses from the podium.

7. **Handling exhibits**: On the first day of trial, the parties will provide a full exhibit binder for the Court, Courtroom Deputy, opposing counsel, and witness stand. If impeachment exhibits are not contained in the exhibit binder, counsel will hand them to opposing counsel before they are used. Neither side has concerns about handing exhibits to one another. However, when exhibits are handed to witnesses, the party calling the witness should approach and provide the exhibit to that witness.

8. **Opening and Closing**: If the Court adopts the proposed layout, the attorneys will stand at counsel table or near the podium, facing toward the jurors in the audience, which would provide access to the jury, a microphone, and the ELMO.

Dated: July 7, 2021                      Respectfully submitted,

                                         TRACY L. WILKISON
                                         Acting United States Attorney

                                         SCOTT M. GARRINGER
                                         Assistant United States Attorney
                                         Chief, Criminal Division

                                         _____
                                         CHELSEA NORELL
                                         LINDSAY M. BAILEY
                                         Assistant United States Attorneys

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA