TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CHELSEA NORELL (Cal. Bar No. 280831)
LINDSAY M. BAILEY (Cal. Bar No. 285047)
Assistant United States Attorney
International Narcotics, Money Laundering, & Racketeering Section
      1100 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-2216/6875
      Facsimile: (213) 894-0141
      E-mail:     chelsea.norell@usdoj.gov
                  lindsay.bailey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 19-595-CAS |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED MOTION *IN LIMINE* TO ADMIT BUSINESS RECORDS PURSUANT TO THE SELF-AUTHENTICATION PROVISIONS OF FEDERAL RULE OF EVIDENCE 902(11); MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LINDSAY M. BAILEY; DECLARATION OF PAUL CARDELLA;EXHIBITS |
| v. | |
| EDWARD BUCK, aka "Ed Buck," | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Chelsea Norell and Lindsay M. Bailey, hereby moves the Court in limine to admit into evidence business records of the businesses referenced below pursuant to the procedures of Federal Rule of Evidence 902(11).

     The government produced the business records and corresponding Rule 902(11) certifications in discovery and, on July 6, 2021, gave

written notice of its intention to introduce the business records in this manner at trial.  As of the date of this filing, defense counsel has not objected or otherwise indicated their opposition to this motion.

This motion is based upon the attached memorandum of points and authorities, the attached Declaration of Lindsay M. Bailey and exhibits thereto, the files and records in this case, and any such further evidence and/or argument the Court may wish to consider at the hearing and in determining this matter.

Dated: July 11, 2021                    Respectfully submitted,

                                        TRACY L. WILKISON
                                        Acting United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                        _____/s/_____
                                        CHELSEA NORELL
                                        LINDSAY M. BAILEY
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

## I.   INTRODUCTION AND FACTUAL BACKGROUND

3     Defendant EDWARD BUCK ("defendant") is charged in the First

4  Superseding Indictment with two counts of Distribution of

5  Methamphetamine Resulting in Death, in violation of 21 U.S.C. §§

6  841(a)(1), (b)(1)(C); four counts of Distribution of Controlled

7  Substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C); one

8  count of Maintaining and Drug Involved Premises, in violation of 21

9  U.S.C. § 856(a)(1); and two counts of Enticing and Individual to

10 Travel Interstate for the Purposes of Prostitution, in violation of

11 18 U.S.C. § 2422(a).  Trial is currently scheduled for July 13, 2021.

12    The government now seeks to introduce certain business records

13 at trial pursuant to the self-authentication provisions of Federal

14 Rule of Evidence 902(11).  The government provided written notice to

15 defendant of its intention to introduce such records in this manner

16 on July 6, 2021.  Declaration of Lindsay M. Bailey ("Bailey Decl."),

17 ¶ 10.  Defense counsel have not objected or otherwise opposed the

18 filing of this motion.  Id., ¶ 10.

19 ## II.   ARGUMENT

20    Rule 902 of the Federal Rules of Evidence provides, in pertinent

21 part:

22

23    The following items of evidence are self-authenticating;
      they require no extrinsic evidence of authenticity in order
      to be admitted:
24    . . . .

25

26    (11) The original or a copy of a domestic record that meets
      the requirements of Rule 803(6)(A)-(C), as shown by a
      certification of the custodian or another qualified person
27    . . . .  Before the trial or hearing, the proponent must
      give an adverse party reasonable written notice of the
28    intent to offer the record – and must make the record and

1 | certification available for inspection – so that the party
2 | has a fair opportunity to challenge them.

3 | Fed. R. Evid. 902(11).[1]

4 |     The government has produced business records from the custodians

5 | of records (or other qualified persons) of various organizations and

6 | businesses, namely, the Los Angeles County Sheriff's Department West

7 | Hollywood Station (hereafter L.A.S.D. West Hollywood Station), Gana

8 | Auto, Lyft Inc., Uber Technologies Inc., American Airlines Group

9 | Inc., Amazon.com Inc., and Zelle, as indicated below.  Moreover, the

10 | government has produced the declarations from the respective

11 | custodians of records (or other qualified persons), and true and

12 | correct copies of these declarations are attached hereto as Exhibits

13 | 1-8.  On July 6, 2021, the government gave written notice to

14 | defendant of its intention to authenticate and admit the following

15 | business records pursuant to Federal Rule of Evidence 902(11):

---

[1] Rule 803(6) of the Federal Rules of Evidence provides, in pertinent part:

