TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CHELSEA NORELL (Cal. Bar. No. 280831)
LINDSAY M. BAILEY (Cal. Bar. No. 285047)
Assistant United States Attorneys
Violent and Organized Crime/International
  Narcotics, Money Laundering & Racketeering Sections
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2624/6875
    Facsimile: (213) 894-0142
    Email:     chelsea.norell@usdoj.gov
               lindsay.bailey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-595-CAS |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | |
| EDWARD BUCK, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Chelsea Norell and Lindsay M. Bailey, hereby files its exhibit list in the above-captioned case.

//

//

//

The government reserves the right to supplement this exhibit list throughout trial as necessary.

Dated: July 12, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

       /s/
_____
CHELSEA NORELL
LINDSAY M. BAILEY
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES V. EDWARD BUCK
No. CR 19-595-CAS
GOVERNMENT'S EXHIBIT LIST

| EX. | DESCRIPTION | IDENT. | EVID. |
|---|---|---|---|
| 1. | 7/27/17 911 Call | | |
| 2. | 1/7/2019 911 Call | | |
| 3. | 9/11/19 911 Call from Shell Gas Station (Part 1) | | |
| 4. | 9/11/19 911 Call from Shell Gas Station (Part 2) | | |
| 4.1 | Business Records Declaration for 911 Calls | | |
| 5. | Jail Calls between Buck and Daniel Lyons on August 3, 2018; November 20, 2018; and December 10, 2018 | | |
| 6. | First Voicemail from Buck to Hoffman | | |
| 7. | Second Voicemail from Buck to Hoffman | | |
| 8. | Business Records Declaration for Jail Calls with Buck | | |
| 9. | INTENTIONALLY LEFT BLANK | | |
| 10. | INTENTIONALLY LEFT BLANK | | |
| 11. | INTENTIONALLY LEFT BLANK | | |
| 12. | INTENTIONALLY LEFT BLANK | | |
| 13. | 1 cut plastic straw | | |
| 14. | 4 zip lock bags | | |
| 15. | 1 zip lock bag containing crystalline substance | | |

<u>UNITED STATES V. EDWARD BUCK</u>,
No. CR 19-595-CAS
GOVERNMENT'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| 16. | Thumb drive containing extraction of Apple iPhone, Model A1429, Phone Number (979) 316-0886 | | |
| 17. | INTENTIONALLY LEFT BLANK | | |
| 18. | INTENTIONALLY LEFT BLANK | | |
| 19. | INTENTIONALLY LEFT BLANK | | |
| 20. | INTENTIONALLY LEFT BLANK | | |
| 21. | INTENTIONALLY LEFT BLANK | | |
| 22. | INTENTIONALLY LEFT BLANK | | |
| 23. | INTENTIONALLY LEFT BLANK | | |
| 24. | INTENTIONALLY LEFT BLANK | | |
| 25. | INTENTIONALLY LEFT BLANK | | |
| 26. | INTENTIONALLY LEFT BLANK | | |
| 27. | INTENTIONALLY LEFT BLANK | | |
| 28. | INTENTIONALLY LEFT BLANK | | |
| 29. | INTENTIONALLY LEFT BLANK | | |
| 30. | INTENTIONALLY LEFT BLANK | | |
| 31. | INTENTIONALLY LEFT BLANK | | |
| 32. | INTENTIONALLY LEFT BLANK | | |
| 33. | INTENTIONALLY LEFT BLANK | | |
| 34. | INTENTIONALLY LEFT BLANK | | |
| 35. | INTENTIONALLY LEFT BLANK | | |
| 36. | Apple iPhone, phone number (323) 821-2609, seized 1/7/2019 | | |
| 37. | iMac Desktop all in one computer, seized 1/21/2019 | | |
| 38. | Abandoned Package outside 1234 N. Laurel Ave. | | |

