# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | |
|---|---|---|
| Case No. | CR 19-00595-(A)-CAS | Date: July 14, 2021 |
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
| Interpreter | N/A | |

| Gabby Garcia / Twyla Freeman | Laura Elias | Lindsay Bailey / Chelsea Norell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Edward Buck | X | X | | Christopher Darden, RTND | X | | X |
| | | | | Ludlow Creary, II, RTND | X | | X |

___ Day COURT TRIAL        2nd Day JURY TRIAL        ___ Death Penalty Phase

___ One day trial;   ___ Begun (1st day);   X Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

X  Opening statements made   By Government and Defendant.

X  Witnesses called, sworn and testified.

X  Exhibits identified        X  Exhibits admitted

___ Government rests.   ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused   ___ Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:                    ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) _____        ___ Not Guilty on count(s) _____

___ Jury polled        ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.   ___ Remand/Release# _____ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| X | Case continued to | July 15, 2021, at 9:00 a.m. | for further trial. |
|---|---|---|---|
|   | Other: | | |

                                                                                         6 : 31

Initials of Deputy Clerk   GGA and TF