# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | 2:CR 19-00595-(A)-CAS | Date | July 16, 2021 |
|---|---|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Interpreter | N/A |
|---|---|

| Twyla Freeman | Laura Elias | Lindsay Bailey / Chelsea Norell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Edward Buck | X | X |  | Christopher Darden, RTND | X |  | X |
|  |  |  |  | Ludlow Creary, II, RTND | X |  | X |

___ Day COURT TRIAL      4th Day JURY TRIAL      ___ Death Penalty Phase

___ One day trial;   X  Begun (4th day);   X  Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made

X   Witnesses called, sworn and testified.

X   Exhibits identified      X   Exhibits admitted

___ Government rests.      ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made   ___ Court instructs jury   ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused   ___ Jury retires to deliberate   ___ Jury resumes deliberations

___ Finding by Court as follows:      ___ Jury Verdict as follows:

Dft # ___ Guilty on count(s) _____      Not Guilty on count(s) _____

___ Jury polled      ___ Polling waived

___ Filed Witness & Exhibit lists   ___ Filed Jury notes   ___ Filed Jury Instructions   ___ Filed Jury Verdict

Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ remanded to custody.   Remand/Release# _____ issd.   Dft # ___ released from custody.

___ Bond exonerated as to Dft # _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| X | Case continued to | July 20, 2021, at 9:00 a.m. | for further trial. |

Other:

4 : 30

Initials of Deputy Clerk  TF