# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| 1a. Contact Person for this Order | Antonella Nistorescu | 2a. Contact Phone Number | 213-797-2756 | 3a. Contact E-mail Address | anistorescu@da.lacounty.gov |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Antonella Nistorescu | 2b. Attorney Phone Number | 213-797-2756 | 3b. Attorney E-mail Address | anistorescu@da.lacounty.gov |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
DDA Antonella Nistorescu
L.A. County District Attorney's Office
Hall of Justice
211 West Temple Street, 11th Floor
Los Angeles, CA 90012
anistorescu@da.lacounty.gov

| 5. Name & Role of Party Represented | Antonella Nistorescu, Deputy District Attorney |
|---|---|
| 6. Case Name | United States of America v. Edward Buck |
| 7a. District Court Case Number | 2:19-CR-00595-CAS-1 |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Laura Elias

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☒ Non-Appeal    ☒ Criminal ☐ Civil    ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) OR PORTIONS REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | b. SELECT FORMAT(S) | | | | | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | |
| July 13, 2021 | | SNYDER | Full | ● | ○ | ○ | ○ | ○ | ○ | | ORDINARY (30-day) ☒ |
| July 14, 2021 | | SNYDER | Full | ● | ○ | ○ | ○ | ○ | ○ | | ORDINARY (30-day) ☒ |
| July 15, 2021 | | SNYDER | Full | ● | ○ | ○ | ○ | ○ | ○ | | ORDINARY (30-day) ☒ |
| July 16, 2021 | | SNYDER | Full | ● | ○ | ○ | ○ | ○ | ○ | | ORDINARY (30-day) ☒ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | ☒ |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: September 22, 2019    Signature: [signed]

G-120 (06/18)