# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:** 

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Robert Pooley | 2a. Contact Phone Number: (213) 688-0460 | 3a. Contact E-mail Address: rpooley@werksmanjackson.com |
| 1b. Attorney Name (if different): Mark Werksman | 2b. Attorney Phone Number: (213) 688-0460 | 3b. Attorney E-mail Address: mwerksman@werksmanjackson.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Werksman Jackson & Quinn LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California 90017

**5. Name & Role of Party Represented:** Defendant
**6. Case Name:** United States v. Edward Buck
**7a. District Court Case Number:** 19-CR-00595-CAS
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED     ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Laura Elias

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal  ☒ Non-Appeal     ☒ Criminal  ☐ Civil     ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13/2021 | 153 | Snyder | Trial - Day 1 | ● | ○ | ○ | ○ | ○ | ○ | ● | 3-Day |
| 07/14/2021 | 155 | Snyder | Trial - Day 2 | ● | ○ | ○ | ○ | ○ | ○ | ● | 3-Day |
| 07/15/2021 | 156 | Snyder | Trial - Day 3 | ● | ○ | ○ | ○ | ○ | ○ | ● | 3-Day |
| 07/16/2021 | 157 | Snyder | Trial - Day 4 | ● | ○ | ○ | ○ | ○ | ○ | ● | 3-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

Transcripts required by counsel for Rule 29 motion.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 10/18/2021     Signature: *[signature]*

G-120 (06/18)