# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**



| | | |
|---|---|---|
| 1a. Contact Person for this Order: Robert Pooley | 2a. Contact Phone Number: (213) 688-0460 | 3a. Contact E-mail Address: rpooley@werksmanjackson.com |
| 1b. Attorney Name (if different): Mark Werksman | 2b. Attorney Phone Number: (213) 688-0460 | 3b. Attorney E-mail Address: mwerksman@werksmanjackson.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Werksman Jackson & Quinn LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California 90017

**5. Name & Role of Party Represented:** Defendant
**6. Case Name:** United States v. Edward Buck
**7a. District Court Case Number:** 19-CR-00595-CAS
**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Maria Bustilos

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal ☒ Non-Appeal    ☒ Criminal ☐ Civil    ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)
b. SELECT FORMAT(S) (CM/ECF access included with purchase of transcript.)
c. RELEASE OF TRANS. RESTRICTION DATE
d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | (Provide release date of efiled transcript, or check to certify none yet on file.) | (Check with court reporter before choosing any delivery time sooner than "Ordinary-30.") |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/20/2021 | 159 | Snyder | Trial - Day 5 | ● | ○ | ○ | ○ | ○ | ○ | ● | 3-Day |
| 07/21/2021 | 160 | Snyder | Trial - Day 6 | ● | ○ | ○ | ○ | ○ | ○ | ● | 3-Day |
| 07/22/2021 | 161 | Snyder | Trial - Day 7 | ● | ○ | ○ | ○ | ○ | ○ | ● | 3-Day |
| 07/23/2021 | 163 | Snyder | Trial - Day 8 | ● | ○ | ○ | ○ | ○ | ○ | ● | 3-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 10/19/2021    Signature: *[signature]*

G-120 (06/18)