UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 19-00595-CAS | | Date | November 8, 2021 |
|---|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | | |
| Interpreter | N/A | | | |

| D. Rojas for Catherine Jeang | Laura Elias | Lindsay Bailey (video) / Chelsea Norell (video) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Edward Buck (video) | X | X | | 21) Mark Werksman, rtnd. (video) | X | | X |

**Proceedings:** DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29 [203] (VIA ZOOM)

Case is called. The Court and counsel confer regarding the case and the defendant's Motion to Continue the Hearing on the Motion for Summary Judgment of Acquittal Pursuant to Rule 29.

For reasons stated on the record, the Court hereby CONTINUES the hearing to February 14, 2022 at 1:30 p.m. The Court further sets the Sentencing for April 14, 2022 at 2:30 p.m.

|  | 00 | : | 11 |
|---|---|---|---|
| Initials of Deputy Clerk | | DR | |