## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CR19-595(A)-CAS | Date January 20, 2022 |
| Present: The Honorable CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
| Interpreter N/A | |

| Catherine Jeang | Not Present | Lindsay Bailey, Not Present  Chelsea Norell, Not Present |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| EDWARD BUCK | NOT | X | | MARK WERKSMAN | NOT | | X |

**Proceedings:**   (IN CHAMBERS)

The sentencing hearing in this case is set for April 4, 2022, at 2:30 p.m. by this Court's Amended Minute Order[208] dated November 8, 2021. On July 27, 2021, the jury came back with a verdict finding defendant Guilty on Counts One, Two, Three, Four, Five, Six, Seven, Eight and Nine of the First Superseding Indictment[32] filed August 4, 2020 (Minute Order [167], entered July 30, 2021).

The Court hereby refers the defendant to the Probation Office for the preparation of an investigation and Pre-sentence Report.

|   | 00 : 00 |
|---|---|
| Initials of Deputy Clerk | CMJ |

**cc: U.S. Probation and Pretrial Services**