UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:19-CR-00595(A)-CAS-1 | Date | January 24, 2022 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine Jeang | Not Present | Lindsay Bailey, Not Present<br>Chelsea Norell, Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant: | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| EDWARD BUCK | NOT | X | | MARK WERKSMAN | NOT | | X |

**Proceedings:** (IN CHAMBERS)

The Court is in receipt of the parties' January 18, 2022, joint filing, which outlines their positions regarding the hearing date on defendant's Rule 29 motion. See Dkt. 209. The Court understands that the completion date for the relevant hearing transcripts is February 1, 2022. Accordingly, the Court continues the hearing on defendant's motion for judgment of acquittal, dkt. 178, until **March 21, 2022, at 10:00 AM**, and will be held by Zoom. Zoom Webinar Information can be found on the Court's website, under Judge Snyder's Procedures. At this time, it would be premature to continue the April 4, 2022, sentencing date.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Deputy Clerk | CMJ |

**Cc:** U.S. Probation and Pretrial Services