TRACY L. WILKISON, United States Attorney
CHELSEA NORELL (Cal. Bar No. 280831)
Assistant United States Attorney
1300 United States Courthouse, 312 N. Spring Street
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | No. CR 19-595(A)-CAS |
| v. | |
| EDWARD BUCK | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☐ Lodged:  **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION [FILED UNDER SEAL]; [PROPOSED] ORDER FOR AN ORDER SEALING DOCUMENT [FILED UNDER SEAL]; GOVERNMENT'S UNDER SEAL DOCUMENTS [FILED UNDER SEAL]

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 14, 2022                                           Chelsea Norell
Date                                                     Attorney Name
                                                         United States of America
                                                         Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING