TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CHELSEA NORELL (Cal. Bar No. 280831)
Assistant United States Attorney
Violent and Organized Crime Section
LINDSAY M. BAILEY (Cal. Bar No. 285047)
Assistant United States Attorney
Deputy Chief, General Crimes Section
    1300/1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2624/6875
    Facsimile: (213) 894-0141
    Email:    chelsea.norell@usdoj.gov
            lindsay.bailey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 19-595-CAS |
| Plaintiff, | <u>GOVERNMENT'S INITIAL OBJECTIONS AND FACTUAL CLARIFICATIONS TO THE PSR; DECLARATION OF CHELSEA NORELL AND EXHIBITS FILED CONCURRENTLY UNDER SEAL</u> |
| v. | |
| EDWARD BUCK, | |
| Defendant. | Hearing Date: April 4, 2022<br>Hearing Time: 2:30 pm<br>Location: Courtroom of the Hon.<br>         Cristina A. Snyder |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Chelsea Norell and Lindsay Bailey, hereby files its Initial Objections and Factual Clarifications to the Presentence Investigation Report ("PSR").

    This filing is based upon the attached memorandum of points and authorities, the concurrently filed declaration of Chelsea Norell and

supporting exhibits (filed under seal), the files and records in this case, the PSR, the sentencing recommendation letter, and such further evidence and argument as the Court may permit.

The government reserves the right to file its sentencing position and any supplemental information that may be necessary.

Dated: March 9, 2022                    Respectfully submitted,

                                              TRACY L. WILKISON
                                              United States Attorney

                                              SCOTT M. GARRINGER
                                              Assistant United States Attorney
                                              Chief, Criminal Division

                                                       /s/
                                              CHELSEA NORELL
                                              Assistant United States Attorney

                                              Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

The government has the following (1) minor factual objections to the PSR; (2) additional information regarding Victim Impact Statements and Restitution that was received after the PSR was issued; and (3) corrections to the statutory provisions set forth in the PSR:

- **Paragraph 33** correctly notes that the government anticipates seeking funds from the Federal Crime Victim Fund ("FCVAF") to cover travel expenses for victims and victims' family members to attend defendant's sentencing, where they have a right to be heard under the Crime Victims Rights Act. The government estimates the costs will be $8,004, and will provide documentation at the time of sentencing.

- **Paragraph 34** incorrectly attributes this statement to Gemmel Moore's sister. This is a statement from Timothy Dean's sister Joyce Jackson regarding her brother. It should be included in the "Victim Dean" section. As noted in **Paragraph 38** (which is incorrectly attributed to "Dean's mother," but is from Ms. Jackson), Ms. Jackson has provided documentation to support the burial expenses she incurred as a result of Timothy Dean's death. They are attached to the under seal filing as **Exhibit A.**

- **Paragraph 36** notes that receipts and documentation for the restitution claims of Gemmel Moore's mother (LaTisha Nixon) are pending. The government has since received that documentation, and it is attached to the under seal filing at **Exhibit D.** In addition to the expenses correctly

    identified by the PSR, Ms. Nixon is also entitled to her lost wages for the two weeks that she attended defendant's trial, which, when accounting for her salary identified in **Exhibit D**, totals $2,017.16.

- **Paragraph 37** is attributed to Timothy Dean's sister. For clarification, and because Mr. Dean has two sisters, this statement is from Joann Campbell.

- **Paragraph 38** incorrectly attributes this statement to Timothy Dean's mother. This is a statement from Joyce Jackson, one of Timothy Dean's sisters, who provided the statement incorrectly attributed to Gemmel Moore's sister in paragraph 34.

- In the Victim Impact Section, it should be noted that Victim D.B. has submitted a Victim Impact Statement and restitution claims for $8,000 to be paid to the California Crime Victim Fund and $1,058 to D.B. Documentation and receipts are pending. See **Exhibit E** (Victim Impact Statement).

- In the Victim Impact Section, it should be noted that $2,950.68 was paid for a memorial service for Timothy Dean by the individuals identified in **Exhibit C**.

- **Paragraph 136** sets forth the statutory maximum sentences. The correct statutory maximum sentence for violations of 21 U.S.C. § 841(a)(1)(b)(1)(C) resulting in death (Counts One and Two), is life imprisonment. The mandatory minimum sentence for Counts One and Two is 20 years' imprisonment.

- **Paragraph 144** sets forth the statutory maximum fines. The correct statutory maximum fine for a violation of 21 U.S.C.

2

§ 841(a)(1)(b)(1)(C) resulting in death (Counts One and Two), is $2,000,000 per count.

- **Paragraph 146** sets forth the Guidelines range for the fine. The correct range for the offenses is $50,000 to $8,000,000 [$2,000,000 (Count 1) + $2,000,000 (Count 2) + $1,000,000 (for each of Counts 3-6) = $8,000,000]. U.S.S.G. §§ 5E1.2(c)(3) and (c)(4).

- **Paragraph 150** identifies the restitution amounts known at this time. Based on the information received since the PSR, those amounts are modified as follows, and may be updated closer to sentencing:

| Victim | Amount | Source |
|---|---|---|
| Federal Crime Victim Assistance Program – Trial Attendance Costs | **$8,225.62** | PSR ¶ 33 |
| Joyce Jackson (Timothy Dean's sister) | **$2,295** ($10,295.25 – $8,000.25 reimbursed by the California Victim Compensation Fund) | **Exhibit A**; PSR ¶¶ 34, 38 |
| California Victim Compensation Fund – Jackson Reimbursement | **$8,000.25** | **Exhibit A**; PSR ¶¶ 34, 38 |
| Joann Campbell (Timothy Dean's sister) | **$1,000** | **Exhibit B**; PSR ¶ 37 |
| G.W. and A.H. | **$2,950.68** | **Exhibit C** |
| LaTisha Nixon (Gemmel Moore's mother) | **$11,648.47** | **Exhibit D**; PSR ¶¶ 35-36; Loss wages identified above |
| Victim D.B. | **$1,058** ($9,058 – $8,000 reimbursed by the California Victim Compensation Fund) | **Exhibit E** (receipts pending) |
| California Victim Compensation Fund – D.B. Reimbursement | **$8,000** | **Exhibit E** (receipts pending) |
| Federal Crime Victim Assistance Program – | **$8,004** | Projected cost noted above |

3

| Anticipated Sentencing Attendance Costs | | |
|---|---|---|
| **Present Restitution Total (subject to verification):** | $51,182.02 | |