DECLARATION OF CHELSEA NORELL

I, Chelsea Norell, declare as follows:

1. I am an Assistant United States Attorney and one of the prosecutors assigned to the case of United States v. Edward Buck, 19-595-CAS. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. Attached hereto as **Exhibit A** is the form Victim Impact Statement of LaTisha Nixon, Gemmel Moore's mother.

3. Attached hereto as **Exhibit B** is the narrative Victim Impact Statement of LaTisha Nixon, Gemmel Moore's mother.

4. Attached hereto as **Exhibit C** is the Victim Impact Statement of Joann W. Campbell, Timothy Dean's sister.

5. Attached hereto as **Exhibit D** is the Victim Impact Statement of Joyce Jackson, Timothy Dean's sister.

6. Attached hereto as **Exhibit E** is the Victim Impact Statement of Dane Brown, a survivor of Buck's crimes.

7. Attached hereto as **Exhibit F** is the Victim Impact Statement of Jermaine Gagnon, a survivor of Buck's crimes.

8. Attached hereto as **Exhibit G** is the Victim Impact Statement of Thomas Cody Hoffman, a survivor of Buck's crimes.

9. Attached hereto as **Exhibit H** is the Victim Impact Statement of James Connors, a survivor of Buck's crimes.

10. Attached hereto as **Exhibit I** is the Victim Impact Statement of Hanna, Timothy Dean's friend.

11. Attached hereto as **Exhibit J** is the Victim Impact Statement of Alex Herrara, Timothy Dean's friend.

12. Attached hereto as **Exhibit K** is the Victim Impact Statement of Richard Martin, Timothy Dean's friend.

13. Attached hereto as **Exhibit L** is the Victim Impact Statement of Troy Trusciante, Timothy Dean's friend.

14. Attached hereto as **Exhibit M** is the Victim Impact Statement of Walter Harris, Timothy Dean's friend.

15. Attached hereto as **Exhibit N** is the Victim Impact Statement of Jasmyne Cannick, an advocate for Los Angeles' Black LBGTQ community.

16. Attached hereto as **Exhibit O** is the Victim Impact Statement of Derrick Nixon, Gemmel Moore's brother.

17. Attached hereto as **Exhibit P** is the Victim Impact Statement of Sandra Bufford, Gemmel Moore's grandmother.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 21, 2022.

/s/
_____
CHELSEA NORELL

2