# EXHIBIT A

**SUBJECT TO PROTECTIVE ORDER**

UNITED STATES v. __EDWARD BUCK__   Case Number: ███████

Victim Name: __Gemmel Moore__

## VICTIM IMPACT STATEMENT/VIOLENT CRIME

How have you and members of your family been affected by this crime?

I could write a book about how we are affected. This has torn our family to shreds. But were trying our best to get through this. I emailed my statement to Attorney Norell please contact her for the statement. Thank you

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling or therapy as a result of this crime? Please explain. Do you wish future counseling to assist you and/or your family in recovering from the crime?

Yes some counseling was provided through my job and insurance. I was recently referred to a new one for my whole family

Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number.

Yes I did Court is in Los Angeles, CA Latisha Nixon v- Ed Buck  2:19-cv-04610-CJC-SS

VICTIM IMPACT STATEMENT    VIOLENT CRIME    PAGE 2

Do you relate to people differently since the crime? Have your feelings about yourself changed? Please explain.

I'm a mother I protect, I soothe, I fix the things my kids may have had to deal with. I have always been there. This has completely changed me. I'm scared for my kids safety. No social life hardly. I feel guilty for even laughing my son is gone.

How has the crime affected you and your family's lifestyle?

My son was killed the whole family is depressed and trying to put the pieces back together especially after hearing the horrible details of the crime

Has the crime affected your family's livelihood? If so, how?

Can't sleep, some days skip work, depression, guilt I should of known. My other kids and family feel guilty we didn't notice he was addicted to meth and didn't help him

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT.

✓ Anger  ✓ Anxiety  ✓ Fear  ✓ Grief  ✓ Guilt  ✓ Numb  ✓ Repeated Memory of Crime

✓ Sleep Loss  _ Nightmares  ✓ Appetite Change  ✓ Unsafe  ✓ Chronic Fatigue

✓ Trouble Concentrating  ✓ Easily startled  ✓ Forgetfulness  ✓ Depression

✓ Fear the Defendant Will Return  ✓ Uncontrolled Crying

Please describe any other reactions to the crime committed.

fear his friends in high place will come after me and my family.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Since my son was killed I have incurred a lot of expenses. I had to move, put my stuff in storage, I lost wages, paid for my plane tickets and also co pays for psychiatric visits and meds

Do you feel the defendant is or will be a threat to you, your family or the community? X Yes __ No
Please explain.

He has proven time and time again he will not stop injecting people with meth Please keep the community safe.

What else would you like the Judge to know about the defendant, the victim or your family.

He needs to never be allowed out. We are cautious because he has money and can pay to have people hurt us.

**SUBJECT TO PROTECTIVE ORDER**

CONFIDENTIAL

United States v. EDWARD Buck

Case Number: ███████

The address and telephone contact information provided below will only be provided to the presentence probation officer, and the United States Attorneys Office, unless a court order signed by the Judge authorizes the release of this page to the Court and defense attorney.

Printed Name: LaTisha Nixon
Signature: LaTisha Nixon
Address: ███████
Spring Texas 77373

Home phone: ███████

Work/msg phone: _____

Fax: _____

e-mail: ███████

BUCK_057176