Case 2:19-cr-00595-CAS   Document 234-3   Filed 03/21/22   Page 1 of 3   Page ID #:2987

# EXHIBIT B

SUBJECT TO PROTECTIVE ORDER

My name is LaTisha Nixon. I am Gemmel Moores's mom. July 27th, 2017 was the absolute worst day of my life. I remember when I got the call that my son was found dead in Edward Buck's house. I remember thinking who is Edward Buck? Not thinking it was Ed Buck, the man my son had told me hurt him previously.  I sat on the couch in shock and disbelief watching my family scream and fall to the ground. I couldn't cry, I just knew that there had to be a mistake. My son had just left us in Texas earlier that morning so he couldn't have been dead. It seemed like a nightmare but I held on to the hope that they had the wrong person.
I was later told that it was that Ed Buck. The one he told me about and I warned him to stay away from. My life has forever changed.

Let me tell you about my baby Gemmel. He is the oldest of five children, 4 boys, and 1 girl. Gemmel showed me how to love and that I was worth loving. My mom had me at a very young age. I had a rough life. I ended up being molested and put in the foster care system. I do not blame my mom; her mom died at the age of nine. She did not know about the abuse. I had Gemmel at nineteen. He was the best thing that happened to me at that age. He gave me something to push harder for and I never had to question his love for me.  I had other kids and he helped me with them. One fond memory is when we attended Church we had a part of the service where we would tell everyone what God has done for us. Gemmel was about 5 and he would stand up and tell the church he wanted to be pastor, fireman, and a police officer and ramble on and on. I laughed because he wanted to do all three things. I kept thinking he is gonna be a busy man.  Each time I would try to stop him he would go on and on. And our congregation loved it. They would tell me to leave him alone. Well, that testimony would last about thirty minutes. That thought still makes me chuckle to this day. All i have now is memories of him and his ashes.
 He was a happy kid he always helped with his younger siblings.  He would often cook and would do household chores to help out because I worked multiple jobs to provide for them. Gemmel was a jokester he kept us laughing, He always made sure to go over and beyond for birthdays. He was the one that cooked the birthday meals and baked the birthday cake. He was the one I looked to, to help fix things around the house. The one I talked to when I wanted to vent or complain about his siblings. Then things got kind of strained between us. I didn't know what was going on he rebelled and started not listening. I figured it was because of his hormones. We got into a really big argument  Gemmel left and we didn't talk for a while I was sick worried was he ok. He called me and told me he had to tell me something. I listened and he told me he was gay. He asked me did i still love him in which I told him I knew he was gay and my love was unconditional. He told me as long as his momma didn't care he didn't care what anyone else thought. Our relationship was way better. I lived in Victorville and he continued to live in Los Angeles. Gemmel loved Los Angeles I decided to move to Texas after my husband Terry was killed. I wanted a new start. Gemmel would fly to Texas and stay with us for an extended time. We have a nice amount of family here. He was here when my daughter started kindergarten. He would comb her hair, get her dressed and walk her to the bus stop in the morning. He was so dependable i never had to worry about her when he or his brothers were around. After a few months he left and went back to Los Angeles, we talked often. But I didn't get to see him as much. I never felt I had to check in on him as much as I did his younger siblings because he was the responsible one. I always felt proud of that.

BUCK_057177

**SUBJECT TO PROTECTIVE ORDER**

I had no idea what my son got himself into. I had no idea he was addicted to meth I had no idea he was escorting. Gemmel always was private and told me often he was gonna make me proud. This whole situation has ruined my life. I am sick to my stomach. I can't sleep through the night. My heart hurts physically. I was diagnosed as manic-depressive, I started having panic and anxiety attacks scared because the coroner released my son's autopsy with my home address exposed I had to move from my home and store my stuff in storage to make sure my kids was safe. I can't count how many times I was told to watch out for Ed Buck because he was gonna come after me for exposing him. I have lost so many days at work because there are days I can't leave the house. I'm up all night crying because i can't cry in front of my child. She started cutting herself, and even told her teacher on a few occasions she was gonna kill herself because maybe i would love her more. I had no idea that through my pain I was neglecting my child. My health and mental health have declined. I have lost my hair. I was hospitalized for almost a week in November 2017 I felt like i was gonna lose my mind. I have been to the hospital numerous amounts of times from panic attacks, scared I'm going to leave this earth. My mom lost two kids and now three grandkids so i cant lean on her. My whole family is hurt. We all try to hide our pain from each other.

Judge Snyder, please give Ed Buck the longest time allowed by law. He victimized so many people. West Hollywood is safer without him terrorizing people he thought no one cared about. I was a certified nursing assistant for over twenty years I cant tell you how many times I held a person's hand and prayed with them and said beautiful things to them as they crossed over. All I can think about is how my son died naked on a mattress with no love around him. No one to hold his hand or tell him good things. Ed Buck needs to spend the rest of his years in prison. It was not an accident if it was Mr. Timothy Dean would still be here. My heart goes out to his loved ones and the other victims who have suffered at this man's hands.

Thank you

BUCK_057178