# EXHIBIT C

February 8, 2022

To: Judge Snyder

Re: Impact Letter

From: Joann W. Campbell (Sister of Timothy Dean)

Timothy Dean my brother was loved, caring, funny and he loved life.

Every morning I wake up I think about my brother Timothy Dean and the impact he made on me and my family life. My brother life was taken from us way too soon by Ed Buck. I can't get out of my mind watching on the Internet the Coroner taking my brother long body down the stairs in that black body bag from Ed Buck house. The last imaged of my brother haunts me to this day. I knew that was final for me his life was over it was the end of my brother's life. My brother's death affects me in many ways mentally, physically, and emotionally. It's not one day go by I don't think of my brother something we did or something he said funny over the phone to make me laugh I channel him a lot. My brother and I had a special relationship we shared the same birthday month March 25, 26 we would celebrate our birthday via phone and the last time in person. Tim knew how to have a party and celebrate life with family and friends he makes everybody around him laugh. All that was taken away from me by Ed Buck taking my brother life.

Some days I feel I'm going insane thinking about all the good times I shared with my brother over the years and now those memories just seem a mere fog now that he is gone from me too soon. Traveling here to Los Angeles have put a burden on me financially and emotionally having to relive his tragic death in pursuit of justice for my brother. The pain I feel each day for the loss of my brother will never be replaceable it will live with me forever. I will always cherish my brother and love him and remember all the good memories we made together and all the lives my brother touch and brought laughter too and joy. Your Honor I asked you sentenced this man with the most severe punishment possible.

Thank you,

Joann W. Campbell