# EXHIBIT D

SUBJECT TO PROTECTIVE ORDER

Joyce Jackson – Victim Impact Statement

I wish this was all a dream, but unfortunaly it is not! , Each day that I wake and l think of my brother my heart fills heavy and broken.  If I can be honest I just want all of this to be over so that I can begin my healing process.   Until this is all over my mind and heart will not allow me to start my healing process to begin.  I wish that when I come to California, that I am coming enjoy seeing my brother, but unfortunaly that is never going to happen again.

Not only has this been a mental and emotional burden but, this has been a financial burden to me.  Never having to expect to have to bury my baby brother.  I almost lost it when, I had to go into my 401k for his burial, being from Florida commuting to California, has cost me time and energy, that I will never be able to recoup.  One of the hardest things,  I have had to do, in my life, was packing up my brothers apartment, settling up his business affairs. My brother was taken from our family premeauturelly and we have to deal with an empty void.  My family and I have can never have him in our daily lives again, oh how I miss him, we miss him.  We will always love him until we meet and see him again.

BUCK_057172