# EXHIBIT E

SUBJECT TO PROTECTIVE ORDER

UNITED STATES v. _____Ed Buck_____ Case Number: _____

Victim Name: ___Dane Brown___

## VICTIM IMPACT STATEMENT/VIOLENT CRIME

How have you and members of your family been affected by this crime?

 I've been affected by this in ways I didn't know was possible I thought I could handle this but there are times where I get severely depressed randomly, in the beginning before the trial ended and still a little to this day I felt as if he had people watching my every move. I felt as if those people were trying to put enough fear in me to leave the state which has a lasting effect on me know it's kind of hard to walk out the door of my own home now. There will be times were. I thought I could handle the drug I didn't want to believe it, but I was addicted very harshly to it which made me harm myself even more and has now made very self-conscious of my body with all the scaring from slams. I don't get good sleep like I used to because I wake up in sweats repeating the same scenario of the last moments with Ed in my head. I have guilt because it made me think that I was so stupid not to listen to myself and go to his house when I know I shouldn't have. I am truly deeply scarred for life from this.

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling or therapy as a result of this crime? Please explain.  Do you wish future counseling to assist you and/or your family in recovering from the crime?   Yes I do receive counseling and will continue to.

Have you filed a civil suit against the defendant?  If yes, please list the case name, court location, and docket number.

BUCK_057162

**VICTIM IMPACT STATEMENT       VIOLENT CRIME       PAGE 2**

Do you relate to people differently since the crime? Have your feelings about yourself changed? Please explain. Yes I feel like people will disrespect me because I allowed him to so I am always on edge to what people will say about me because he would invite his friends over but then talk to them in private and discuss me

How has the crime affected you and your family's lifestyle? Yes I am not as out going as I used to be I am more introverted than before.

Has the crime affected your family's livelihood? If so, how?

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT.

 _x_ Anger  _x_ Anxiety  _x_ Fear  __ Grief  _x_ Guilt  _x_ Numb  _x_ Repeated Memory of Crime

 _x_ Sleep Loss  __ Nightmares  __ Appetite Change  _x_ Unsafe  __ Chronic Fatigue

 _x_ Trouble Concentrating  __ Easily startled  __ Forgetfulness  _x_ Depression

 __ Fear the Defendant Will Return  __ Uncontrolled Crying

Please describe any other reactions to the crime committed.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Do you feel the defendant is or will be a threat to you, your family or the community? _x_ Yes  __ x No Please explain.

What else would you like the Judge to know about the defendant, the victim or your family.

BUCK_057163

**INDIVIDUAL VICTIM IMPACT STATEMENT/VIOLENT CRIME   P. 3**

  **A. Losses due to crime**
List money or property lost, destroyed or damaged and its value(wherever possible, attach receipts)
$ 0

2. List medical expenses (again, attach any supporting receipts)
$ 0

3. List lost income or wages for which you have not been compensated.  (Attach verification)
$   8000(Victim Services paid already)

4. List miscellaneous expenses (type and amount). Include items as necessary child care,transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. (Attach verification)
$  1058 for missing out on work for the trial
$
$

5. List expenses for counseling or therapy.          $ _____       Include cost per session and number of sessions attended.
        Are you currently in counseling? _____   Anticipated number of future sessions?

Have you applied for State Victim Compensation or other Programs to assist in paying for costs such as counseling or medical bills, that may also be eligible to be repaid through restitution? <mark>Yes</mark>        No
Program name and address:
 Victim Compensation handled it

**Losses..........** $

**B. Reimbursement received (please attach receipts)**

1.  Property insurance.....                                           $

2.  Medical insurance.....                                            $

3.  State Victim Compensation.....                                    $ 8000

4.  Other (list source and amount)....
                                                                      $ 1058
                                                                      $

                                 **Reimbursements..............** $ 8000

                                 **Total Loss**          $  1058

*****************************************************************
Print Name   Dane Brown

Signature: _____       Date:

CONFIDENTIAL

United States v.   Ed Buck                                    Case Number:

The address and telephone contact information provided below will only be provided to the presentence probation officer, and the United States Attorneys Office, unless a court order signed by the Judge authorizes the release of this page to the Court and defense attorney.

Printed Name:     Dane Brown`

Signature:

Address:        ███████████████      Los Angeles, CA 90011

Home phone: ████████

Work/msg phone:

Fax:            _____ e-mail:

████████████

BUCK_057165