# EXHIBIT F

**SUBJECT TO PROTECTIVE ORDER**

## Jermaine Gagnon – Victim Impact Statement

Following this incident, I have noticed my personality shift in unwanted ways. I've become avoidant of situations I formerly enjoyed. I've begun to isolate myself, which has affected my ability to socialize. My friends report I appear melancholy and sad. My relationship with family members has become distant and strained.

Before the encounter with Mr. Buck, I had, for ten years, been treated by a psychiatrist for mild schizophrenia. I seldom used Crystal meth and only smoked it with a few close friends in familiar surroundings. The drug did not dominate my life. However, Ed Buck forcibly injected me with it (Meth) and GHB. This 'drug-rape' had a profound and traumatizing effect on me which I am still trying to cope with. I am more dependent on Meth now. It used to be a weekend thing, but now I seem to need it to get out of bed and have a typical day.

My previously controlled schizophrenia symptoms have resurfaced since the incident with Mr. Buck. I've had visual and auditory hallucinations, and my paranoia has paralyzed me to the point where I have trouble leaving my apartment.