**EXHIBIT G**

UNITED STATES v. _____     Case Number: _____

Victim Name: _____Thomas cody hoffman_____

**VICTIM IMPACT STATEMENT/VIOLENT CRIME**

How have you and members of your family been affected by this crime?

Well i dont even know where to begin ,  So i will just start with what
Makes me the saddest the fact that i have not been able ro complete
My school because of the stress in the beginig of all of this the fact that he
Was free and called me till the day he was arrested ,i started to fall behind
Due to the fact i wasnt sleeping i was scared to death not knowing if he was

Aware that i was talking with the police ,and scard of what he might have done
I have ptsd and honestly this has reAlly made me not trust anybody
Including doctors so i dont know whay to do with myself these days i lack
Any modivation to do much these days dont get me wrong i know i  put myself
In this sutuation and  This is part of my struggle but whatni didnt agree
To was what he did to me so this crime has screwd me up even more then i was

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling or therapy as a result of this crime?  Please explain.  Do you wish future counseling to assist you and/or your family in recovering from the crime?

No because i part of my issue is trusting anybody
I dont even see the doctor for my health

Have you filed a civil suit against the defendant?  If yes, please list the case name, court location, and docket number.

No for what i dont even kmow jow to do that

**VICTIM IMPACT STATEMENT    VIOLENT CRIME    PAGE 2**

Do you relate to people differently since the crime? Have your feelings about yourself changed? Please explain.

Yes i dont relate to anynody i dont reust anybody i sit inside my Place alone everyday depressed and just hateing myself i dont feel like Im a hood person right now

How has the crime affected you and your family's lifestyle?

Im scard of everything i live in vonstant Fear , i panic i have anxitey like never before

Has the crime affected your family's livelihood? If so, how?

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT.

__ Anger __ Anxiety __ Fear __ Grief ✓ Guilt __ Numb ✓ Repeated Memory of Crime

__ Sleep Loss ✓ Nightmares ✓ Appetite Change ✓ Unsafe ✓ Chronic Fatigue

__ Trouble Concentrating __ Easily startled __ Forgetfulness __ Depression

__ Fear the Defendant Will Return ✓ Uncontrolled Crying

Please describe any other reactions to the crime committed.

FEAR

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Do you feel the defendant is or will be a threat to you, your family or the community? ✓ Yes __ No
Please explain.

What else would you like the Judge to know about the defendant, the victim or your family.

I realize that input myself in this situation and its part of rhe anger and guilt that i Live with everyday But this man is a dangerous person he is deff a threat to the community He showed no remorse for any of the victims infacr he asured me that it was all dieing down andni shluld come over for a vist. Aka to get high and and him hire me for sex

BUCK_057184

**INDIVIDUAL VICTIM IMPACT STATEMENT/VIOLENT CRIME   P. 3**

**A. Losses due to crime**

List money or property lost, destroyed or damaged and its value(wherever possible, attach receipts)
$ _____

2. List medical expenses (again, attach any supporting receipts)
$ _____

3. List lost income or wages for which you have not been compensated.  (Attach verification)
$ _____

4. List miscellaneous expenses (type and amount). Include items as necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. (Attach verification)
$ _____
$ _____
$ _____

5. List expenses for counseling or therapy.                          $ _____
    Include cost per session and number of sessions attended.
    Are you currently in counseling? _____   Anticipated number of future sessions? _____

Have you applied for State Victim Compensation or other Programs to assist in paying for costs such as counseling or medical bills, that may also be eligible to be repaid through restitution?
Yes _____   No ✓
Program name and address:

**Losses..........** $ _____

**B. Reimbursement received (please attach receipts)**

1.  Property insurance.....                                          $ _____

2.  Medical insurance.....                                           $ _____

3.  State Victim Compensation.....                                   $ _____

4.  Other (list source and amount)....
$ _____
$ _____

**Reimbursements..............** $ _____

**Total Loss**                $ _____

*************************************************************
Print Name _____

Signature: _____   Date: _____

BUCK_057185

CONFIDENTIAL

United States v. _____

Case Number: _____

The address and telephone contact information provided below will only be provided to the presentence probation officer, and the United States Attorneys Office, unless a court order signed by the Judge authorizes the release of this page to the Court and defense attorney.

Printed Name: Thomas cody hoffman

Signature: *[signature]*

Address: _____

████████████████████████

Los angeles ca 90005

_____

Home phone: ███████████

Work/msg phone: _____

Fax: _____

e-mail: ████████████████████████