**EXHIBIT H**

UNITED STATES v. _____   Case Number: _____

Victim Name: _____

## VICTIM IMPACT STATEMENT/VIOLENT CRIME

How have you and members of your family been affected by this crime?

Ed buck has destroyed my life. My self esteem is a thing of the past. I constantly worry if he is going to have someone to do me harm for telling the authorities about him rapping me. I feel guilty and ashamed for what Ed did to me. He is a monster. He needs to be in jail for a very long time.

Please continue this statement on an additional sheet of paper if you wish.

Have you or members of your family received counseling or therapy as a result of this crime? Please explain. Do you wish future counseling to assist you and/or your family in recovering from the crime?

Yes, I suffer from severe depression.

Have you filed a civil suit against the defendant? If yes, please list the case name, court location, and docket number.

No

BUCK_057168

Do you relate to people differently since the crime? Have your feelings about yourself changed? Please explain. Yes. I dont trust anyone. I am not affectionate at all, I dont have any relationships

How has the crime affected you and your family's lifestyle? I'm afraid. I dont have a sex drive. I dont like leaving the house

Has the crime affected your family's livelihood? If so, how? I lost my job due to my fear of retaliation & my severe depression

Have you experienced any of the following reactions to the crime:
PLEASE REALIZE THESE ARE NORMAL REACTIONS TO A TRAUMATIC EVENT.

✓ Anger __ ✓ Anxiety ✓ Fear ✓ Grief ✓ Guilt __ Numb ✓ Repeated Memory of Crime

✓ Sleep Loss ✓ Nightmares ✓ Appetite Change ✓ Unsafe ✓ Chronic Fatigue

✓ Trouble Concentrating ✓ Easily startled ✓ Forgetfulness ✓ Depression

✓ Fear the Defendant Will Return __ Uncontrolled Crying

Please describe any other reactions to the crime committed. I still think hes going to retaliate. I can't sleep.

If a victim consents, the Court may also make restitution in services in lieu of money, or make restitution to a person or organization designated by a victim. If you are interested in this option, please explain.

Do you feel the defendant is or will be a threat to you, your family or the community? ✓ Yes __ No
Please explain.

What else would you like the Judge to know about the defendant, the victim or your family. Please I'm scared he has money & can do God knows what to me

BUCK_057169

# INDIVIDUAL VICTIM IMPACT STATEMENT/VIOLENT CRIME P. 3
## SUBJECT TO PROTECTIVE ORDER

**A. Losses due to crime**

List money or property lost, destroyed or damaged and its value (wherever possible, attach receipts)
$ _____

2. List medical expenses (again, attach any supporting receipts)
$ _____

3. List lost income or wages for which you have not been compensated. (Attach verification)
$ 48,000

4. List miscellaneous expenses (type and amount). Include items as necessary child care, transportation, and other expenses related to participation in the investigation or prosecution of the offense or attendance at proceedings related to the offense. (Attach verification)
$ _____
$ _____
$ _____

5. List expenses for counseling or therapy. $ _____
   Include cost per session and number of sessions attended.
   Are you currently in counseling? _____ Anticipated number of future sessions? _____

Have you applied for State Victim Compensation or other Programs to assist in paying for costs such as counseling or medical bills, that may also be eligible to be repaid through restitution?
Yes ___ (No)
Program name and address:

Losses.......... $ _____

**B. Reimbursement received (please attach receipts)**

1. Property insurance..... $ 0

2. Medical insurance..... $ 0

3. State Victim Compensation..... $ 0

4. Other (list source and amount).... 
$ 0
$ _____

Reimbursements............. $ _____

Total Loss $ _____

*************************************************************

Print Name  James Connors

Signature: [signature]   Date: 1-31-22

BUCK_057170