**EXHIBIT I**

**SUBJECT TO PROTECTIVE ORDER**

| | |
|---|---|
| **From:** | Jo___ Ca_____l |
| **To:** | Norell, Chelsea (USACAC) |
| **Subject:** | [EXTERNAL] Fwd: Timothy Dean, |
| **Date:** | Monday, February 14, 2022 11:53:34 AM |

This letter is from Hanna

Sent from my iPhone

Begin forwarded message:

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Date:** February 13, 2022 at 6:28:32 PM EST
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject: Timothy Dean,**

# Timothy Dean,

- Timothy Dean was more than just my friend. He was my family and a VITAL person in my family. I met Timothy in 2003. He is the reason I have my children today. He supported my husband and I during a very hard time and encouraged our relationship. We eventually married and asked Timothy to emcee our wedding. After my children were born he quickly stepped into the uncle role. The kids loved him and he adored them.

During Timothy's busy school and work schedule he always made my family a priority and spent his free time with us. We traveled together and spent holidays together.
He was the positive force in my life and my families lives. His loss has changed us forever and not one day passes that I don't think, "oh I wonder what Timothy would say" or " I wish I could talk to Timothy about this issue".
I will never stop honoring or loving Timothy. He was everything to me.



- 

Sent from my iPhone

BUCK_057166