**EXHIBIT J**

SUBJECT TO PROTECTIVE ORDER

Alex Herrara statement

I'm not here to judge you, a jury of your peers has found you guilty and ultimately God will have the final say. Through your actions you had to retain council and Tim's family, friends and I had to sit and listen to your lawyers drag his name through the mud. The impact of the shenanigans that went on in your apartment were not only felt here in Los Angeles, the wakes were felt across the country and around the world. Just a few months before Tim's passing we were in Paris, France competing at the Gay Games where he connected with old friends and made new ones. He was so happy on that trip, but there will be no more competitions, dinners, hikes or road-trips. I had to explain to my ninety year old parents why Tim wasn't coming over for Christmas dinner anymore. I still haven't excepted or properly grieved Tim's loss, he was an enormous part of my life. Maybe today is the start of that process.

BUCK_057167