# Exhibit K

**<u>Richard Martin Victim Impact Statement:</u>**

Your honor,

I am writing this victim impact statement in regard to my friend Timothy Dean. I had known Timothy for over 20 years. We actually texted the night of his death. The night of his death was The Golden Globes and we were texting each other about who won, who didn't win, what they were wearing at the Globes . Timothy and I both loved to talk for hours about pop culture and entertainment. He knew every Real Housewives by name and LOVED Bravo. He would get so excited talking about what had happened on several reality shows. Tim and I could spend hours on the phone or in person talking about what other people called useless entertainment but we loved it. It was so surreal that my friend Walter Harris called me during the Real Housewives of New Jersey and gave me the shocking news. A day prior I had heard the news about what was being published in the papers and the press about Ed Buck. I looked on social media and I saw that Tim was friends with him on Facebook. I went to call Tim and ask him "How could you be friends with a guy like Ed Buck," "How did you know him? " or just "What???" I reached for my phone, but I was distracted with work and never made the call. I have been told by then that Tim had passed unbeknownst to many of us.

When I got the news from Walter, I was first in denial. As the night prolonged and more information came in, I was in shock, saddened, hurt, confused, emotional and also angry. How could Timothy be associated with this Ed Buck? I tried to put the pieces together. Here was my friend Tim who helped me open my own business, worked close with me in production and casting. Tim developed a close working relationship with one of my clients who was dating Ariana Grande. He LOVED that and always kept it very professional. Tim was not a saint, but neither are most of us. I NEVER saw Tim do drugs in our 20 plus years of friendship...drink alcohol yes, but drugs never. In the 10 years prior to his heartbreaking death, we watched Tim soar to new professional and personal heights and achievements. We watched as he studied for his Associates Degree from Santa Monica College. Even after the graduation ceremony he kept his cap and gown on all night. He was so proud of his achievement. I remember that in Timothy's last year he was Baptized. We attended that life changing event and he told us how much he was looking forward the future. He thrived in retail at Bloomingdales and Saks Fifth Ave. Timothy would outsell his department month after month. And he was so proud of his professional accomplishments.

I looked at my text messages for the first time in 3 years today. I have not looked at them since probably a week after he died. In the texts we talked about going to dinner at Glanville, going skiing in Big Bear, he wanted to throw an Oscar Party and everything seemed great. As I scrolled down further, we had wished each other a Happy New Year. It made me think about all the Holiday dinners we would share with our LA family. Easter, Thanksgiving, Christmas and several New Years come to mind. Tim also LOVED his Birthday. He would sometimes...not sometimes but ALL the time, treat it like it was a National Holiday. We actually had a Bowling Party on his last Birthday.

I miss my friend and still think fondly of him often. His loud over the top voice and laugh or his serious quiet self. Tim was a friend who would always be there whether you asked or not. He was at my wedding to my husband who loved Tim dearly. My husband would help Tim study Spanish for his degree. Tim was always grateful and always made sure that Carlos knew...how grateful he was for the help. Tim loved to send cards and especially Thank you cards.

As I close this letter, I still do not fully understand why Tim was acquainted with Ed Buck. Everybody has theories but at the end of the day Ed Buck needs to severely pay, for taking Tim away from so many people that loved him. He had such a bright future ahead of him and so many memories still to make. Tim had such a unique way of delivering a story or event like no one else could. I will remember Timothy Dean for the rest of my life. I will love Tim for the rest of my life. Ed Buck not only ended Timothy's life but he took a piece of everybody's life who loved Tim. I know God teaches us to forgive but even after 3 years I just cannot forgive Ed Buck. The only way I can forsee any peace is that Ed Buck is never given the chance, to do this to anyone else. Regardless of sexual orientation, color of their skin, economic position or social status, a life is a life and Ed Buck stole that life from Timothy for his own enjoyment.

Please sentence Ed Buck to the maximum sentence allowed by law. Ed Buck has achieved the maximum amount of grief and hurt one person can deliver and endure.

Thank you for your time.

Richard