**EXHIBIT L**

| | |
|---|---|
| **From:** | Jo___ Ca____l |
| **To:** | Norell, Chelsea (USACAC) |
| **Subject:** | [EXTERNAL] Fwd: Tim letter |
| **Date:** | Friday, February 11, 2022 10:35:06 AM |

Here is one letter from Tim Friend Troy.

Sent from my iPhone

Begin forwarded message:

> **From:** [redacted]
> **Date:** February 11, 2022 at 12:56:58 PM EST
> **To:** [redacted]
> **Subject: Tim letter**
>
> Hello,
> How are you ?
> Please let me know if this is ok & if you need anything else
> Troy

> Your Honor,
>
> I write this statement about my good friend Timothy Dean so you know how much he is missed.
>
> I was friends with Tim for nearly 20 years.
>
> We experienced much together.
>
> Traveling to my parents house on the Oregon coast, sporting events , many dinners together with my family , him being a big part of my wedding, etc.
>
> It is impossible for me to put to words what his untimely death has done to hurt my soul.
>
> I miss my friend tremendously.
>
>
> Tim made everyone around him feel better. He saw to it.
>
> An immeasurable quality in a person.
>
> Not many have it. He did in massive quantity.

**SUBJECT TO PROTECTIVE ORDER**

He should still be here.

I hope this gives you an inkling of his profound impact in my family's life & an even bigger profound loss of his life.

I hope you will consider these words.

Very sincerely,

Troy Trusciante

BUCK_057188