**EXHIBIT M**

SUBJECT TO PROTECTIVE ORDER

Here is Walter letter thanks.

BUCK_057189

SUBJECT TO PROTECTIVE ORDER

Feb 14. 2022 - Walter Haus

Your Honor,

Jan. 7th 2019. I had no idea. when I Awoke. that morning. TV already turned on-to CNN. with the days. news. That the news I was seeing. Would be devastating to me.. I saw a Body Bag being lowered. down the steps of an Apartment building. where. Ed Buck resided. It was big news because of his political connections and it was the 2nd time in 2 years. of this happening to someone. They did not identify the 2nd Victim at the time. I immediatly called. my best friend. Timothy Dean.. who knew Ed Buck Well and would surely be watching. this unfold. I called. though out the day.. The next day I was puzzled. why no Answer. The pieces finally. coming. together. after I spoke to my friend. Alex who asked me If I had received a call from Anyone. regarding Tim. It was then. I would look back at the video and images of The Body Bag. and realized. it was my friend Timothy Dean. in that Body Bag. Cold, Disgusting being taken out like like yesterdays Garbage. My Heart Sank.. The painful sound coming

BUCK_057190

SUBJECT TO PROTECTIVE ORDER

from me. I still do and to this Day.
That Being so unfitting for someone I loved, and
so much life to live. unfolding in front of him.
or any human being for that matter.

That was that Day. Yet Today, at this moment
I still endure that pain, that loss. There a
gap in my life, my Routine, my life expectations
of the things. Tim and I shared, our get togethers
with our circle of friends. Cooking while watching
a game or a movie., Sharing a good laugh or cry
over our triumphs and let downs. The Simple Things
that helped my life move a little easier. now
seem more complicated. without him to share.
one Night so sensless and unforgiving. Part of my
life and others was snatched away that moment
A hurt I'm reminded of whenever. I'm doing
something I would be doing with Tim. That Night.
The Why, The How, The Actions by someone, so cold.
of emotion. of how this might play out. Again
after going through it the first time seems
unrelenting and cruel. to people left with only
old photos and memories that should be ongoing
That Being. So Cold. So unforgiving
                                    Walter Harris

BUCK_057191