# Exhibit N

March 17, 2022

The Honorable Christina A. Snyder
District Judge
First Street Courthouse
350 W. First Street
Courtroom 8D, 8th Floor
Los Angeles, CA 90012

Your Honor,

I am Jasmyne Cannick, a resident of the County of Los Angeles and an advocate for Los Angeles' Black LGBTQ community.

The deaths of Gemmel Moore and Timothy Dean and the overdose of Dane Brown at Ed Buck's apartment have had a profound impact on Los Angeles' Black queer community.  I can't even begin to explain how one trial intersects so many of our city and country's most pressing issues--race, class, politics, media bias, homelessness, Black male homelessness, survival sex work, and the crystal meth epidemic.

Ed Buck intentionally preyed on Black homeless men in Los Angeles using the most addictive and destructive drug on the street--crystal meth. He used his apartment and money along with crystal meth to lure men in need of shelter and food into his home so that he could take advantage of them in ways that are unconscionable and unforgivable.

Some of these men were not gay, some did not even use crystal meth and if they did use it, they didn't use it intravenously and were not addicted.  What all of the men who testified for the government during Mr. Buck's trial had in common though, was that they were struggling with permanent housing and needed a place to stay.

During LA County's most recent homeless count, Black residents made up roughly 8% of L.A. County's population, but 34% of its homeless population.

Being a white man, with housing, political standing, money, and clout, Ed Buck was able to use this to his advantage after the overdose death of 26-year-old Gemmel Moore to put the blame on Gemmel for dying.  When other men came forward, he continued to use his privilege to shield himself and it actually worked.  The news media was so worried about Mr. Buck suing them while the politicians were afraid of angering a major donor that they ignored the death of Gemmel Moore and the voices of Mr. Buck's victims who dared to step forward and speak out.

It sent a message that ricocheted not only through LA's Black queer and homeless communities but to those engaged in survival sex work as well that if you die or get harmed by a rich white person you will be blamed and your truth not heard or believed.

And for a while, it seemed that was going to be the case, especially after LA's former district attorney declined to file any changes at all in the death of Gemmel Moore against Mr. Buck, and exactly six months after that announcement Timothy Dean was dead on the same living room floor in the same apartment as Gemmel Moore.

The lives of Black homeless men matter.  The lives of Black queer people matter. The lives of people addicted to drugs matter. The lives of survival sex workers matter. They matter.

Sentencing Ed Buck to prison to the maximum term allowed will send that message to the people who need to hear it and feel it the most--the community he preyed on and took advantage of and the other Ed Buck's still operating under the radar watching this case to see what the outcome is going to be.

Ed Buck needs to be held accountable.  Please sentence him to the maximum time he is eligible for under federal law.

Thank you.

Sincerely,
Jasmyne Cannick