| | |
|---|---|
| **From:** | LaTisha Marie |
| **To:** | Norell, Chelsea (USACAC) |
| **Subject:** | [EXTERNAL] Fwd: My victim's letter |
| **Date:** | Saturday, March 19, 2022 3:56:20 PM |

Here is Derrick Nixon letter

---------- Forwarded message ---------
From: **Derrick Nixon** <██████████>
Date: Sat, Mar 19, 2022, 5:49 PM
Subject: My victim's letter
To: ██████████


The fact that you try to maintain your innocence after you killed my brother is very disrespectful to my Mother. You took my childhood from me. You took My dearest Friend,and Brother. The racist and demonic rhetoric you lived on is what led to your demise. So good for you to be incarcerated to stop you from taking more lives. I think about how far my Brother could've been today and I come close to tears. He was an Intelligent young Man,Not a "N-word". I suggest you spend the rest of your life in Prison for Gemmel and Timothy,because that is the minimum. May God deal with you accordingly for the rest of your pestilential existence.


- Derrick Nixon,The younger brother of Gemmel Moore Nixon and Second born to LaTisha Nixon