# Exhibit P

## Victim Impact Statement of Sandra Bufford

Gemmel Moore was my grandson. He was a grandma's boy. I was in the room when he was born. I remember seeing his little bitty feet and thinking he would grow up to be a runner.

Gemmel was helpful and generous. As the oldest child, he took care of his siblings and helped cook meals at the house.

Gemmel used to help me when I was working as a housekeeper in an apartment building in San Bernardino. He would come with me to clean, check up on me, bring supplies, and keep me company.

He was a wonderful person and didn't deserve what happened to him.

I can't forgive Buck for what he did to my grandson or the other victims. I hope that he finds remorse for what he has done.

Ed Buck hurt me, he broke me and I'm angry. I miss my grandson, I'm gonna have to let God handle it. I just hope he gets plenty of time to think about what he did to Gemmel, Tim and all the other victims. Thank you to all who had a part in getting us all justice.

Sandra Bufford