CHELSEA NORELL (Cal. Bar No. 280831)
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2624

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | CR 19-00595-CAS |
| BUCK, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

GOVERNMENT'S EX PARTE APPLICATION [UNDER SEAL]; PROPOSED ORDER [UNDER SEAL] and [UNDER SEAL] DOCUMENT.

**Reason:**

☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

March 21, 2022
Date

Chelsea Norell
Attorney Name

United States of America
Party Represented

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (04/14)    **NOTICE OF MANUAL FILING OR LODGING**