# EXHIBIT A

GREEN GROCERY

Mar 1, 2022
Margaret Buchmelter
2410 E. Rancho Dr.
Phoenix, Az. 85016


MY NAME IS MARGARET BUCHMELTER, I AM EDWARD BUCKS MOTHER. EDWARD WAS BORN IN STEUBENVILLE, OHIO AND MOVED TO PHOENIX WITH THE FAMILY AS A CHILD. HE ATTENDED A CATHOLIC SCHOOL, AND FINISHING HIGH SCHOOL AT PHOENIX HI. AFTER GRADUATION, EDWARD SPENT THREE MONTHS STUDYING IN EUROPE UNDER A U.S. STATE DEPT. EXCHANGE STUDENT PROGRAM. THERE HE PARLAYED A FRIENDSHIP MADE AT THE MUNICH OKTOBERFEST INTO A FIVE YEAR LONG MODELING AND TELEVISION CAREER.      RETURNING TO PHOENIX IN 1980., ED GOT A JOB AS A BICYLE COURIER FOR AN INSURANCE INFORMATION BUSSINESS. HE LATER BOUGHT THE THEN AILING BUSINESS, TAUGHT HIMSELF PROGRAMING AND DEVELOPED THE BUSINESS INTO A ONE MILLION DOLLAR OPERATION WITH OFFICES IN THREE DIFFERENT STATES. HE SOLD "RAPID INFO FRANCHISE" IN 1986 FOR AN ESTIMATED ONE MILLION DOLLARS.. .. .. SUDDENLY "RETIRED" AT 32.       HE LOST MONEY ON A RESTAURANT AND A TELEPHONE BUSINESS..


        THEN EVAN MECHAM GOT ELECTED FOR GOVERNOR
BEING TOTALLY IGNORANT OF POLITICS, AND WITH A FEW CRUDELY BUMPER STICKERS, THIS STARTED A RECALL; AGAINST A GOV. WHO TOOK OFFICE IN 1987, WHO RESCINDED A PAID HOLIDAY HONORING MARTIN LUTHER KING JR, THIS PROMPTED PROTESTS BY CIVIL RIGHTS GROUPS. STEVIE WONDER AND U2 DONATED CONCERT PROCEEDS TO THE RECALL MOVEMENT. THE RECALL IS NOT WHAT ENDED MECHAMS TIME AS GOV. ONLY A YEAR, AND A FEW MONTHS LATER, GOV. EVAN MECHAM WES IMPEACHED, AND INDICTED ON CHARGES OF CONCEALING A $350,000. LOAN.    (THE RECALL MOVEMENT COLLECTED OVER 300,000 SIGNATURES.)
EDWARD HAS LIVED FOR DECADES IN SOUTHERN CALIF., AND IS KNOWN AS A DONOR TO DEMOCRATIC POLITICIANS, AND AS AN ANIMAL-RIGHTS ACTIVIST AND A BENEFACTOR TO CAUSES INVOLVING THE "LGBYQ" COMMUNITY. I
I AM VERY PROUD OF HIM, HIS ABILITY TO HAVE DONE AND ACHIEVED WHAT SEEMED IMPOSSIBLE. HE HAS A HEART FOR GIVING AND PROTECTING AND

GREEN GROCERY

WOULD NEVER HARM A HUMAN BEING, OR AN ANIMAL....HIS FAULT: HE'S TOO GENEROUS!

*Margaret Buchmelter*