# EXHIBIT B

March 30, 22

To Whom It May Concern —

I have known Ed Buck for 60 plus years.
He was raised Catholic and the family went to Sunday Mass every week. Mom Dad and 2 sisters and he and his brother.
Our family moved to Phx. and he was an Alter boy from 4th 8th grades.
After High School Ed and Buddy toured the United States.
He graduated from Phoenix College w/ an Associates Degree. After College a scholarship to Yugoslavia, and traveled Europe. Was discovered and became an International Model.
In Phoenix, he owned Several Successful Businesses.
In 1988 Ed started the "Re call Movement" for Governor Evan Mecham; because (E.M.) a racist against Black People.

Ed Buck is a Very generous Person He would never intentional harm any Person or thing.

March 2022
Page 11

For almost 30 yrs Ed Buck has been super involved in the Political Arena. He has multiple Political Friends etc. Former Governors Terri Goddard (AZ) Bruce Babbitt (A) Janet Napolitano (AZ) and Homeland Security. Jerry Brown (CA) Adam Schiff, Hillary Clinton, President Obama, etc.

He started the "Rescue Golden Retriever Program" "Spay & Neuter" your Pets (CA) along with Pierce Brosnan. Ed Buck has many friends that Actors & Writers in Hollywood.

Ed has been trying to come up w/ Solutions to get the Homeless People off the Streets. To Prode our Lawmakers & Facilitate and Expedite this fast growing Problem.

Thank You

Sincerely,
Georgie Beard

NONPROFIT SPOTLIGHT

## ARIZONA ARCHIVES

Jan. 18, 1988: A "Mecham for ex-governor" sign is carried as about 10,000 people marched through moderate rain, in honor of slain civil rights leader Martin Luther King Jr. in downtown Phoenix. King's birthday is a federal and Phoenix city holiday but it is not a state holiday in Arizona. Gov. Evan Mecham rescinded a paid state holiday declared by former Gov. Babbitt on the grounds that the holiday was created illegally without legislative authorization. ROB SCHUMACHER/THE REPUBLIC

For more archive photos and interesting facts about Arizona history, visit azcentral's Instagram page at @azcarchives. Do you have a photo that shows Arizona history? Submit photos to mike.meister@arizonarepublic.com.

*Ed Buck's success!* (handwritten)

## ARIZONA ARCHIVES

Jan. 18, 1988: A "Mecham for ex-governor" sign is carried as about 10,000 people marched through moderate rain, in honor of slain civil rights leader Martin Luther King Jr. in downtown Phoenix. King's birthday is a federal and Phoenix city holiday but it is not a state holiday in Arizona. Gov. Evan Mecham rescinded a paid state holiday declared by former Gov. Babbitt on the grounds that the holiday was created illegally without legislative authorization. ROB SCHUMACHER/THE REPUBLIC



For more archive photos and interesting facts about Arizona history, visit azcentral's Instagram page at @azcarchives. Do you have a photo that shows Arizona history? Submit photos to mike.meister@arizonarepublic.com.

*Ed Buck's success!*

NONPROFIT SPOTLIGHT




**GEORGIE BEARD**
*REALTOR®*

**Office: 480.443.7400**
Voicemail/E-Fax: 602.386.1746
10601 N. Hayden Road, #I-100/104
Scottsdale, AZ 85260
**gbeard@hsmove.com**



Referral of your friends and family
is the greatest compliment
that I can receive.

Thank you for your trust,
Georgie Beard, REALTOR ®

480 998-9513

It's a Smart Move with HomeSmart!