# EXHIBIT C

| | |
|---|---|
| From: | jdwestemeyer@aol.com |
| Sent: | Tuesday, March 8, 2022 10:33 AM |
| To: | Elizabeth Little |
| Subject: | Letters for Ed Buck from John and Donna Westemeyer |

March 8, 2022

The Honorable Christina A. Snyder

United States District Judge

c/o Werksman Jackson & Quinn LLP

888 West Sixth St., 4th Floor

Los Angeles CA  90017

Dear Honorable Snyder,

    My name is John Westemeyer and I first met Ed Buck 50 years ago through my wife Donna

who had taught him. We have visited him in CA, DC and VA over the years. In the year 2000 he called and wanted to give us an all expense paid trip to CA. It was a great time and I knew that he was a giving person and this was special.

    My conversations with Ed were always stimulating. Political issues were discussed and

having been a guidance counselor in a high school and detention home, I was aware of

many problems, especially discrimination and injustices that occur.  Ed's viewpoint led him to contribute money to political campaigns of candidates that he believed were working toward a   better open society. He had the leadership qualities to also campaign for them.

    I remember his involvement to remove the governor of Arizona because that governor would not allow for the Martin Luther King holiday to be officially celebrated in the state of Arizona.

    Ed had an amazing talent that I witnessed of training rescue dogs. He took in dogs that had been abused. His tone was calm; never any hitting. He took pride in this work and found new owners who would adopt the dog.  He enjoyed the dogs and worked to pass the law to have animals (mostly dogs and cats) spayed and neutered so there would not be so many running loose and becoming problem in society. I find it hard to believe that a person who had such care and concern for an animal that had been abused would harm a human being.

    In all these years of knowing Ed and our visits and conversations, I do not believe that he is a person capable of harming another human being, let alone killing one.

Respectfully,

John Westemeyer

jdwestemeyer@aol.com

Cell: 571 247 3826

440 Belmont Bay Dr. # 412

Woodbridge VA 22191

March 8, 2022

The Honorable Christina A. Snyder

United States District Judge

c/o Werksman Jackson & Quinn LLP

888 West Sixth St., 4th Floor

Los Angeles CA  90017

Dear Honorable Snyder,

   I have known Ed Buck since 1963 when I taught him in fourth grade at St. Agnes Catholic School in Phoenix, AZ. I also taught that same class in seventh grade and I have kept in

contact with Ed ever since.

   As a student, he was intelligent; he was vocal, well spoken, caring for other students and would tell people to lay off if someone was being teased. He came to the defense of others less fortunate. We had food drives for poor families and he was involved.  Our school conducted parent-teacher conferences and his mother was always supportive when we met.

   I was in charge of altar boys at the church. It was an honor to be one and there were qualities

that had to be met. Ed was most generous with volunteering for the early services.

   I left Phoenix in 1969. In June of 1972 I returned for a visit and met some of the students I had taught. Ed and another student I had were in the DC later that year and they knew that I lived in VA about 15 miles from there. I had just married and they knocked at the door. This is the first time he met John, my husband.  We have been friends ever since.

   Ed became a successful business man.  I followed the news when he was involved with

Gov. Mecham's impeachment.  Ed was a Republican at that time and supported that party.

One thing I knew about Ed was that he found hypocrisy unacceptable.  Republicans in the legislature began to discuss many issues the Governor was facing. Ed was focusing on the racist statements made by Mecham and got involved. Ed knows who he is and that his homosexuality would be used against him and he stood up for what he believed.

I have a niece in California and my husband and I have visited her family often these last 25 years. During those times we would visit Ed also. We would discuss what was happening

in our lives and the world. The last time I saw Ed was in 2019 and he told me and my husband, John, of the situation of the person dying in his apartment. Again, here was Ed, helping someone.

Ed had changed political parties and became a Democrat. He said they were more in

line with his thinking now. As his usual self, being generous, he offered money and campaigned for them.

Later, a friend of mine, who knows Ed, sent me an article that was in the paper of his arrest for murder. I could not believe it. And I don't believe it.

This is not the Ed that I have known through the years.

I stay in contact with his mother who is 92 and due to health issues is unable to go visit him. I email him, cannot visit him, have been unable to talk with him. All communication is censored.

I will be happy to answer any questions you may have about Ed. I was willing to testify for

him at my own expense but I was not asked by his lawyer.

I told Ed many times, he has become the teacher and I have become the student.

I have admired him for standing up for what he believes and he has used his many talents to

be not only a productive person but a caring person.


Sincerely,

Donna Westemeyer

440 Belmont Bay Dr. # 412

Woodbridge VA 22191

jdwestemeyer@aol.com

Cell: 703 965 0856

3