    The following are not excluded by the rule against hearsay, regardless of whether the declarant is available as a witness: . . . .
(6) A record of an act, event, condition, opinion, or diagnosis if:
(A) the record was made at or near the time by – or from information transmitted by – someone with knowledge;
(B) the record was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit;
(C) making the record was a regular practice of that activity;
(D) all these conditions are shown by the testimony of the custodian or another qualified witness, or by a certification that complies with Rule 902(11) . . . ; and
(E) neither the source of the information nor the method or circumstances of preparation indicate a lack of trustworthiness.
Fed. R. Evid. 803(6).

| Exhibit to Bailey Decl. | Business | Records and Date of Production to Defendant | Date of Production of Certification to Defendant |
|---|---|---|---|
| 1 | L.A.S.D. West Hollywood Station | Records produced on November 26, 2019 (Bates No. BUCK_000412a-413) | Produced on June 28, 2021 (Bates No. BUCK_055529-530) |
| 2 | Gana Auto | Records produced on September 1, 2020 (Bates No. BUCK_018531-018744) | Produced on September 1, 2020 (Bates No. BUCK_018745-46) |
| 3 | Lyft Inc. | Records produced on November 26, 2019 (Bates No. BUCK_000852-859) | Produced on June 28, 2021 (Bates No. BUCK_055533) |
| 4 | Uber Technologies Inc. | Records produced on November 26, 2019 (Bates No. BUCK_000876-1506) | Produced on June 28, 2021 (Bates No. BUCK_055531-532) |
| 5 | American Airlines Group Inc. | Records produced on January 6, 2020 (Bates No. BUCK_003689-004045) | Produced on July 29, 2019 (Bates No. BUCK_003690-3697; BUCK_3710-3730) |
| 6 | Amazon.com Inc. | Records produced on November 20, 2020 (Bates No. BUCK_046694a) | Produced on November 20, 2020 (Bates No. BUCK_046694) |

| Exhibit to Bailey Decl. | Business | Records and Date of Production to Defendant | Date of Production of Certification to Defendant |
|---|---|---|---|
| 7 | Zelle | Records produced on May 25, 2021 (Bates No. BUCK 55502–55503) | Produced on May 25, 2021 (Bates No. BUCK_055501) |
| 8 | Apple iCloud | Records produced on September 1, 2020 (Bates No. BUCK_021578-022238) | Produced on September 1, 2020(Bates No. BUCK_021584-585) |

See Bailey Decl. ¶¶ 2-9 and Exhibits 1-8 thereto.

　　Certification under Rule 902(11) obviates the need for the government to authenticate business records at trial and permits the records to be admitted under Federal Rule of Evidence 803(6).  See Fed. R. Evid. 902(11).  Thus, in order to admit the above-referenced business records as exhibits at trial, the government should not need to call the custodians of records for these businesses to testify. These business records should be admissible based on the certifications.

　　The government reserves the right to provide further notice of other entities from which it intends to introduce business records pursuant to Federal Rule of Evidence 902(11).

　　On July 6, 2021, the government met and conferred with defense counsel via email regarding this motion and subsequently received further correspondence from defense counsel regarding this motion. Bailey Decl. ¶ 10.  Defense counsel has not responded to the government's e-mail.  Bailey Decl. ¶ 10.

**III. CONCLUSION**

For the foregoing reasons, the government respectfully requests that this Court grant its motion <u>in limine</u> to admit the business records referenced above pursuant to Federal Rule of Evidence 902(11).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF LINDSAY M. BAILEY

I, Lindsay M. Bailey, declare as follows:

1.    I am an Assistant United States Attorney and one of the attorneys assigned to handle the matter of United States v. Edward Buck, CR No. 19-595-CAS.  I make this declaration in support of the government's Motion in Limine to Admit Business Records Pursuant to the Self-Authentication Provisions of Federal Rule of Evidence 902(11).

2.    Attached hereto as Exhibit 1 is a true and correct copy of the certification pursuant to Federal Rule of Evidence 902(11) provided by the L.A.S.D. West Hollywood Division for certain business records.  Based on my review of my Office's case file, I am informed and believe that the government produced this certification and the business records underlying this certification to defendant Edward Buck ("defendant") on June 28, 2021.

3.    Attached hereto as Exhibit 2 is a true and correct copy of the certification pursuant to Federal Rule of Evidence 902(11) provided by Gana Auto for certain business records.  Based on my review of my Office's case file, I am informed and believe that the government produced this certification and the business records underlying this certification to defendant on September 1, 2020.