<u>UNITED STATES V. EDWARD BUCK</u>,
No. CR 19-595-CAS
GOVERNMENT'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 39. | INTENTIONALLY LEFT BLANK | | | |
| 40. | INTENTIONALLY LEFT BLANK | | | |
| 41. | Hypodermic syringe, collected from desk in office near desktop computer | | | |
| 42. | Hypodermic syringe, collected from behind desktop | | | |
| 43. | Glass pipe collected from dining room table | | | |
| 44. | Three pharmaceutical vials with clear liquid and one hypodermic syringe containing clear liquid in refrigerator | | | |
| 45. | Glass pipe collected from kitchen stove top | | | |
| 46. | 1 glass pipe found in the box within the white plastic bag, labeled 5.7 | | | |
| 47. | 9 syringes found in the box within the white plastic bag | | | |
| 48. | 1 glass pipe found in the box within the white plastic bag, labeled 5.12 | | | |
| 49. | Timothy Dean Bloodstain Card | | | |
| 50. | Buck DNA Buccal swab | | | |
| 51. | Apple iPhone X with a factor red case, phone number 323 351 6848 | | | |
| 52. | INTENTIONALLY LEFT BLANK | | | |
| 53. | Black eyeglass case containing a pyrex glass smoking pipe with a round bowl, recovered from toolchest | | | |
| 54. | INTENTIONALLY LEFT BLANK | | | |
| 55. | Plastic Tubing | | | |
| 56. | Methamphetamine smoking pipe, recovered from toolchest | | | |
| 57. | Ultra-fine syringe, recovered from toolchest | | | |

UNITED STATES V. EDWARD BUCK,
No. CR 19-595-CAS
GOVERNMENT'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 58. | Flashlight with discrete fake battery and false screw-off bottom | | | |
| 59. | INTENTIONALLY LEFT BLANK | | | |
| 60. | INTENTIONALLY LEFT BLANK | | | |
| 61. | Ziploc bag containing blue pills, determined to be Klonopin | | | |
| 62. | Silver Apple iMac desktop computer collected from home office, 9/17/19 | | | |
| 63. | Six costume masks and one modified military-style gas mask | | | |
| 64. | Hard Drive Containing Extraction of Apple iPhone, phone number (323) 821-2609, seized 1/7/2019 | | | |
| 65. | Hard Drive Containing Extraction of Apple iPhone, phone number (323) 351-6848, seized 9/17/19 | | | |
| 66. | Hard Drive Containing Extraction of Buck's Desktop Computer, Apple iMac, seized 1/21/2019 | | | |
| 67. | Thumb Drive Containing Records Response from Apple | | | |
| 68. | Disks Containing Extraction of Ed Buck's iCloud | | | |
| 69. | INTENTIONALLY LEFT BLANK | | | |
| 70. | Extraction from iMac desktop computer | | | |
| 71. | INTENTIONALLY LEFT BLANK | | | |
| 72. | INTENTIONALLY LEFT BLANK | | | |
| 73. | INTENTIONALLY LEFT BLANK | | | |
| 74. | INTENTIONALLY LEFT BLANK | | | |
| 75. | INTENTIONALLY LEFT BLANK | | | |
| 76. | Extraction of Gemmel Moore's Text Messages with Buck from Gemmel Moore's Phone | | | |

UNITED STATES V. EDWARD BUCK,
No. CR 19-595-CAS
GOVERNMENT'S EXHIBIT LIST

| | | |
|---|---|---|
| 76.1 | Video from Gemmel Moore's Chat with Buck | |
| 77. | Extraction of Apple iPhone, phone number (323) 821-2609, seized 1/7/2019 | |
| 77.1 | Excerpted Extraction Report - Text Messages Between Carlos Sinclair (9135) and Ed Buck taken from N-2 | |
| 77.2 | Excerpted Extraction Report - Text Messages Between Carlos Sinclair (3659) and Ed Buck taken from N-2 | |
| 77.3 | Excerpted Extraction Report - Text Messages Between Carlos Sinclair (3490) and Ed Buck taken from N-2 | |
| 77.4 | Excerpted Extraction Report - Text Messages Between Carlos Sinclair (9225) and Ed Buck taken from N-2 | |
| 77.5 | Excerpted Extraction Report - Text Messages Between Buck and Arthur Stokes ("JT") taken from N-2 | |
| 77.6 | INTENTIONALLY LEFT BLANK | |
| 77.7 | Excerpted Extraction Report - Messages Between Buck and Thomas Cody Hoffman taken from N-2 | |
| 77.8 | Excerpted Extraction Report – Messages Between Buck and "Antonio" from N-2 | |
| 77.9 | Excerpted Extraction Report - Text Messages Between Buck and Jermaine Gagnon ("Terrelle" 5007) taken from N-2 | |
| 77.10 | Excerpted Extraction Report – Text Messages Between Buck and Jermaine Gagnon ("Terell" 5788) taken from N-2 | |
| 77.11 | Excerpted Extraction Report – Text Messages Between Buck and Jermaine Gagnon (0722) taken from N2 | |
| 77.12 | Excerpted Extraction Report - Text Messages Between Buck and Greggory Grant taken from N-2 | |