4.    Attached hereto as Exhibit 3 is a true and correct copy of the certification pursuant to Federal Rule of Evidence 902(11) provided by Lyft Inc. for certain business records.  Based on my review of my Office's case file, I am informed and believe that the government produced this certification and the business records underlying this certification to defendant on June 28, 2021.

5.   Attached hereto as Exhibit 4 is a true and correct copy of the certification pursuant to Federal Rule of Evidence 902(11) provided by Uber Technologies Inc. for certain business records. Based on my review of my Office's case file, I am informed and believe that the government produced this certification and the business records underlying this certification to defendant on June 28, 2021.

6.   Attached hereto as Exhibit 5 is a true and correct copy of the certification pursuant to Federal Rule of Evidence 902(11) provided by American Airlines Group Inc. for certain business records.  Based on my review of my Office's case file, I am informed and believe that the government produced this certification and the business records underlying this certification to defendant on July 29, 2019.

7.   Attached hereto as Exhibit 6 is a true and correct copy of the certification pursuant to Federal Rule of Evidence 902(11) provided by Amazon.com Inc. for certain business records.  Based on my review of my Office's case file, I am informed and believe that the government produced this certification and the business records underlying this certification to defendant on November 20, 2020.

8.   Attached hereto as Exhibit 7 is a true and correct copy of the certification pursuant to Federal Rule of Evidence 902(11) provided by Zelle for certain business records.  Based on my review of my Office's case file, I am informed and believe that the government produced this certification and the business records underlying this certification to defendant on May 25, 2021.

9.   Attached hereto as Exhibit 8 is a true and correct copy of the certification pursuant to Federal Rule of Evidence 902(11)

1    provided by Apple, Inc. for certain business records.  Based on my

2    review of my Office's case file, I am informed and believe that the

3    government produced this certification and the business records

4    underlying this certification to defendant on September 1, 2020.

5         10.  On July 6, 2021, I emailed Ludlow Creary and Christopher

6    Darden, counsel for defendant.  I provided notice to counsel of the

7    government's intention to rely on the aforementioned certifications

8    at trial to authenticate and admit the underlying records instead of

9    calling custodians of record for these businesses as witnesses at

10   trial to authenticate these records.  As of the date of this

11   declaration, counsel has not responded to my email.

12        I declare under penalty of perjury under the laws of the United

13   States of America that the foregoing is true and correct and that

14   this declaration is executed at Los Angeles, California, on July 11,

15   2021.

16

17                                        Lindsay M. Bailey

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF PAUL CARDELLA

2      I, Paul Cardella, declare as follows:

3      1.   I am a Sergeant with the Los Angeles County Sheriff's

4  Department, Homicide Division, and am one of the investigating

5  officers in the matter of <u>United States v. Edward Buck</u>, CR No. 19-

6  595-CAS.

7      2.   As part of this motion, the government is seeking

8  authentication of certain 911 calls obtained during the course of

9  this investigation.  The 902(11) certification for those calls is

10  attached hereto as Exhibit 1.

11     3.   On June 24, 2021, I reviewed both the referenced 911 calls

12  and transcripts of those calls.  The transcripts of those calls are

13  attached hereto as Exhibit 9.  I hereby attest that the transcripts

14  truly and accurately reflect the contents of the 911 calls.

15     I declare under penalty of perjury under the laws of the United

16  States of America that the foregoing is true and correct and that

17  this declaration is executed at Los Angeles, California, on July 3,

18  2021.

19                                        _____
                                               Paul Cardella
20

21

22

23

24

25

26

27

28

# EXHIBIT 1

1          DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

2      I, **Detective Brandon Zeff**, hereby declare as follows:

3      1.   I am a duly authorized custodian of records for

4  **Los Angeles County Sheriff's Department, West Hollywood Station for**

5  **"EMPOWER VPI"**.  In that capacity, I am knowledgeable about the

6  matters set forth herein and am qualified and authorized to make this

7  declaration.

8      a.   My job title/position is: **Deputy Sheriff / Detective**   .

9      b.   I have been employed in this capacity for **13 Years**, and by

10         the Business Entity for **7 Years**.

11     c.   My job duties are: **Investigate cases, utilizing databases**

12         **including: "Empower VPI" (voice print recordings for**

13         **emergent telephone calls, routine telephone calls, and**

14         **Radio traffic).**

15

16     d.   I am knowledgeable about the matters set forth herein

17  and the relevant record-keeping practices of the Business Entity

18  based upon the following (*check all that apply*):

19         ☐   Training

20         ☒   Familiarity with relevant policy/policies

21         ☒   Hands-on experience

22         ☐   Supervision of one or more others with hands-on

23             experience

24         ☐   Other (*describe*):

25

26     2.   Attached hereto or enclosed herewith are ☐ originals ☐

27  true and correct duplicates of a record or records of a regularly

28  conducted activity of the Business Entity named above.