UNITED STATES V. EDWARD BUCK,
No. CR 19-595-CAS
GOVERNMENT'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| 77.13 | Excerpted Extraction Report – Text Messages Between Phillip Okaque ("DJ") and Ed Buck taken from N-2 | | |
| 77.14 | Excerpted Extraction Report – Text Messages Between Buck and Donald Schulze ("Tyler Thomas") taken from N-2 | | |
| 77.15 | Excerpted Extraction Report – Text Messages Between Buck and (323) 746-4818 taken from N-2 | | |
| 77.16 | Excerpted Extraction Report – Text Messages Between Buck and "MASON PRO" taken from N-2 | | |
| 77.17 | Excerpted Extraction Report – Text Messages Between Buck and "TREY" taken from N-2 | | |
| 77.18 | Excerpted Extraction Report – Text Messages Between Buck and "1FUNGUYHUNG" taken from N-2 | | |
| 77.19 | Excerpted Extraction Report – Text Messages Between Buck and (323) 762-5117 taken from N-2 | | |
| 77.20 | Excerpted Extraction Report – Text Messages Between Buck and "Brandon" taken from N-2 | | |
| 77.21 | Excerpted Extraction Report – Text Messages Between Buck and "Tommy Mosley" taken from N-2 | | |
| 77.22 | Excerpted Extraction Report – Text Messages Between Buck and "Topher" taken from N-2 | | |
| 77.23 | Excerpted Extraction Report – Text Messages Between Buck and "Jay Fairfax & SM" taken from N-2 | | |
| 77.24 | Excerpted Extraction Report – Text Messages Between Buck and "Mark Sexy Chi Town" taken from N-2 | | |
| 77.25 | Extracted Call Log from January 6-7, 2019 | | |

UNITED STATES V. EDWARD BUCK,
No. CR 19-595-CAS
GOVERNMENT'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 77.26 | Excerpted Messages between Buck and Dean from N2 | | | |
| 78. | Extraction of Apple iPhone, phone number (323) 351-6848, seized 9/17/19 | | | |
| 79. | Extraction of Buck's Desktop Computer, Apple iMac, seized 1/21/2019 | | | |
| 79.1 | Excerpted Extraction – Text Messages Between Timothy Dean and Buck | | | |
| 79.2 | Excerpted Extraction – Text Messages Between Gemmel Moore and Buck | | | |
| 79.3 | Excerpted Extraction – Text Messages Between Markellis Jefferson and Buck | | | |
| 79.4 | Video clip of Gemmel Moore, 5/1/2016 | | | |
| 79.5 | Video clip of Gemmel Moore, 6/7/16 | | | |
| 79.6 | Screenshot from video of Gemmel Moore, 7/31/16 | | | |
| 79.7 | Video clip of Gemmel Moore, 8/3/16 | | | |
| 79.8 | Video clip of Gemmel Moore, 8/14/16 | | | |
| 79.9 | Video clip of Gemmel Moore, 8/26/2016 | | | |
| 79.10 | Screenshots of video of Gemmel Moore, 8/31/16 | | | |
| 79.11 | Screenshots of video of Gemmel Moore, 9/1/16 | | | |
| 79.12 | Video clip of Gemmel Moore, 9/5/16 | | | |
| 79.13 | Video clip of Gemmel Moore, 9/6/16 | | | |
| 79.14 | Video clip of Gemmel Moore and Buck smoking, 10/10/2016 | | | |
| 79.15 | Screenshot from video of Gemmel Moore, 11/26/16 | | | |
| 79.16 | Video clip of Gemmel Moore, 12/9/16 | | | |
| 79.17 | Video clip of Gemmel Moore, 12/10/16 | | | |