                                    1

1       3.    I certify that the attached record(s):

2          a.   was/were made at or near the time of the occurrence of

3 the matters set forth therein;

4          b.   was/were made by, or from information transmitted by,

5 a person with knowledge of those matters;

6          c.   was/were kept in the course of the regularly conducted

7 activity of the Business Entity;

8          d.   was/were made by and in the course of the regularly

9 conducted activity as a regular practice; and

10         e.   if not original records, are exact duplicates of

11 original records.

12

13 **I reviewed the 9-1-1 telephone recordings and confirm they are**

14 **consistent with telephone calls recorded at West Hollywood Station.**

15

16     I declare under penalty of perjury that the foregoing is true

17 and correct.  This declaration is executed on   06-02-2021

18 (*date document was signed*) and executed at **780 N. San Vicente Bl.,**

19 **West Hollywood**.

20                                 (*signature*)

21

22                    Detective Brandon Zeff
                            (*typed or printed name*)

23

24

25

26

27

28

# EXHIBIT 2

1    <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2    I, _VANESSA MATA_ , hereby declare as follows:
          (name)

3    1.   I am a duly authorized custodian of records for

4    _TRI-COLOR AUTO_  (the "Business Entity").  In that capacity, I am
     (name of business entity)

5    knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7          a.   My job title/position is: COMPLIANCE DIRECTOR

8          b.   I have been employed in this capacity for

9    _5 YEARS_    and by the Business Entity for _11 YEARS_ .
        (duration)                                    (duration)

10         c.   My job duties are:

11   TO ENSURE THE COMPANY IS IN COMPLIANCE WITH

12   STATE AND FEDERAL LAWS.

13

14         d.   I am knowledgeable about the matters set forth herein

15   and the relevant record-keeping practices of the Business Entity

16   based upon (check all that apply):

17   [X] Training.

18   [X] Familiarity with relevant policy/policies.

19   [X] Hands-on experience.

20   [X] Supervision of one or more others with hands-on experience.

21   [ ] Other.  Describe:

22

23

24

25   2.   Attached hereto or enclosed herewith are _originals/true and_

26   _correct duplicates_ of a record or records of a regularly conducted

27   activity of the Business Entity named above.

28

BUCK_018745

1

2  (Circle either "originals" or "true and correct duplicates" and

3  strike out the other term.)

4      3.    I certify that the attached record(s):

5          a.    was/were made at or near the time of the occurrence of

6  the matters set forth therein,

7          b.    was/were made by, or from information transmitted by,

8  a person with knowledge of those matters;

9          c.    was/were kept in the course of the regularly conducted

10  activity of the Business Entity;

11          d.    was/were made by and in the course of the regularly

12  conducted activity as a regular practice;

13          e.    if not original records, are exact duplicates of

14  original records.

15      I declare under penalty of perjury that the foregoing is true

16  and correct.  This declaration is executed at _____

17  on _____ .

    (date document was signed)                    (place document was signed)

18  _____

    (signature)

19

20  _____

    (typed or printed name)

21

22

23

24

25

26

27

28

2

BUCK_018746

# EXHIBIT 3

Re: Subpoena in the matter of Ed Buck
Case No. 2:19-mj-02906-DUTY

## DECLARATION OF CUSTODIAN OF RECORDS

I, Adam Jacobs, certify that,

I am a duly authorized custodian of records for Lyft, Inc. ("Lyft"). I have the authority to certify Lyft's records as true and accurate business records.

Lyft has conducted a reasonable and diligent search in response to the July 12, 2019 subpoena issued by the United States District Court for the Central District of California regarding Case No. 2:19-mj-02906-DUTY. Lyft located the following records, which Lyft will produce concurrently with the delivery of this declaration.

1.  Account information and ride history for "Ed Buck"

I have reviewed these business records. They are true and correct copies of records that were prepared by Lyft personnel in the regular course of business or made and kept by Lyft's automated systems in the regular course of business.

The records were created at or near the time of the act, condition, or event, as a regular practice of Lyft.

I declare that the foregoing is true to the best of my knowledge and stated under penalty of perjury on this Monday, June 28, 2021 at San Jose, California.