UNITED STATES V. EDWARD BUCK,
No. CR 19-595-CAS
GOVERNMENT'S EXHIBIT LIST

| | | |  |  |
|---|---|---|---|---|
| 79.18 | Video clip of Gemmel Moore, 8/14/16 | | | |
| 79.19 | Video clip of Markellis Jefferson, 8/19/16 | | | |
| 79.20 | Video clip of Markellis Jefferson, 9/5/16 | | | |
| 79.21 | Video clip of Markellis Jefferson and Buck, 11/30/16 | | | |
| 79.22 | Video clip of Darrell Edwards in Buck's apartment, 9/7/16 | | | |
| 79.23 | Video clip of unknown male smoking, 10/3/16 | | | |
| 79.24 | Video clip of unknown male discussing drugs with Buck, 10/3/16 | | | |
| 79.25 | Video clip of unknown male using drugs with Buck, 10/15/16 | | | |
| 79.26 | Video clip of unknown male smoking, 5/14/16 | | | |
| 79.27 | Video clip of Buck directing unidentified male on how to smoke, 6/16/17 | | | |
| 79.28 | Video clip of Charles Daniel Moore smoking through gas mask, 1/5/18 | | | |
| 79.29 | Video clip of unidentified man injecting himself with drugs, 7/28/18 | | | |
| 79.30 | Screenshot from video of Carlos Sinclair, 11/2/18 | | | |
| 79.31 | Screenshot from video of Carlos Sinclair, 11/2/18 | | | |
| 79.32 | Video clip of Daniel Lyons smoking, 1/16/2016 | | | |
| 79.33 | Video clip of Markellis Jefferson smoking and Buck directing him, 1/18/2016 | | | |
| 79.34 | Video clip of Buck telling a person to "smoke it," 10/15/16 | | | |

8

UNITED STATES V. EDWARD BUCK,
No. CR 19-595-CAS
GOVERNMENT'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| 79.35 | Video clip of Buck telling Markellis Jefferson to smoke more, 1/18/2016 | | |
| 79.36 | Video clip of Buck directing man to smoke, 4/1/2016 | | |
| 79.37 | Video clip of man smoking, 4/21/16 | | |
| 79.38 | Video clip of Markellis Jefferson discussing "slams" with Buck, 8/3/2016 | | |
| 79.39 | Video clip of man smoking and blowing through tubing, 5/4/2016 | | |
| 79.40 | Video clip of Buck directing man on how to smoke, 5/11/16 | | |
| 79.41 | Screenshot of Carlos Sinclair in Long Johns and Briefs, 5/19/18 | | |
| 80. | Excerpted Cellebrite Extraction of Silver Apple iMac Desktop | | |
| 80.1 | Excerpts of Internet Search History from N-8 | | |
| 81. | Extraction from Dane Brown's Cell Phone | | |
| 81.1 | Excerpted Extraction Report - Text Messages Between Dane Brown and Ed Buck Taken from Brown Extraction | | |
| 81.2 | Excerpted Extraction Report - Text Messages Between Dane Brown and "Anthony" Taken from Brown Extraction | | |
| 81.3 | Excerpted Extraction Report - Text Messages Between Dane Brown and "CJ" Taken from Brown Extraction | | |
| 81.4 | Excerpted Extraction Report - Text Messages Between Dane Brown and "David" Taken from Brown Extraction | | |
| 81.5 | Excerpted Extraction Report - Text Messages Between Dane Brown and "Jared" Taken from Brown Extraction | | |
| 81.6 | Excerpted Extraction Report - Text Messages Between Dane Brown and "Rolando" Taken from Brown Extraction | | |