_____
(signature of Custodian of Records)

Adam Jacobs_____
(printed name of Custodian of Records)

BUCK_055533

# EXHIBIT 4

**<u>Certificate of Authenticity of Business Records</u>**

I, Stephanie Bunting, certify that,

1.    I am a duly authorized Custodian of Records for Uber Technologies, Inc. ("Uber"), located in San Francisco, California. I am authorized to certify Uber's records of regularly conducted activity.

2.    I have reviewed the records of regularly conducted activity produced by Uber in response to a subpoena to Uber dated 07/12/2019. The attached records are reasonably accessible to Uber and responsive to the legal process.

3.    The records were prepared by Uber personnel in the regular course of business or made and kept by Uber's automated systems in the regular course of business. The records were made at or near the time of the act, condition, or event, as a regular practice of Uber.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

_____        _____06/14/2021_____
Signature                                    Date

# EXHIBIT 5

SUBJECT TO PROTECTIVE ORDER

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, *Donna Williams* , hereby declare as follows:
     (name)

1.    I am a duly authorized custodian of records for

*American Airlines* (the "Business Entity").  In that capacity, I am
(name of business entity)
knowledgeable about the matters set forth herein and I am qualified

and authorized to make this declaration.

     a.    My job title/position is:

     b.    I have been employed in this capacity for

*14 years*    and by the Business Entity for    *37 years*    .
  (duration)                                     (duration)

     c.    My job duties are:

          *Answer subpoenas for travel records*

     d.    I am knowledgeable about the matters set forth herein

and the relevant record-keeping practices of the Business Entity

based upon (check all that apply):

     [✓] Training.

     [✓] Familiarity with relevant policy/policies.

     [✓] Hands-on experience.

     [ ] Supervision of one or more others with hands-on experience.

     [ ] Other.  Describe:

2.    Attached hereto or enclosed herewith are *originals/true and*
*correct duplicates* of a record or records of a regularly conducted
activity of the Business Entity named above.

BUCK_003690

SUBJECT TO PROTECTIVE ORDER

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

    3.    I certify that the attached record(s):

        a.    was/were made at or near the time of the occurrence of the matters set forth therein,

        b.    was/were made by, or from information transmitted by, a person with knowledge of those matters;

        c.    was/were kept in the course of the regularly conducted activity of the Business Entity;

        d.    was/were made by and in the course of the regularly conducted activity as a regular practice;

        e.    if not original records, are exact duplicates of original records.

    I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed at _Winston-Salem NC_,
(place document was signed)

on _7/29/2019_____.
(date document was signed)

_Donna H Williams_____
(signature)

_Donna Williams_____
(typed or printed name)

BUCK_003691

SUBJECT TO PROTECTIVE ORDER

1    <u>DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD</u>

2    I, Donna Williams , hereby declare as follows:
        (name)

3    1.   I am a duly authorized custodian of records for

4    American Airlines (the "Business Entity").  In that capacity, I am
     (name of business entity)

5    knowledgeable about the matters set forth herein and I am qualified

6    and authorized to make this declaration.

7
        a.   My job title/position is:

8
        b.   I have been employed in this capacity for
9
10   14 years       and by the Business Entity for  37 years      .
        (duration)                                    (duration)

11      c.   My job duties are:

12          Answer subpoenas for travel records

13

14      d.   I am knowledgeable about the matters set forth herein

15   and the relevant record-keeping practices of the Business Entity

16   based upon (check all that apply):

17   [✓] Training.

18   [✓] Familiarity with relevant policy/policies.

19   [✓] Hands-on experience.

20   [ ] Supervision of one or more others with hands-on experience.

21   [ ] Other.  Describe:

22

23

24

25   2.   Attached hereto or enclosed herewith are *originals/true and*

26   *correct duplicates* of a record or records of a regularly conducted

27   activity of the Business Entity named above.

28

BUCK_003710

SUBJECT TO PROTECTIVE ORDER

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

    3.   I certify that the attached record(s):

        a.   was/were made at or near the time of the occurrence of the matters set forth therein,

        b.   was/were made by, or from information transmitted by, a person with knowledge of those matters;

        c.   was/were kept in the course of the regularly conducted activity of the Business Entity;

        d.   was/were made by and in the course of the regularly conducted activity as a regular practice;

        e.   if not original records, are exact duplicates of original records.