UNITED STATES V. EDWARD BUCK,
No. CR 19-595-CAS
GOVERNMENT'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 81.7 | Excerpted Extraction Report – Photographs | | | |
| 82. | Excerpted Extraction Report – Ed Buck's iCloud | | | |
| 82.1 | Excerpted Extraction Report - Text Messages Between Corey Peters and Ed Buck taken from i-Cloud | | | |
| 82.2 | Photograph of Corey Peters Extracted from i-Cloud | | | |
| 82.3 | Excerpted Extraction Report – Text Messages Between Dane Brown and Ed Buck taken from i-Cloud | | | |
| 82.4 | Excerpted Extraction Report – Text Messages Between Buck and "JT" taken from i-Cloud | | | |
| 82.5 | Excerpted Extraction Report – Text Messages Between Buck and Kaden taken from i-Cloud | | | |
| 83. | Grand Jury testimony of Lauren Beard-Ansley | | | |
| 84. | Grand Jury testimony of Neil Alexander | | | |
| 85. | Gemmel Moore Autopsy Report | | | |
| 86. | Narcotics Report for 7/27/17 Seizure from Buck's Apartment | | | |
| 87. | Incident Report re Timothy Dean Death | | | |
| 88. | Timothy Dean Autopsy Report | | | |
| 89. | Cellebrite Reports | | | |
| 90. | DNA Report and analysis | | | |
| 91. | Medical Records for Dane Brown | | | |
| 92. | Bench Notes from Quest Diagnostic | | | |
| 93. | Schulze Diversion Agreement | | | |
| 94. | Coroner Document for Release | | | |

UNITED STATES V. EDWARD BUCK,
No. CR 19-595-CAS
GOVERNMENT'S EXHIBIT LIST

| | | |  |  |
|---|---|---|---|---|
| 95. | Lab Report regarding Klonopin testing | | | |
| 96. | Lab Report regarding 5.12 Pipe | | | |
| 97. | Lab Report regarding 5.7 Pipe | | | |
| 98. | Lab Report regarding drug testing on syringes recovered from abandoned package | | | |
| 99. | Report regarding 9/17/19 search warrant at Buck's apartment | | | |
| 100. | Incident Report, Supplemental Report, Report of Interview, and Barraza Declaration regarding 7/27/17 response to call for service | | | |
| 101. | Photograph of 1234 North Laurel Ave. | | | |
| 102. | Photographs from scene of Gemmel Moore's death | | | |
| 103. | Photographs of drug evidence recovered from Gemmel Moore's death | | | |
| 104. | Surveillance footage screenshots from 1234 N. Laurel Ave. | | | |
| 104.1 | Surveillance footage screenshots from 1234 N. Laurel Ave. showing Gemmel Moore arriving on July 27, 2017 | | | |
| 104.2 | Surveillance footage from 1234 N. Laurel Ave. showing law enforcement responding on July 27, 2017 | | | |
| 104.3 | Surveillance footage from 1234 N. Laurel Ave. showing Buck's guests in July-August 2017 | | | |
| 105. | Photographs from scene of Timothy Dean's death | | | |
| 106. | Photographs of contents of Timothy Dean's backpack | | | |
| 107. | Photographs of package found outside Buck's apartment | | | |
| 108. | Photographs of syringes and pipes found in the package outside Buck's apartment | | | |

11

UNITED STATES V. EDWARD BUCK,
No. CR 19-595-CAS
GOVERNMENT'S EXHIBIT LIST

| # | Description | | |
|---|---|---|---|
| 109. | Photographs from 9/17/19 search warrant at Buck's apartment | | |
| 110. | Photographs of masks seized from Buck's apartment on 9/17/19 | | |
| 111. | Sketch of floorplan from 9/17/19 search warrant | | |
| 112. | Photographs from Cody Hoffman's cellphone | | |
| 113. | Video from Cody Hoffman's cellphone | | |
| 114. | Photographs from Jermaine Gagnon's cellphone | | |
| 115. | First video from Jermaine Gagnon's cellphone | | |
| 115.1 | Second video from Jermain Gagnon's cellphone | | |
| 116. | Surveillance Video from Shell Gas Station | | |
| 116.1 | Surveillance Video from Shell Gas Station (Camera 1) | | |
| 116.2 | Surveillance Video from Shell Gas Station (Camera 2) | | |
| 117. | Surveillance Video from 1234 Laurel Ave. from January 6 and 7, 2019 | | |
| 117.1 | Excerpt of Surveillance Video from 1234 Laurel Ave. from January 6, 2019 | | |
| 118. | Screenshot of Buck's Adam4Adam Profile taken by Thomas Cody Hoffman | | |
| 119. | Photograph of Gemmel Moore and LaTisha Nixon | | |
| 120. | Photograph of syringes tested by Steven Kline | | |
| 121. | Photographs of evidence examined by Mark LaVigne | | |
| 122. | Coroner Photographs of Timothy Dean | | |