    I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed at _Winston-Salem NC_,
(place document was signed)

on _7/29/2019_.
(date document was signed)

_Donna H Williams_
(signature)

_Donna Williams_
(typed or printed name)

2

BUCK_003711

# EXHIBIT 6

SUBJECT TO PROTECTIVE ORDER

**From:** subpoena-criminal@amazon.com <subpoena-criminal@amazon.com>
**Sent:** Tuesday, November 3, 2020 12:55 PM
**To:** Mundell, John B <██████████████████████>
**Subject:** Amazon Ref. No. CRIM1077477 2020 DS: In Re: Edward Buck (External Case No.█████████)

Certificate of Authenticity

I, Anne Kurle, declare as follows:

1. I am an employee of Amazon, Inc. ("Amazon"). I make this declaration based on personal, firsthand knowledge and, if called and sworn as a witness, I could and would testify as set forth below.
2. Amazon produced documents responsive to the above-referenced law enforcement request.
3. All documents produced by Amazon are authentic, are what they purport to be, and accurately describe the transactions, communications, and events set forth therein.
4. All documents produced by Amazon are business records in that they are (i) records kept in the ordinary course of business; (ii) created at or near the time of the transactions or events reflected therein, or based on information from a person with knowledge of the transaction or events; and (iii) kept as a part of a regular business activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 11/3/2020, at Seattle, Washington.

Anne Kurle
Law Enforcement Response Specialist
Amazon.com, Inc.

NOTICE: This communication might contain privileged and/or confidential information. If you are not the intended recipient or you believe that you have received this communication in error, please delete this message and do not print, share, or otherwise use this message or its contents in any way. Please also indicate by reply email that you have received this communication in error and that you have deleted it.

 BUCK_046694

# EXHIBIT 7

SUBJECT TO PROTECTIVE ORDER



KILPATRICK
TOWNSEND
ATTORNEYS AT LAW

KILPATRICK TOWNSEND & STOCKTON LLP

███████

1001 West Fourth Street
Winston-Salem, NC 27101-2400

███████

direct dial 336 607 7306

███████

November 6, 2019

**VIA UPS**
Special Agent John Mundell
Drug Enforcement Administration
1340 W. 6th Street
Los Angeles, CA 90012

Re: ███████████████████

Dear Special Agent Mundell:

This letter is in response to a subpoena/court order/search warrant ("request") issued to Early Warning Services ("EWS") in the above-referenced matter and dated September 25, 2019 Solely for purposes of preserving its rights, EWS is compelled to object to the request on the basis and to the extent it is overly broad and/or unduly burdensome. Without waiving the foregoing objections, EWS is producing the enclosed records after conducting a reasonable search of those repositories where responsive records are most likely to reside.

Delivery is being affected through UPS to ensure the security of the materials based on the sensitive nature of the information. If you have any questions regarding the material, please contact me at ███████ or by email at ████████████████ and reference file number ███████

Please let us know if we can be of further assistance.

Best regards,

Katie King

Katie King

NP – Internal File No ███████

cc: David Oppenheim, Early Warning Services

BUCK_055500

SUBJECT TO PROTECTIVE ORDER

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

Jeremy Wirth
(Name of Declarant)

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a subpoena or other similar demand for documents requesting specified records of the business named below. Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith and in response to the subpoena or other similar demand:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2019.

Signature

Jeremy Wirth
Manager, Production Control
Early Warning Services
16552 N. 90th Street
Scottsdale, AZ 85260
Phone:

**EXHIBIT 8**

## BUSINESS RECORD CERTIFICATION OF APPLE INC. CUSTODIAN OF RECORDS

I, Joann Vu, hereby declare:

1.        I am employed by Apple Inc. ("Apple") as a Legal Specialist. I am a duly authorized Custodian of Records, or other qualified witness for Apple located in Cupertino, California. As such I have the authority to certify these records, APL000001 through APL000003 and APLiC000001 through APLiC000004 produced on September 18, 2019 in response to a search warrant served on Apple on August 29, 2019. I am authorized to submit this declaration on behalf of Apple.

2.        Each of the records produced is the original or a duplicate of the original record in the custody of Apple.

3.        The records labeled APLiC000003 are Apple's record of the iOS device backup(s) transmitted to Apple by and stored on behalf of the Apple ID account with username thatbuck@icloud.com ("Backup Records").

4.        These records were made at or near the time of the occurrence of the matters set forth in the records;

5.        With regard to the Backup Records, the aforementioned Apple ID account transmitted the Backup Records to Apple and Apple stored those records at or near the time indicated on the Backup Records;

6.        These records were kept in the course of the regularly conducted activity; and,

7.        These records were made by the regularly conducted activity as a regular practice.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

DATED:  September 17, 2019                **APPLE INC.**


By: _____

Name: Joann Vu
Title:  Legal Specialist, Apple Inc.