<u>UNITED STATES V. EDWARD BUCK</u>,
No. CR 19-595-CAS
GOVERNMENT'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| 123. | Photographs of contents of box recovered outside Buck's apartment on 1/7/19 | | |
| 124. | Surveillance Video of Dane Brown on September 4, 2019 (Camera 1) | | |
| 125. | Surveillance Video of Dane Brown on September 4, 2019 (Camera 2) | | |
| 126. | Surveillance Video of Dane Brown on September 11, 2019 (Camera 1) | | |
| 127. | Surveillance Video of Dane Brown on September 11, 2019 (Camera 2) | | |
| 128. | Photographs of Pipes and Syringes Found Outside of Buck's Apartment | | |
| 129. | Photograph of buccal swab collected from Buck on 1/7/19 | | |
| 130. | Screenshots of Buck's Adam4Adam profile | | |
| 131. | Screenshot of Daniel Lyons from N1 video | | |
| 132. | Screenshots of Adam4Adam message on Hoffman phone | | |
| 133. | Excerpt of August 2017 Phone Bill for Buck's Cellphone (323) 821-2609 | | |
| 133.1 | Business records declaration for August 2017 phone bill | | |
| 134. | Business records declaration of TriColor Auto | | |
| 135. | Purchase Records for 2010 Ford Edge | | |
| 136. | Purchase Records for Nissan Murano | | |
| 137. | Uber Records – Business records declarations for Uber records | | |
| 137.1 | Excerpted Uber Records – Carlos Sinclair | | |
| 137.2 | INTENTIONALLY LEFT BLANK | | |

UNITED STATES V. EDWARD BUCK,
No. CR 19-595-CAS
GOVERNMENT'S EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 137.3 | Excerpted Uber Records – Daniel Lyons | | | |
| 137.4 | Excerpted Uber Records – Cody Hoffman | | | |
| 137.5 | Excerpted Uber Records – Jermaine Gagnon | | | |
| 137.6 | Excerpted Uber Records – Dane Brown | | | |
| 137.7 | Excerpted Uber Records – Corey Peters | | | |
| 138. | Lyft Records | | | |
| 138.1 | Business records declaration for Lyft | | | |
| 139. | Zelle Records | | | |
| 139.1 | Business records declaration for Zelle Records | | | |
| 140. | Gagnon's Google Drive Records | | | |
| 140.1 | Business records declaration for Google Drive Records | | | |
| 141. | American Airlines Records for Gemmel Moore Flight | | | |
| 141.1 | Business records declaration for American Airlines records | | | |
| 142. | American Airlines Records for Jermaine Gagnon Flight | | | |
| 142.1 | Business records declaration for American Airlines records | | | |
| 143. | Amazon Records | | | |
| 143.1 | Business records declaration for Amazon Records | | | |
| 144. | Donald Schulze Call Data Records | | | |
| 144.1 | Business records declaration for Schulze Call Data Records | | | |
| 145. | Photograph of Jermaine Gagnon | | | |
| 146. | Summary Chart of Digital Devices Seized | | | |

14

<u>UNITED STATES V. EDWARD BUCK</u>,
No. CR 19-595-CAS
GOVERNMENT'S EXHIBIT LIST

| | | | |
|---|---|---|---|
| 147. | Summary of Videos of Gemmel Moore in Buck's Apartment | | |
| 148. | Historical Cellsite Analysis of Donald Schulze Pings | | |
| 149. | Donald Schulze's Methamphetamine Sales to Buck | | |
| 150. | Google Map of Vermont/Beverly Station to 350 N. Madison Ave., Los Angeles, CA 90004 | | |
| 151. | Summary Chart of Carlos Sinclair Trips to 1234 N. Laurel | | |
| 152. | California Driver's License Photograph – Arthur Stokes | | |
| 153. | Texas Driver's License Photograph – Jermaine Gagnon | | |
| 154. | California Driver's License Photograph – Markellius Jefferson | | |
| 155. | California Driver's License Photograph – Carlos Sinclair | | |
| 156. | California Driver's License Photograph – Gemmel Moore | | |
| 157. | California Driver's License Photograph – Timothy Dean | | |
| 158. | California Driver's License Photograph – Thomas Cody Hoffman | | |
| 159. | California Driver's License Photograph – Dane Brown | | |