**EXHIBIT 9**

**Transcript** *[handwritten signature]* O6 24 21

Date: July 27, 2017

Time: 6:51pm

Duration: 00:01:36

Transcribed By: S. Castanon

Reviewed By:

**Legend for this call:**

[ ] = Brackets are used to separate the transcriber/ translator's remarks from the original words spoken.

[PH] = Phonetic rendition

[U/I] = Unintelligible

[I/A] = Inaudible

| Speaker: | Transcription: |
|---|---|
| Automated Machine | Call 1 on Thursday July 27, 2017 at 6:51pm. With a GMT offset of negative 420 minutes. Agent ID is … his extension is 6 |
| 911 Operator | 911 [U/I] Paramedics |
| Defendant/Caller | Yeah uh I have a guest who seems unresponsive. He arrived |
| 911 Operator | Are they breathing? [Voices Overlap] |
| Background voice | Seven, eight, nine, ten [Voices Overlap] |
| Defendant/Caller | I'm sorry? |
| 911 Operator | Are they breathing? |
| Defendant/Caller | Uh, he, I, I got my neighbor over here giving him CPR and he just said call 911 |
| 911 Operator | Okay stay on the line sir.  So you're not sure if he's breathing or not? |
| Defendant/ Caller | Um is he breathing? |
| Background voice | I can't tell! |
| Defendant/Caller | He can't tell |
| 911 Operator | Okay, and then, what unit is this? [Voices Overlap] |
| Background voice | I can't find a pulse! [Voices Overlap] |
| Defendant/ caller | I'm sorry? |
| 911 Operator | Is this unit number 17? |
| Defendant/caller | Correct |
| 911 Operator | Is there a gate code for entry? |
| Defendant / caller | Uh 007 |
| 911 Operator | 007. Stay on the line for paramedics. Hold on |
| | *phone begins to ring* |
| | |
| Fire Department | L.A. County Fire 91 |
| Fire Department | Fire Department |
| 911 Operator | Sir, fire is on the line |
| | Sir, fire, can you respond to us with us with 1234 Laurel Avenue West Hollywood from the unit number 17. |
| Fire Department | Okay |
| 911 Operator | Gate entry is 007, it's gonna be a male down, unknown if breathing [U/I] |
| Fire Department | And that's off Fountain, do you know? |
| 911 Operator | Yes, it is. |
| Fire Department | We're on our way |
| 911 Operator | Alright thanks. |

**Transcript** AL
Ο6 24 21

Date: January 7, 2018

Time:

Duration: 00:06:41

Transcribed By: S. Castanon

Reviewed By:

**Legend for this call:**

[ ] = Brackets are used to separate the transcriber/ translator's remarks from the original words spoken.

[PH] = Phonetic rendition

[U/I] = Unintelligible

[I/A] = Inaudible

| Speaker: | Transcription: |
|---|---|
| 911 Operator | LA county fire number 6 |
| Defendant | Hello. I have a friend who's unresponsive |
| 911 Operator | Okay so what's your address? |
| Defendant | [U/I] Apartment 17 [Voices Overlap] |
| 911 Operator | Okay and what city are you in? |
| Defendant | West Hollywood. |
| 911 Operator | And the nearest cross street? |
| Defendant | Um Fountain and Laurel |
| 911 Operator | Okay the phone number I show you calling |
| Defendant | Yes |
| 911 Operator | And the friend's male how old is he? Would you guess |
| Defendant | He's about 55 |
| 911 Operator | 55 okay and what do you think wrongs with him right now? |
| Defendant | I… I believe he did some drugs and they were too much for him |
| 911 Operator | Okay is he, is he conscious right now? awake? |
| Defendant | No he's, no he's not. |
| 911 Operator | Is he breathing? |
| Defendant | Um very, very shallow |
| 911 Operator | Okay do you know what kind of drugs he did? |
| Defendant | I believe it was methamphetamine |
| 911 Operator | Meth okay alright, not a problem. The paramedics are on their way, I'm gonna give you some instructions just to help him out until we get there. They're on the way there way now. 1234 North Laurel number 17 that's West Hollywood and he's a 55 year old male, correct? |
| Defendant | Yes, that's correct |
| 911 Operator | 873. Okay, is he on his back or side right now? What position? |
| Defendant | On his back |
| 911 Operator | Okay and he's not alert at all, correct? |
| Defendant | He's not alert at all. |
| 911 Operator | Is he, is he having a hard time breathing or not breathing at all? |
| Defendant | [U/I] |
| 911 Operator | If he's not breathing at all or barely breathing, we need to start CPR, that's why I'm trying to ascertain [Voices over lap] |
| Defendant | Yeah okay I'll start CPR |
| 911 Operator | Okay we wanna get him on to the floor, flat on his back, okay. |
| Defendant | Okay |
| 911 Operator | And then we wanna start with 30 compressions. Have you done CPR before? |
| Defendant | Sure. |

| 911 Operator | Okay we wanna go ahead and get him flat on his back first. I'll let you go ahead and get him onto the floor flat. We're gonna start with 30 compressions to 2 breathes okay. |
| --- | --- |
| Defendant | I've got you on speaker phone |
| 911 Operator | Oh Okay, okay I wasn't sure. Did you get him onto the floor? |
| Defendant | One, two, three |
| 911 Operator | 30 compressions |
| Defendant | Four, five, six, seven, eight, nine, ten. Eleven, twelve, thirteen, fourteen, fifteen, sixteen, seventeen, eighteen, nineteen, twenty. Twenty-one, twenty-two, twenty-three, twenty-four, twenty-five, twenty-six, twenty-seven, twenty-eight, twenty-nine, thirty. |
| 911 Operator | Okay now tilt the head back slightly and go ahead and squeeze his nose shut. Pinch the nose shut and give him 2 breathes, and make sure the chest goes up when you give him those 2 breathes. |
| 911 Operator | Okay give him the 2 breathes then go ahead and start again |
| Defendant | [U/I] He's smelling of alcohol, that's for sure |
| 911 Operator | Okay is he vomiting or anything coming out of his mouth? |
| Defendant | I'm sorry? |
| 911 Operator | Is there anything coming out of his mouth like vomit? |
| Defendant | Not like vomit but just a little… [voices overlap] |
| 911 Operator | Okay, just continue, go ahead and continue with the 30 compressions quickly. We wanna go ahead and start 30 more |
| Defendant | Okay |
| 911 Operator | And just, and just 1, 2, 3, 4 a little bit faster and then we're gonna go ahead and try giving him 2 breathes. The paramedics are on the way |
| Defendant | Okay great |
| 911 Operator | Keep going with your compressions, sir |
| Defendant | [U/I] Nine, ten… twelve, thirteen, fourteen, fifteen, sixteen, seventeen, eighteen, nineteen, twenty. Twenty-one, twenty-two, twenty-three, twenty-four, twenty-five, twenty-six, twenty-seven, twenty-eight, twenty-nine, thirty. |
| 911 Operator | Okay go ahead if you can, tilt his head back, pinch his nose shut, give him 2 breathes, make sure his chest goes up and then go ahead and go back to your compressions |
| 911 Operator | Just you don't have to blow too much, just enough to raise his chest, and then just 2 times and then start your compressions |
| Defendant | Say that again please |
| 911 Operator | Start your compressions again okay |
| Defendant | Okay. Looks like we may be getting some life back here |
| 911 Operator | Okay yeah go ahead do his compressions |
| 911 Operator | Okay alright, I'm not sure where you're at with compressions or if you're doing breathes so… There you go 2 breathes |
| Defendant | Okay |

| 911 Operator | Okay go ahead and do 30 more compressions, the paramedics are almost there. Yes 30 |
|---|---|
| 911 Operator | Good job. Okay continue with your compressions |
| Defendant | Okay let's see [U/I] |
| 911 Operator | Yup and then start again with your com… |
| Defendant | A little more animated |
| 911 Operator | Okay is he, waking, is he, is he breathing on his own now? No, he's not breathing on his own though right? |
| Defendant | I don't know that he's breathing by himself |
| 911 Operator | Okay just keep doing your compressions, just the way you're doing them, just keep going. |
| 911 Operator | Okay just continue doing the compressions, sir. |
| Defendant | What's that? |
| 911 Operator | Continue doing your compressions, 30 of them, sir. |
| Defendant | Almost sounds like he's breathing by himself. |
| 911 Operator | Do you feel any air coming out of his, do you see his chest rising on its own? |
| Defendant | Very faint |
| 911 Operator | Ok… you're sure that there's air coming, is his chest going up and down on its own? |
| Defendant | Oh, Paramedics here |
| 911 Operator | Paramedics are there? Just open the door and they'll come in but just wanna make sure that he is breathing. Yeah they're there. Okay you can hang up with me sir. |